CALDWELL LESLIE & PROCTOR, PC
MICHAEL J. PROCTOR, State Bar No. 148235
  *proctor@caldwell-leslie.com*
ANDREW ESBENSHADE, State Bar No. 202301
  *esbenshade@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendant Kevin P. Miller

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANG G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>          Defendants. | Case No. 2:15-CV-08921-SVW-MRW<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANT KEVIN P. MILLER TO RESPOND TO COMPLAINT**<br><br>The Honorable STEPHEN V. WILSON<br><br>Trial Date: October 25, 2016<br><br>Stipulated Response Date: May 12, 2016 |

1   WHEREAS, on November 17, 2015, Plaintiff the United States Securities and Exchange Commission ("SEC") filed its initial complaint in the United States District Court for the Central District of California, Western Division (Dkt. No. 1) (the "Complaint"), naming Kevin P. Miller ("Mr. Miller") as one of several defendants;

WHEREAS, to avoid any dispute over the method and timing of service, Mr. Miller and his counsel hereby acknowledge that he has been served with the SEC's Complaint and the parties have agreed that Mr. Miller may have up to and including May 12, 2016 to respond to the Complaint;

WHEREAS, Mr. Miller and the SEC have not previously sought any extension in this matter;

IT IS HEREBY STIPULATED AND AGREED, by and between the SEC and Mr. Miller, by and through their respective undersigned counsel, that the time within which Mr. Miller may answer, move, or otherwise respond to the Complaint should be extended up to and including May 12, 2016.  Nothing in this stipulation is intended to be or may be construed as waiving any of Defendant's rights or affirmative defenses (except that Defendant expressly acknowledges that the Complaint has been properly served).

DATED:  April 26, 2016          CALDWELL LESLIE & PROCTOR, PC

                                By      /s/
                                   Andrew Esbenshade
                                Attorneys for Defendant KEVIN P. MILLER

CALDWELL LESLIE & PROCTOR

-2-   Case No. 2:15-CV-08921-SVW-MRW
JOINT STIPULATION EXTENDING TIME FOR DEFENDANT KEVIN P. MILLER TO RESPOND TO COMPLAINT

DATED: April 26, 2016

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

By  /s/ *(authorization by email)*
    Timothy S. Leiman
Attorneys for Plaintiff UNITED STATES SECURITIES AND EXCHANGE COMMISSION

CALDWELL LESLIE & PROCTOR

-3-   Case No. 2:15-CV-08921-SVW-MRW
JOINT STIPULATION EXTENDING TIME FOR DEFENDANT KEVIN P. MILLER TO RESPOND TO COMPLAINT