1  CALDWELL LESLIE & PROCTOR, PC
   MICHAEL J. PROCTOR, State Bar No. 148235
2    *proctor@caldwell-leslie.com*
   ANDREW ESBENSHADE, State Bar No. 202301
3    *esbenshade@caldwell-leslie.com*
   725 South Figueroa Street, 31st Floor
4  Los Angeles, California 90017-5524
   Telephone: (213) 629-9040
5  Facsimile: (213) 629-9022

6  Attorneys for Defendant Kevin P. Miller

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANG G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>Defendants. | Case No. 2:15-CV-08921-SVW-MRW<br><br>**[PROPOSED] ORDER EXTENDING DEFENDANT KEVIN P. MILLER'S TIME TO RESPOND TO COMPLAINT**<br><br>The Honorable STEPHEN V. WILSON<br><br>Trial Date: October 25, 2016 |

## **[PROPOSED] ORDER**

Upon consideration of the Joint Stipulation to Extend Defendant Kevin P. Miller's Time to Respond to Initial Complaint, it is hereby ORDERED that Defendant Kevin P. Miller shall have until May 12, 2016 to answer, move, or otherwise respond to the Complaint filed by Plaintiffs the Securities and Exchange Commission in this matter (Dkt. No. 1).

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. Stephen V. Wilson
Judge, United States District Court

Prepared By:

_____/s/_____
CALDWELL LESLIE & PROCTOR, PC
Attorneys for Defendant KEVIN P. MILLER