NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
MORGAN, LEWIS & BOCKIUS LLP
NATHAN J. HOCHMAN (CA Bar No. 139137)
The Water Garden
1601 Cloverfield Blvd., Suite 2050 North
Santa Monica, CA 90404-4082
Tel: (310) 255-9025
Fax: (310) 907-1001

ATTORNEY(S) FOR: Defendant Shane Whittle

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff(s),<br>v.<br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:15-cv-08921 SVW (MRWx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Defendant Shane Whittle__
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Defendant Shane Whittle is not aware of any party in addition to the defendants and previously-identified Rohan Marley who may have a pecuniary interest in the outcome of this case. | |

May 10, 2016
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Shane Whittle

CV-30 (05/13)        NOTICE OF INTERESTED PARTIES