1   CALDWELL LESLIE & PROCTOR, PC
    MICHAEL J. PROCTOR, State Bar No. 148235
2     *proctor@caldwell-leslie.com*
    ANDREW ESBENSHADE, State Bar No. 202301
3     *esbenshade@caldwell-leslie.com*
    725 South Figueroa Street, 31st Floor
4   Los Angeles, California 90017-5524
    Telephone: (213) 629-9040
5   Facsimile: (213) 629-9022

6   Attorneys for Defendant Kevin P. Miller

7

8                 **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  SECURITIES AND EXCHANGE              Case No. 2:15-CV-08921-SVW-MRW
    COMMISSION,
12                                        **[PROPOSED] ORDER GRANTING
                 Plaintiff,               DEFENDANT KEVIN P. MILLER'S
13                                        MOTION TO DISMISS
            v.                            COMPLAINT**
14
    JAMMIN' JAVA CORP., dba               The Honorable Stephen V. Wilson
15  MARLEY COFFEE, SHANG G.
    WHITTLE, WAYNE S. P. WEAVER,          Trial Date:  October 25, 2016
16  MICHAEL K. SUN, RENE
    BERLINGER, STEPHEN B.
17  WHEATLEY, KEVIN P. MILLER,
    MOHAMMED A. AL-BARWANI,
18  ALEXANDER J. HUNTER, and
    THOMAS E. HUNTER,
19
                 Defendants.
20

21

22

23

24

25

26

27

28

CALDWELL
LESLIE &                                          Case No. 2:15-CV-08921-SVW-MRW
PROCTOR
                    [PROPOSED] ORDER GRANTING DEFENDANT KEVIN P. MILLER'S
          MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(6)

1    Defendant Kevin P. Miller's Motion to Dismiss Plaintiff's Complaint

2  ("Motion") came on for hearing before this Court on June 13, at 1:30 p.m.  After full

3  consideration of the matter, this Court finds as follows:

4    The Motion is GRANTED based on the lack of personal jurisdiction over

5  Defendant Miller and the Plaintiff's failure to state a claim for relief against

6  Defendant Miller.

7    IT IS THEREFORE ORDERED that Plaintiff's Complaint is dismissed with

8  prejudice and without leave to amend.

9

10  **IT IS SO ORDERED.**

11

12  Dated: _____     _____

13                                      The Honorable Stephen V. Wilson
                                        Judge, United States District Court

14

15

16  Prepared By:

17  _____/S/_____
    MICHAEL J. PROCTOR
18  CALDWELL LESLIE & PROCTOR, PC
    Attorneys for Defendant KEVIN P. MILLER
19

20

21

22

23

24

25

26

27

28

CALDWELL
LESLIE &
PROCTOR

Case No. 2:15-CV-08921-SVW-MRW

[PROPOSED] ORDER GRANTING DEFENDANT KEVIN P. MILLER'S
MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(6)