| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| CALDWELL LESLIE & PROCTOR, PC |
| MICHAEL J. PROCTOR, State Bar No. 148235 |
|   proctor@caldwell-leslie.com |
| ANDREW ESBENSHADE, State Bar No. 202301 |
|   esbenshade@caldwell-leslie.com |
| 725 South Figueroa Street, 31st Floor |
| Los Angeles, California 90017-5524 |
| Telephone: (213) 629-9040 |
| Facsimile: (213) 629-9022 |
| ATTORNEY(S) FOR:  Defendant KEVIN P. MILLER |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION, Plaintiff(s), | CASE NUMBER: 2:15-CV-08921-SVW-MRW |
|---|---|
| JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANG G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER, Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendant Kevin P. Miller
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Kevin P. Miller | Defendant |

Defendant Kevin P. Miller is not aware of any party who may have a pecuniary interest in the outcome of the case beyond those previously identified by other parties.

 

| May 12, 2016 | /S/ Michael J. Proctor |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Kevin P. Miller