Edward J. Loya, Jr. (State Bar No. 257346)
 *eloya@venable.com*
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Jessie F. Beeber (Admitted *Pro Hac Vice*)
 *jbeeber@venable.com*
Patrick J. Boyle (Admitted *Pro Hac Vice*)
 *pboyle@venable.com*
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone:  (212) 307-5500
Facsimile:   (212) 307-5598

*Attorneys for Defendant Mohammed A. Al-Barwani*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>　　　　　　Defendants. | Case No. 2:15-CV-08921-SVW-MRW<br><br>Hon. Stephen V. Wilson<br><br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MOHAMMED A. AL-BARWANI'S MOTION TO DISMISS**<br><br><br><br>Action filed:   November 17, 2015<br>Trial date:      October 25, 2016 |
|---|---|

11445876                    Order Granting Defendant Al-Barwani's Motion To Dismiss

# **ORDER**

The Court, having read and considered Defendant Mohammed A. Al-Barwani's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(2) (the "Motion") and all submissions of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED. All causes of action asserted in the Complaint against Defendant Mohammed A. Al-Barwani are HEREBY DISMISSED without leave to amend.

SO ORDERED.

Dated: _____, 2016     _____
                              THE HON. STEPHEN V. WILSON
                              United States District Court Judge