Peter Senechalle
Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Blvd., Suite 900
Chicago, IL 60604

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Securities and Exchange Commission | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:15-cv-8921-SVW-MRW |
| v. | |
| Jammin' Java Corp., dba Marley Coffee, Shane G. Whittle, Wayne S.P. Weaver, Michael K. Sun, Rene Berlinger, Stephen Wheatley, Kevin P. Miller, Mohammed A. Al-Barwani, Alexander Hunter, and Thomas Hunter | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Senechalle, Peter   of   Securities and Exchange Commission
*Applicant's Name (Last Name, First Name & Middle Initial)*      Chicago Regional Office
(312) 353-1821   (312) 353-7398      175 West Jackson Blvd., Suite 900
*Telephone Number*   *Fax Number*      Chicago, IL 60604
senechallep@sec.gov
*E-Mail Address*      *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Securities and Exchange Commission

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Dean, Lynn M.   of   Securities and Exchange Commission
*Designee's Name (Last Name, First Name & Middle Initial)*      444 South Flower Street, Suite 900
205562   (323) 965-3245   (213) 443-1904      Los Angeles, California 90071
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
deanl@sec.gov
*E-Mail Address*      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**