# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Securities and Exchange Commission

PLAINTIFF(S)

v.

Jammin Java Corp. et al,

DEFENDANT(S).

CASE NUMBER

2:15-cv-08921-SVW-MRW

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 5/23/2016 | 82 &83 | Answer to Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☑ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

The Notice of Interested Parties for each defendant shall be filed no later than June 1, 2016.

Clerk, U.S. District Court

Dated: May 25, 2016                    By: Paul M. Cruz

Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge