FILED
CLERK, U.S. DISTRICT COURT

May 25, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_PMC\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Securities and Exchange Commission<br><br>Plaintiff(s)<br>v.<br>Jammin' Java Corp., dba Marley Coffee, Shane G. Whittle, Wayne S.P. Weaver, Michael K. Sun, Rene Berlinger, Stephen Wheatley, Kevin P. Miller, Mohammed A. Al-Barwani, Alexander Hunter, and Thomas Hunter<br><br>Defendant(s). | CASE NUMBER<br><br>2:15-cv-8921-SVW-MRW<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Senechalle, Peter
*Applicant's Name (Last Name, First Name & Middle Initial)*
(312) 353-1821 — *Telephone Number*
(312) 353-7398 — *Fax Number*
senechallep@sec.gov — *E-Mail Address*

of Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Blvd., Suite 900
Chicago, IL 60604
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Securities and Exchange Commission
*Name(s) of Party(ies) Represent*     ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: \_\_\_\_

**and designating as Local Counsel**

Dean, Lynn M.
*Designee's Name (Last Name, First Name & Middle Initial)*
205562 — *Designee's Cal. Bar No.*
(323) 965-3245 — *Telephone Number*
(213) 443-1904 — *Fax Number*
deanl@sec.gov — *E-Mail Address*

of Securities and Exchange Commission
444 South Flower Street, Suite 900
Los Angeles, California 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: \_\_\_\_
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because \_\_\_\_

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated: May 25, 2016

*/s/ Stephen V. Wilson*
**STEPHEN V. WILSON, U.S. District Judge**