| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Michael Ng (Bar. No. 237915)<br>KOBRE & KIM LLP<br>150 California Street, 19th Floor<br>San Francisco, California 94111<br>Email: michael.ng@kobrekim.com<br>Telephone: (415) 582-4800<br>Facsimile: (415) 582-4811 | |
| ATTORNEY(S) FOR: | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff(s),<br>v.<br>JAMMIN' JAVA CORP. et al.,<br><br>Defendant(s) | CASE NUMBER:<br>2:15-CV-08921-SVW-MRW<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendant Thomas E. Hunter
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Defendant Thomas E. Hunter is not aware of any party in addition to the defendants who may have a pecuniary interest in the outcome of this case. | |

May 26, 2016                              /s/ Michael Ng
Date                                             Signature

Attorney of record for (or name of party appearing in pro per):

Thomas E. Hunter

CV-30 (05/13)                        **NOTICE OF INTERESTED PARTIES**