TIMOTHY S. LEIMAN, Ill. Bar No. 6270153
Email: leimant@sec.gov
PAUL M. G. HELMS, Ill. Bar No. 6291623
Email: helmsp@sec.gov

Attorneys for Plaintiff
United States Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

LOCAL COUNSEL
Lynn M. Dean, Cal. Bar No. 205562
Email: deanl@sec.gov
United States Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>Defendants. | Case No. 2:15-cv-08921 SVW (MRWx)<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENT BY CONSENT AS TO DEFENDANT JAMMIN' JAVA**<br><br>Hearing Date: June 27, 2016<br>Time: 1:30 pm<br>Hon. Stephen V. Wilson<br>Courtroom 6 |

TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD: PLEASE TAKE NOTICE that on **June 27, 2016 at 1:30 p.m.**, or as soon thereafter as counsel may be heard, in the above-captioned matter before the Honorable Stephen V. Wilson, United States District Judge, at 312 N. Spring St., Los Angeles, CA 90012, Plaintiff U.S. Securities and Exchange Commission (the "SEC") shall and hereby does move for entry of final judgment by consent as to Defendant Jammin' Java Corp. ("Jammin' Java"). The motion is based on (1) the Consent to entry of judgment executed by Jammin Java, and (2) upon such other matters as may be presented to the Court before or at the time of the hearing.

Dated: May 31, 2016                     Respectfully submitted,

*/s/ Timothy S. Leiman*
Timothy S. Leiman
U.S. Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd., Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Fax: (312) 353-7398
leimant@sec.gov

## CERTIFICATE OF SERVICE

Timothy S. Leiman hereby certifies that he caused the foregoing document to be filed through the Court's CM/ECF system on May 31, 2016, which automatically sends an electronic copy of the document to all counsel of record. The remaining Defendant who has not appeared in this matter have been served as follows:

> Wayne Weaver
> By e-mail to:
> Marc S. Harris
> mharris@scheperkim.com
> *Counsel to Defendant Weaver*

                              s/Timothy S. Leiman