**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
MARGARET E. DAYTON (State Bar No. 274353)
pdayton@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**Attorneys for Defendant Wayne Weaver**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>      Defendants. | Case No. 2:15-cv-08921 SVW (MRWx)<br><br>Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WAYNE WEAVER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:         July 11, 2016<br>Time:        1:30 p.m.<br>Courtroom:  6<br><br>Trial Date:  October 25, 2016 |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS

On July 11, 2016, at 1:30 p.m., Defendant Wayne Weaver moved for an order dismissing Plaintiff Securities and Exchange Commission's Complaint against him.

Having reviewed the papers submitted in support of and in opposition to the motion and hearing the arguments presented by counsel and good cause appearing therefor, Defendant Wayne Weaver's motion to dismiss is **GRANTED** and Plaintiff Securities and Exchange Commission's Complaint is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

DATED: July ___, 2016

_____
Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE