# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-8921 SVW (MRWx) | Date | June 9, 2016 |
|---|---|---|---|
| Title | SEC v. Jammin' Java Corp. | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: PROTECTIVE ORDER

The parties submitted a proposed protective order regarding the potential production of materials under Federal Rule of Evidence 502 in this civil action. (Docket # 95.) The Court accepts and ENTERS the proposed order subject to the following:

1.   ¶ 3.c – Any motion to compel disclosure of information or documents covered by the Court's order must comply in full with the joint filing format described in Local Rule 37 for all discovery motions.

2.   Further, although the parties request the ability to "petition the Court for an in camera review" of protected materials, the parties are advised that such review is far from automatic. A federal court ordinarily is "ill-equipped to make any intelligent decisions as to discoverability during an in camera inspection when it has insufficient information from the resisting party as to why disclosure should not be permitted" or how the materials potentially relate to privilege issues in the litigation. Miller v. Pancucci, 141 F.R.D. 292, 301 (C.D. Cal. 1992). The Court declines to commit to a lengthy or burdensome private review of materials in the absence of a compelling showing of legal need.