SHANE W. TSENG (SBN200597)
stseng@lkfirm.com
MICHAEL LAVETTER (SBN 224423)
mlavetter@lkfirm.com
LAMB & KAWAKAMI LLP
333 South Grand Avenue, Suite 4200
Los Angeles, California 90071
Telephone: (213) 630-5500
Facsimile: (213) 630-5555

ANDREW M. FRIEDMAN (pro hac vice)
friedmana@butzel.com
THOMAS E. PATTON (pro hac vice)
pattont@butzel.com
BUTZEL LONG, P.C.
1747 Pennsylvania Avenue, NW, Suite 300
Washington, DC  20006
Telephone: (202) 454-2800
Facsimile: (202) 454-2805

DAVID SALTZMAN (pro hac vice)
dsaltzman@saltzmanevinch.com
SALTZMAN & EVINCH, PLLC
1050 K Street, NW, Suite 1150
Washington, DC  20005
Telephone: (202) 637-9877
Facsimile: (202) 318-0892

Attorneys for Defendant
RENE BERLINGER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. ALBARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>                    Defendants. | Case No.: 2:15-cv-08921 SVW (MRWx)<br><br>**DEFENDANT RENE BERLINGER'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**<br><br>Action Filed:   November 17, 2015<br>Trial Date:      October 25, 2016 |

213782.1

Pursuant to Federal Rule of Civil Procedure 26(a)(1), defendant Rene Berlinger ("Defendant"), through his undersigned counsel, makes the following initial disclosures to the plaintiff in the above-referenced lawsuit. These disclosures are based on information presently known and reasonably available to him and which he reasonably believes he may use in support of his defenses. Continuing investigation and discovery may cause Defendant to amend these initial disclosures, including by identifying other potential witnesses, documents and by disclosing other pertinent information. Defendant therefore reserves the right to supplement these initial disclosures.

By providing these initial disclosures, Defendant does not represent that he is identifying every document, tangible thing or witness possibly relevant to this action. In addition, these disclosures are made without Defendant in any way waiving his right to object to any discovery request or proceeding involving or relating to the subject matter of these disclosures on any grounds, including competency, privilege, relevancy and materiality, hearsay, undue burden, confidentiality, or any other appropriate grounds. Furthermore, these disclosures are not an admission by Defendant regarding any matter.

During the course of discovery, the identities of additional individuals with knowledge of discoverable information may become known. Defendant reserves the right to supplement or amend these disclosures as additional information becomes available. Defendant also reserves the right to rely on information that becomes available through discovery, including information that is discovered from the Plaintiff and other Defendants.

Each and every disclosure set forth below is subject to the above qualifications and limitations.

DEFENDANT RENE BERLINGER's INITIAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

### A. **Rule 26(a)(1)(A)(i): Individuals Likely to Have Discoverable Information**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), Defendant states that based on the information reasonably available at this time the following individuals, in addition to himself, are likely to have discoverable factual information that Defendant may use to support his defenses are:

1.  Shane G. Whittle:  Former CEO of Jammin' Java Corp.
    Morgan Lewis and Bockius LLP
    The Water Garden
    1600 Cloverfield Boulevard, Suite 2050 North
    Santa Monica, CA 90404
    (310) 255-9025

2.  Victor Gallus:  Former Board Member of Volante Advisory AG
    Am Schanzengraben 27
    8002 Zürich, Switzerland
    +41 44 210 14 10

3.  Daniel Lacher:  Banker at VP Bank Zurich
    Bahnhofstrasse 3
    8001 Zürich, Switzerland
    +41 44 226 24 24

4.  Wayne S. P. Weaver: Beneficial Owner of Calgon Invest S.A.
    Jaggeree House, Cliffdweller
    St. Thomas, Nevis
    (869) 661-1432

5.  Michael Sun: Beneficial Owner of Westpark Limited
    c/o Venable LLP
    Rockefeller Center
    1270 Avenue of the Americas, 24th Floor
    New York, New York, 10020
    (212) 307-5500

6.  Stephen B. Wheatley: Beneficial owner of Petersham
    c/o Roger L. Fidler, Esq.
    185 Newport Road
    Monroe Township, NJ 08831
    (201) 220-8734

7. Kevin Miller:  Beneficial Owner of Las Colinas
   Caldwell, Leslie and Proctor PC
   725 South Figueroa Street 31st Floor
   Los Angeles, California 90017
   (213) 629-9040

8. Mohammed A. Al-Barwani:  Beneficial Owner of Renavial
   c/o Venable LLP
   Rockefeller Center
   1270 Avenue of the Americas, 24th Floor
   New York, New York
   (212) 307-5500

9. Alexander J. Hunter: Business Associate of Wayne Weaver
   c/o Kobre & Kim
   1919 M Street, NW
   Washington, DC 20036
   (202) 664-1903

10. Thomas Hunter: Business Associate of Wayne Weaver
    c/o Kobre & Kim
    1919 M Street, NW
    Washington, DC 20036
    (202) 664-1903

11. Enzo Caputo:  Berlinger's lawyer in Switzerland
    Talstrasse 20,
    8001 Zürich, Switzerland
    +41 44 212 44 04

Mr. Caputo may have knowledge and information concerning Mr. Berlinger not being a necessary participant or substantial factor in any of the alleged securities transactions; however, his authority to disclose such will be limited by the attorney-client privilege.

12. Volante Advisory AG
    Am Schanzengraben 27
    8002 Zürich, Switzerland
    +41 44 210 14 10

1

13. Admitta Nominees Ltd.
   Ajeltake Road
   MH96960 Majuro
   Marshall Islands

2

3

4

14. Westpark Limited
   Ajeltake Road
   MH96960 Majuro
   Marshall Islands

5

6

7

15. Calgon  Invest S.A.
   Ajeltake Road
   MH96960 Majuro
   Marshall Islands

8

9

10

16. Renavial Ltd.
   Ajeltake Road
   MH96960 Majuro
   Marshall Islands

11

12

13

17. Las Colinas Ltd.
   Ajeltake Road
   MH96960 Majuro
   Marshall Islands

14

15

16

18. Chilli Capital Ltd.
   Ajeltake Road
   MH96960 Majuro
   Marshall Islands

17

18

19

19. VP Bank Zurich
   Bahnhofstrasse 3
   8001 Zürich, Switzerland
   +41 44 226 24 24

20

21

22

20. ACM Services GMBH
   Alte Greifenseestrasse 16
   Volketswil, Switzerland
   +41 76 380 54 66

23

24

25

21. Bank Muscat
   Building No 120/4, Block No. 311
   Airport Heights - Seeb, Street No. 62 P.O.
   Box No.134 Postal Code 112, Ruwi
   Sultanate of Oman
   +96 82 479 55 55

26

27

28

DEFENDANT RENE BERLINGER's INITIAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

22. Bateman Financial
    One Capital Place, 3rd Floor
    Shedden Rd.
    P.O. Box 792
    George Town
    Grand Cayman KY1-1303, Cayman Islands

23. CBH Compagnie Bancaire Helvétique SA
    Boulevard Emile-Jaques-Dalcroze 7
    P.O. Box 3754
    1211 Geneva 3
    +41 22 839 01 00

24. Gutenberg Group AG and EH&P Investments AG
    Gutenbergstrasse 10
    P.O. Box
    CH-8027 Zurich
    +41 43 311 26 62

25. Empire Stock Transfer
    1859 Whitney Mesa Dr.
    Henderson, NV 89014
    (702) 818-5898

26. Grivo A.G.
    Kohlhalden 19
    9042 Speicher, Switzerland
    +41 44 201 09 09

27. Island Stock Transfer
    Roosevelt Blvd,
    Suite 301
    Clearwater, FL 33760
    (727) 289-0010

28. Legacy Global Markets S.A.
    Belize

29. Verdmont Capital S.A.
    Aquilino de la Guardia Ave., 0823-03017
    Panamá
    +507 204-7900

30. Donnolis Invest Corp
    Mmg Tower, Avenida Paseo Del Mar,
    Panama

31. Ziraat Bankasi
    Maslak Mh. Eski Büyükdere Cd. 34398
    Şişli İstanbul, Turkey
    +90 312 584 2000

32. Emirate Islamic Bank
    Deira, Dubai Festival City, Festival Tower, Floor 13
    P.O. Box: 6564
    Dubai, United Arab Emirates
    + 971 (4) 228 7474

**Other Witnesses**

33. All persons and entities identified in the Rule 26(a)(1) disclosures of any

    other Defendants in this action.

34. All persons and entities identified in the Plaintiff's and Defendants'

    discovery requests or responses served in this action.

35. Any witness needed to authenticate or lay the foundation for a document, or

    to establish the chain of custody.

B. **Rule 26(a)(1)(A)(ii): Documents Defendant Berlinger May Use to
   Support His Defenses**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), and based upon

information reasonably available at this time, Defendant identifies the following

categories of documents within his possession, custody, or control that he may use

to support his defenses. Documents protected by attorney-client privilege or the

attorney work-product doctrine are not identified, categorized, or included herein.

Such documents may be exempt from discovery pursuant to Federal Rule 26(b)(3),

26(b)(4)(B), the attorney-client privilege, the attorney work-product doctrine

and/or other applicable exemption or protection from disclosure.

To the extent that any documents disclosed below include confidential

information, Defendant reserves the right to produce such documents subject to the

entry of an appropriate order by the Court. By making these disclosures, Defendant does not waive any objections that he has or may have to the production or admissibility of documents. Moreover, by making these disclosures, Defendant does not waive any objections that he has or may have to producing these documents.

Defendant presently believes that all non-privileged and non-work product discoverable documents, electronically stored information, and tangible things within his possession, custody, or control that Defendant may use to support his defenses, include, but are not limited to:

1. Documents and communications concerning the registration, purchase, sale or title to securities;

2. Documents and communications concerning the formation of entities;

3. Documents and communications concerning the formation and use of bank or brokerage accounts;

4. Documents and communications concerning Defendant Berlinger's dealings with parties;

5. Documents and communications produced by any party to this litigation.

Defendant reserves the right to supplement this response as additional information is obtained during discovery in this matter.

**C. Rule 26(a)(1)(A)(iii): Damages**

Defendant does not seek damages in this action.

**D. Rule 26(a)(1)(A)(iv): Insurance**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iv), and based upon information reasonably available at the time, Defendant states that he is not aware of any insurance agreement under which an insurance business may be liable to

///

///

///

DEFENDANT RENE BERLINGER's INITIAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

1  satisfy all or part of a possible judgment in the action or to indemnify or reimburse

2  Defendant for payments made to satisfy the judgment.

3

4  DATED: June 13, 2016                    Respectfully submitted,

5

6                                          LAMB & KAWAKAMI LLP
                                           SHANE W. TSENG
                                           MICHAEL L. LAVETTER

7

8                                          BUTZEL LONG, PC
                                           ANDREW M. FRIEDMAN
9                                          THOMAS E. PATTON

10                                         SALTZMAN & EVINCH, PLLC
                                           DAVID SALTZMAN
11

12                                         By:_____/s/_____

13                                             Shane W. Tseng
                                               Attorneys for Defendant
14                                             Rene Berlinger

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-8-

1

## **CERTIFICATE OF SERVICE**

2      I HEREBY CERTIFY that, on June 13, 2016, a true and correct copy of the foregoing

3  DEFENDANT RENE BERLINGER'S INITIAL DISCLOSURES PURSUANT

4  TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) was served on counsels of

5  record in this matter via email at the addresses registered with this Court's ECF filing system.

6

7  Dated: June 13, 2016                                    */s/ Grace A. Gonzales*
                                                        Grace A. Gonzales

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT RENE BERLINGER's INITIAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)