TIMOTHY S. LEIMAN, Ill. Bar No. 6270153
Email: leimant@sec.gov
PAUL M. G. HELMS, Ill. Bar No. 6291623
Email: helmsp@sec.gov
PETER SENECHALLE, Ill Bar No. 6300822
Email: senechallep@sec.gov

175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone:  (312) 353-7390
Facsimile:  (312) 353-7398

LOCAL COUNSEL
Lynn M. Dean, Cal. Bar No. 205562
Email: deanl@sec.gov
United States Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Attorneys for Plaintiff
United States Securities and Exchange Commission

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>　　　　　Defendants. | Case No. 2:15-CV-08921 SVW (MRWx)<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENT BY CONSENT AS TO STEPHEN B. WHEATLEY**<br><br>Hearing Date: July 18, 2016<br>Time: 1:30 pm<br>Hon. Stephen V. Wilson<br>Courtroom 6 |

TO THE COURT AN ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD: PLEASE TAKE NOTICE that on July 18, 2016 at 1:30 p.m., or as soon as possible thereafter as counsel may be heard, in the above captioned matter before the Honorable Stephen V. Wilson, United States District Judge, at 312 N. Spring St., Los Angeles, California 90012, Plaintiff United States Securities and Exchange Commission shall and hereby does move for entry of final judgment by consent as to Defendant Stephen B. Wheatley ("Wheatley"). The motion is based on (1) the Consent to entry of judgment executed by Wheatley; and (2) upon such other matters as may be presented to the Court before or at the time of the hearing.

Dated: June 17, 2016         Respectfully submitted,

*/s/Peter Senechalle*
Peter Senechalle
U.S. Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd., Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Fax: (312) 353-7398
senechallep@sec.gov

**CERTIFICATE OF SERVICE**

Peter Senechalle hereby certifies that he caused the foregoing document to be filed through the Court's CM/ECF system on June 17, 2016, which automatically sends an electronic copy of the document to all counsel of record.

*/s/ Peter Senechalle*

1