1  Cristina D. Hernandez (Bar. No. 283500)
   *cristina@tyllaw.com*
2  THE LONG LAW GROUP, PC
3  30 North Raymond Avenue, Suite 402
   Pasadena, California 91103
4  Telephone: (213) 631-3993
5  Facsimile:  (213) 631-3873

6  *Attorney for Defendants*
7  *Alexander J. Hunter and*
   *Thomas E. Hunter*

8

9             **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**
11                    **WESTERN DIVISION**
12

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:15-CV-08921-SVW-MRW |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER, | |
| Defendants. | |

**NOTICE OF APPEARANCE**                **CASE NO. 2:15-CV-08921-SVW-MRW**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Cristina D. Hernandez of the law firm The Long Law Group, PC, at 30 North Raymond Avenue, Suite 402, Pasadena, CA 91103, hereby enters an appearance as counsel on behalf of Defendants Alexander J. Hunter and Thomas E. Hunter in the above-captioned matter. The undersigned certifies that she is admitted to practice before this Court. Cristina D. Hernandez may receive all communications from the Court and from other parties at:

>Cristina D. Hernandez
>*cristina@tyllaw.com*
>THE LONG LAW GROUP, PC
>30 North Raymond Avenue, Suite 402
>Pasadena, California 91103
>Telephone: (213) 631-3993
>Facsimile: (213) 631-3873

DATED: July 8, 2016                           Respectfully submitted,

                                              THE LONG LAW GROUP, PC

                                              By: /s/ *Cristina D. Hernandez*
                                                  Cristina D. Hernandez

                                              *Attorney for Defendants*
                                              *Alexander J. Hunter and*
                                              *Thomas E. Hunter*