Name and address:
Eric B. Bruce
KOBRE & KIM LLP
1919 M Street, NW
Washington, DC 20036
Telephone: (202) 664-1903
Facsimile: (212) 488-1223
Email: eric.bruce@kobrekim.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff(s)<br><br>v.<br><br>JAMMIN' JAVA CORP., et al.,<br><br>Defendant(s). | CASE NUMBER<br>2:15-CV-08921-SVW-MRW<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
|---|---|

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Bruce, Eric B.   of   KOBRE & KIM LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*       1919 M Street, NW
                                                                    Washington, DC 20036
(202) 664-1903    (212) 488-1223
*Telephone Number*   *Fax Number*

eric.bruce@kobrekim.com
*E-Mail Address*                                        *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Alexander J. Hunter and Thomas E. Hunter

*Name(s) of Party(ies) Represented*     ☐ Plaintiff   ☒ Defendant   ☐ Other: _____

**and designating as Local Counsel**

Hernandez, Cristina D.   of   THE LONG LAW GROUP, PC
*Designee's Name (Last Name, First Name & Middle Initial)*   30 N. Raymond Ave, Suite 402
                                                              Pasadena, CA 91103
  283500           (213) 631-3993
*Designee's Cal. Bar Number*   *Telephone Number*

                 (213) 631-3873
                 *Fax Number*                          *Firm Name & Address*

cristina@tyllaw.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**

**Dated** _____                              _____
                                                         **U.S. District Judge/U.S. Magistrate Judge**