| | |
|---|---|
| Name and address:<br>Eric B. Bruce<br>KOBRE & KIM LLP<br>1919 M Street, NW<br>Washington, DC 20036<br>Telephone: (202) 664-1903<br>Facsimile: (212) 488-1223<br>Email: eric.bruce@kobrekim.com | **FILED**<br>CLERK, U.S. DISTRICT COURT<br><br>July 11, 2016<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: PMC  DEPUTY |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff(s)<br><br>v.<br><br>JAMMIN' JAVA CORP., et al.,<br><br>Defendant(s). | CASE NUMBER<br>2:15-CV-08921-SVW-MRW<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Bruce, Eric B.    of   KOBRE & KIM LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    1919 M Street, NW
    Washington, DC 20036
(202) 664-1903     (212) 488-1223
*Telephone Number*    *Fax Number*
eric.bruce@kobrekim.com
*E-Mail Address*    *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Alexander J. Hunter and Thomas E. Hunter

*Name(s) of Party(ies) Represented*    ☐ Plaintiff   ☒ Defendant   ☐ Other:_____

**and designating as Local Counsel**

Hernandez, Cristina D.    of    THE LONG LAW GROUP, PC
*Designee's Name (Last Name, First Name & Middle Initial)*    30 N. Raymond Ave, Suite 402
    Pasadena, CA 91103
283500     (213) 631-3993
*Designee's Cal. Bar Number*   *Telephone Number*

    (213) 631-3873
    *Fax Number*    *Firm Name & Address*
    cristina@tyllaw.com
    *E-Mail Address*

**hereby ORDERS the Application be:**

☒ **GRANTED.**
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED.** For failure to pay the required fee.

Dated   July 11, 2016

/s/ Stephen V. Wilson
U.S. District Judge/~~U.S. Magistrate Judge~~
STEPHEN V. WILSON