**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
MARGARET E. DAYTON (State Bar No. 274353)
pdayton@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**Attorneys for Defendant Wayne Weaver**

```
FILED
CLERK, U.S. DISTRICT COURT

July 15, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY:     CR        DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>    Defendants. | Case No. 2:15-cv-08921 SVW (MRWx)<br><br>Hon. Stephen V. Wilson<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED REQUEST TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE**<br><br>Complaint Filed:      Nov. 17, 2015<br>Current Trial Date:   Oct. 26, 2016<br>Proposed Trial Date:  Apr. 25, 2017 |

Having considered Defendants Shane G. Whittle, Wayne S.P. Weaver, Michael K. Sun, Rene Berlinger, Stephen B. Wheatley, Kevin P. Miller, and Mohammed A. Al-Barwani (collectively, "Requesting Defendants," and with Plaintiff Securities and Exchange Commission, the "Parties"), Unopposed Request to Continue Pretrial Deadlines and the Trial Date, and good cause appearing, the Request is **GRANTED** and it is hereby **ORDERED** that:

The Court hereby Orders the following schedule for pre-trial proceedings and trial in this matter:

| **Event** | **Deadline** |
|---|---|
| Rule 26(a)(2) Expert Disclosures Due | January 20, 2017 |
| Rebuttal Expert Disclosures Due (if any) | February 1, 2017 |
| Close of Discovery | February 8, 2017 |
| Deadline for Dispositive Motions | February 13, 2017 |
| Dispositive Motion Response | w/in 21 days of Motion |
| Dispositive Motion Reply | w/in 20 days of Response Brief |
| LR 16-2 Meeting of Counsel | March 8, 2017 |
| Serve and File LR 16-4 Memoranda of Facts and Law | March 27, 2017 |
| Serve and File Witness Lists Under LR 16-5 | March 27, 2017 |
| Serve and File Joint Exhibit List Under LR 16-6 | March 27, 2017 |
| Plaintiff Lodges PTO Under LR 16-7 | April 6, 2017 |

| | |
|---|---|
| Submit Jury Instructions, Verdict Form | April 12, 2017 |
| LR 16-3 Disclosure of Graphic and Illustrative Material | April 14, 2017 |
| Final Pre-Trial Conference | April 17, 2017  at 3:00 p.m. |
| LR 16-10 Pretrial Brief (if applicable) | April 18, 2017 |
| Trial | April 25, 2017  at 9:00 a.m. |

**IT IS SO ORDERED.**

DATED: July 15, 2016

_____
Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE