**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
MARGARET E. DAYTON (State Bar No. 274353)
pdayton@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendant Wayne Weaver**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>    Defendants. | Case No. 2:15-cv-08921 SVW (MRWx)<br><br>Hon. Stephen V. Wilson<br><br>**JOINT REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>(*[Proposed] Order and Declaration of Margaret E. Dayton Filed Concurrently*)<br><br>Complaint Filed:          Nov. 17, 2015<br>Mot. to Dismiss Denied: Jul. 21, 2016<br>Current Response Date: Aug. 4, 2016<br>New Response Date:     Aug. 24, 2016<br><br>Trial Date:  April 25, 2017 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff Securities and Exchange Commission (the "SEC") and Defendant Wayne Weaver, by and through their respective counsel of record, hereby request as follows:

WHEREAS, the parties received notice that the Court denied Weaver's Motion to Dismiss on July 21, 2016 (Doc. No. 118);

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(4), Weaver must answer the Complaint on or before August 4, 2016;

WHEREAS, the parties received notice that the Court granted Defendants Sun, Miller, and Al-Barwani's Motions to Dismiss on July 21, 2016 (Doc. No. 118);

WHEREAS, the Court ordered the SEC file its Amended Complaint on or before August 10, 2016 (Doc. No. 118);

WHEREAS, the SEC intends to file an Amended Complaint on or before August 10, 2016 (Declaration of Margaret E. Dayton ¶ 2);

WHEREAS, pursuant to Fed. R. Civ. P. 15, Weaver must answer or otherwise respond to the Amended Complaint on or before August 24, 2016;

WHEREAS, therefore, the Amended Complaint will become the operative pleading in this case only 6 days after Weaver's Answer to the Initial Complaint is due and Weaver must file an answer or otherwise respond to the Amended Complaint only 20 days after his Answer to the Initial Complaint is due;

NOW THEREFORE, the SEC and Weaver respectfully request that the Court enter an order extending Weaver's time to answer the Complaint until August 24, 2016, so that Weaver may respond only to the SEC's Amended Complaint.

SO STIPULATED:

DATED: July 29, 2016

/s/ Marc S. Harris
Marc S. Harris
Margaret E. Dayton
SCHEPER KIM & HARRIS LLP
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Tel: (213) 613-4655
Fax: (213) 613-4656
mharris@scheperkim.com
pdayton@scheperkim.com
*Counsel for Defendant Wayne Weaver*

DATED: July 29, 2016

/s/ Timothy S. Leiman
Timothy S. Leiman
U.S. Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd.,
Suite 900 Chicago, Illinois 60604
Tel: (312) 353-7390
Fax: (312) 353-7398
leimant@sec.gov
*Counsel for Plaintiff U.S. Securities and Exchange Commission*