**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
MARGARET E. DAYTON (State Bar No. 274353)
pdayton@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**Attorneys for Defendant Wayne Weaver**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>        Defendants. | Case No. 2:15-cv-08921 SVW (MRWx)<br><br>Hon. Stephen V. Wilson<br><br>**DECLARATION OF MARGARET E. DAYTON IN SUPPORT OF JOINT REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>*(Joint Request to Extend Time to Respond to Complaint and [Proposed] Order Filed Concurrently)* |

# DECLARATION OF MARGARET E. DAYTON

I, Margaret E. Dayton, declare as follows:

1. I am an associate at the law firm Scheper Kim & Harris LLP and am counsel for Defendant Wayne Weaver in the above-captioned matter. I am licensed to practice law in the state of California and this Court. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. On July 27, 2016, I spoke to Timothy Leiman, counsel for Plaintiff Securities and Exchange Commission (the "SEC") in this matter. Mr. Leiman informed me that pursuant to the Court's Order Granting Defendants Sun, Miller, and Al-Barwani's Motions to Dismiss, (Doc. No. 118), the SEC intends to file an Amended Complaint on or before August 10, 2016.

Executed on July 29, 2016 at Los Angeles, California.

Margaret E. Dayton