**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
MARGARET E. DAYTON (State Bar No. 274353)
pdayton@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendant Wayne Weaver**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>     v.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>           Defendants. | Case No. 2:15-cv-08921 SVW (MRWx)<br><br>Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>(*Joint Request to Extend Time to Respond to Complaint and Declaration of Margaret E. Dayton Filed Concurrently*)<br><br>Complaint Filed:       Nov. 17, 2015<br>Mot. to Dismiss Denied: Jul. 21, 2016<br>Current Response Date: Aug. 4, 2016<br>New Response Date:    Aug. 24, 2016<br><br>Trial Date:  April 25, 2017 |

Having considered Plaintiff Securities and Exchange Commission and Defendant Wayne Weaver's Joint Request to Extend Time to Respond to the Complaint, and good cause appearing, the Request is **GRANTED** and it is hereby **ORDERED** that:

Defendant Wayne Weaver will have until August 24, 2016 to respond to the Complaint or to any Amended Complaint filed on or before August 10, 2016.

**IT IS SO ORDERED.**

DATED: _____, 2016

_____
Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE