FILED
CLERK, U.S. DISTRICT COURT

Aug 4, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>  Defendants. | Case No. 2:15-cv-08921 SVW (MRWx)<br><br>Hon. Stephen V. Wilson<br><br>**ORDER GRANTING JOINT REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>*(Joint Request to Extend Time to Respond to Complaint and Declaration of Margaret E. Dayton Filed Concurrently)*<br><br>Complaint Filed:          Nov. 17, 2015<br>Mot. to Dismiss Denied:  Jul. 21, 2016<br>Current Response Date:   Aug. 4, 2016<br>New Response Date:       Aug. 24, 2016<br><br>Trial Date: April 25, 2017 |

Having considered Plaintiff Securities and Exchange Commission and Defendant Wayne Weaver's Joint Request to Extend Time to Respond to the Complaint, and good cause appearing, the Request is **GRANTED** and it is hereby **ORDERED** that:

/ / /

/ / /

Case No.: 2:15-cv-08921 SVW (MRWx)
[PROPOSED] ORDER GRANTING JOINT REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant Wayne Weaver will have until August 24, 2016 to respond to the Complaint or to any Amended Complaint filed on or before August 10, 2016.

**IT IS SO ORDERED.**

DATED: August 4, 2016

_____
Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE