1  Edward J. Loya, Jr. (State Bar No. 257346)
     *eloya@venable.com*
2  VENABLE LLP
   2049 Century Park East, Suite 2300
3  Los Angeles, CA  90067
   Telephone:  (310) 229-9900
4  Facsimile:  (310) 229-9901

5  Jessie F. Beeber (Admitted *Pro Hac Vice*)
     *jbeeber@venable.com*
6  Patrick J. Boyle (Admitted *Pro Hac Vice*)
     *pboyle@venable.com*
7  VENABLE LLP
   1270 Avenue of the Americas, 24th Floor
8  New York, New York 10020
   Telephone:  (212) 307-5500
9  Facsimile:  (212) 307-5598

10  *Attorneys for Defendants Michael K. Sun and*
    *Mohammed A. Al-Barwani*
11

12           **UNITED STATES DISTRICT COURT**

13          **CENTRAL DISTRICT OF CALIFORNIA**

14                 **WESTERN DIVISION**

15

16  SECURITIES AND EXCHANGE          ) Case No. 2:15-CV-08921-SVW-MRW
    COMMISSION,                      )
17                                   ) Hon. Stephen V. Wilson
                  Plaintiff,         )
18                                   ) **JOINT REQUEST TO EXTEND TIME**
                  v.                 ) **TO RESPOND TO FIRST AMENDED**
19                                   ) **COMPLAINT; DECLARATION OF**
    JAMMIN' JAVA CORP., dba          ) **PATRICK J. BOYLE IN SUPPORT**
20  MARLEY COFFEE, SHANE G.          ) **THEREOF**
    WHITTLE, WAYNE S. P.             )
21  WEAVER, MICHAEL K. SUN,          )
    RENE BERLINGER, STEPHEN B.       ) Action filed:            Nov. 17, 2015
22  WHEATLEY, KEVIN P. MILLER,       ) Mot. to Dismiss Granted:  Jul. 21, 2016
    MOHAMMED A. AL-BARWANI,          ) Amended Complaint Filed: Aug. 8, 2016
23  ALEXANDER J. HUNTER, and         ) Current Response Date:   Aug. 25, 2016
    THOMAS E. HUNTER,                ) New Response Date:       Sept. 8, 2016
24                                   )
                  Defendants.        ) Trial date:              April 25, 2017
25                                   )
                                     )
26                                   )
                                     )
27  _____ )
                                     )
28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1 **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

2      Plaintiff Securities and Exchange Commission (the "SEC") and Defendants

3 Michael K. Sun ("Sun") and Mohammed A. Al-Barwani ("Al-Barwani"), by and

4 through their respective counsel of record, hereby request as follows:

5      WHEREAS, the parties received notice that the Court granted Sun and Al-

6 Barwani's Motions to Dismiss on July 21, 2016 (Dkt. No. 118);

7      WHEREAS, the SEC filed its First Amended Complaint (the "Amended

8 Complaint") on August 8, 2016 (Dkt. No. 121);

9      WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3) and 6(d), Sun and Al-Barwani

10 must answer or otherwise respond to the Amended Complaint on or before August 25,

11 2016;

12      WHEREAS, there is good cause to extend Sun and Al-Barwani's response date,

13 as Defendants Sun and Al-Barwani's counsel have pre-existing conflicts in the

14 upcoming weeks that justify the allowance of additional time to assess and adequately

15 respond to the Amended Complaint's allegations;

16

17      NOW THEREFORE, the SEC, Sun and Al-Barwani respectfully request that

18 the Court enter an order extending Sun and Al-Barwani's time to respond to the

19 Amended Complaint until September 8, 2016.

20

21      SO STIPULATED:

22

23

24

25

26

27

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

12447716       JOINT REQUEST TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

1    Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that Timothy S. Leiman,

2    counsel for Plaintiff U.S. Securities and Exchange Commission concurs in the content

3    of this filing and has authorized the filing.

4

5    Dated:  August 16, 2016          By:   /s/ Patrick J. Boyle

6                                          Patrick J. Boyle (Admitted *Pro Hac Vice*)
                                           Jessie F. Beeber (Admitted *Pro Hac Vice*)

7                                          VENABLE LLP
                                           1270 Avenue of the Americas, 24th Floor

8                                          New York, New York 10020

9                                          Telephone: (212) 307-5500
                                           Facsimile:  (212) 307-5598

10                                         pboyle@venable.com

11                                         jbeeber@venable.com

12

13                                         Edward J. Loya, Jr. (State Bar No. 257346)
                                           VENABLE LLP

14                                         2049 Century Park East, Suite 2300
                                           Los Angeles, CA  90067

15                                         Telephone: (310) 229-9900

16                                         Facsimile:  (310) 229-9901
                                           eloya@venable.com

17                                         *Attorneys for Defendants Michael K. Sun and*

18                                         *Mohammed A. Al-Barwani*

19    Dated:  August 16, 2016          By:   /s/  Timothy S. Leiman

20                                         Timothy S. Leiman
                                           U.S. Securities and Exchange Commission

21                                         Chicago Regional Office

22                                         175 W. Jackson Blvd., Suite 900
                                           Chicago, Illinois 60604

23                                         Telephone: (312) 353-7390

24                                         Fax: (312) 353-7398
                                           leimant@sec.gov

25                                         *Attorney for Plaintiff U.S. Securities and Exchange*

26                                         *Commission*

27

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

2

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

## DECLARATION OF PATRICK J. BOYLE

I, Patrick J. Boyle, declare as follows:

1.      I am an attorney licensed to practice in the states of New York and New Jersey and admitted *pro hac vice* to practice before this Court.  I am a partner at the law firm Venable LLP, counsel for Defendants Sun and Al-Barwani in the above-captioned action.  I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath;

2.      Counsel for Defendants Sun and Al-Barwani have pre-existing conflicts in the upcoming weeks including, but not limited to, vacations and out-of-state depositions.

3.      On August 11, 2016 I conferred with Timothy Leiman, counsel for plaintiff the U.S. Securities and Exchange Commission, and we agreed that there is good cause to extend Defendants Sun and Al-Barwani's response date to September 8, 2016 so that Defendants' counsel may adequately assess and respond to the Amended Complaint.

Executed on August 16, 2016 in New York, New York

_/s/ Patrick J. Boyle_____
Patrick J. Boyle

12447716                    JOINT REQUEST TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT