Edward J. Loya, Jr. (State Bar No. 257346)
 *eloya@venable.com*
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Jessie F. Beeber (Admitted *Pro Hac Vice*)
 *jbeeber@venable.com*
Patrick J. Boyle (Admitted *Pro Hac Vice*)
 *pboyle@venable.com*
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598

*Attorneys for Defendants Michael K. Sun
And Mohammed A. Al-Barwani*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>Defendants. | Case No. 2:15-CV-08921-SVW-MRW<br><br>Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Action filed:   November 17, 2015<br>Trial date:      April 25, 2016 |

---

12450081   [PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND

## ORDER

The Court, having read and considered the Joint Stipulation to Extend Time to Respond to First Amended Complaint (the "Joint Stipulation") and all submissions of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED. Defendants Sun and Al-Barwani shall have until September 8, 2016 to answer or otherwise respond to Plaintiff's First Amended Complaint.

SO ORDERED.

Dated: _____, 2016

_____
HON. STEPHEN V. WILSON
United States District Court Judge