1  CALDWELL LESLIE & PROCTOR, PC
   MICHAEL J. PROCTOR, State Bar No. 148235
2    *proctor@caldwell-leslie.com*
   ANDREW ESBENSHADE, State Bar No. 202301
3    *esbenshade@caldwell-leslie.com*
   725 South Figueroa Street, 31st Floor
4  Los Angeles, California 90017-5524
   Telephone: (213) 629-9040
5  Facsimile: (213) 629-9022

6  Attorneys for Defendant KEVIN P.
   MILLER
7

8
                   **UNITED STATES DISTRICT COURT**
9
          **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
10

11
   SECURITIES AND EXCHANGE            Case No. 2:15-CV-08921-SVW-MRW
12 COMMISSION,
                                      **NOTICE OF LODGING AMENDED**
13          Plaintiff,                **[PROPOSED] ORDER**

14          v.                        The Honorable Stephen V. Wilson

15 JAMMIN' JAVA CORP., dba            Trial Date:        April 25, 2017
   MARLEY COFFEE, SHANG G.
16 WHITTLE, WAYNE S. P. WEAVER,
   MICHAEL K. SUN, RENE
17 BERLINGER, STEPHEN B.
   WHEATLEY, KEVIN P. MILLER,
18 MOHAMMED A. AL-BARWANI,
   ALEXANDER J. HUNTER, and
19 THOMAS E. HUNTER,

20          Defendants.

21

22

23

24

25

26

27

28

CALDWELL
LESLIE &
PROCTOR
                                      Case No. 2:15-CV-08921-SVW-MRW
                              NOTICE OF LODGING AMENDED [PROPOSED] ORDER

1        PLEASE TAKE NOTICE that Defendants Kevin P. Miller and Shane G.

2  Whittle are lodging with this Court the Amended [Proposed] Order Granting

3  Request to Extend Time for Defendants Kevin P. Miller and Shane G. Whittle to

4  Respond to First Amended Complaint, attached hereto as Exhibit A.  The

5  [Proposed] Order Granting Request to Extend Time for Defendants Kevin P. Miller

6  and Shane G. Whittle to Respond to First Amended Complaint filed on August 18,

7  2016 (Dkt. 126-1) contained an error, which has been corrected on the attached

8  Amended [Proposed] Order.

9

10  DATED:  August 19, 2016        CALDWELL LESLIE & PROCTOR, PC

11                         MICHAEL J. PROCTOR
                           ANDREW ESBENSHADE

12

13

14                       By       /S/ *Michael J. Proctor*

15                         MICHAEL J. PROCTOR
                     Attorneys for Defendant Kevin P. Miller

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-         Case No. 2:15-CV-08921-SVW-MRW
NOTICE OF LODGING AMENDED [PROPOSED] ORDER