CALDWELL LESLIE & PROCTOR, PC
MICHAEL J. PROCTOR, State Bar No. 148235
  *proctor@caldwell-leslie.com*
ANDREW ESBENSHADE, State Bar No. 202301
  *esbenshade@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendant Kevin P. Miller

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>　　　　Defendants. | Case No. 2:15-CV-08921-SVW-MRW<br><br>**AMENDED [PROPOSED] ORDER GRANTING REQUEST TO EXTEND TIME FOR DEFENDANTS KEVIN P. MILLER AND SHANE G. WHITTLE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>The Honorable Stephen V. Wilson<br><br>Complaint Filed:　　　　Nov. 17, 2015<br>Mot. to Dismiss Granted: Jul. 21, 2016<br>FAC Filed:　　　　　　　Aug. 8, 2016<br>Current Response Date:　Aug. 25, 2016<br>New Response Date:　　 Sept. 8, 2016<br><br>Trial Date:　　　　　　　April 25, 2017 |

CALDWELL LESLIE & PROCTOR

Case No. 2:15-CV-08921-SVW-MRW
AMENDED [PROPOSED] ORDER GRANTING REQUEST TO EXTEND TIME FOR DEFENDANTS KEVIN P. MILLER AND SHANE G. WHITTLE TO RESPOND TO FIRST AMENDED COMPLAINT

Exhibit A　　2

| | |
|---|---|
| 1 | The Court, having read and considered the Joint Request to Extend Time for |
| 2 | Defendants Kevin P. Miller and Shane G. Whittle to Respond to First Amended |
| 3 | Complaint ("Joint Stipulation") and all submissions of counsel, and good cause |
| 4 | appearing therefore, |
| 5 | IT IS HEREBY ORDERED that the Joint Request is GRANTED. |
| 6 | Defendants Kevin P. Miller and Shane G. Whittle shall have until September 8, |
| 7 | 2016 to answer or otherwise respond to Plaintiff's First Amended Complaint. |
| 8 | |
| 9 | **IT IS SO ORDERED.** |
| 10 | |
| 11 | Dated: _____ |
| 12 | The Honorable Stephen V. Wilson<br>Judge, United States District Court |
| 13 | |
| 14 | |
| 15 | |
| 16 | Prepared By: |
| 17 | _____/S/_____<br>MICHAEL J. PROCTOR<br>CALDWELL LESLIE & PROCTOR, PC |
| 18 | Attorneys for Defendant Kevin P. Miller |

-1-     Case No. 2:15-CV-08921-SVW-MRW

AMENDED [PROPOSED] ORDER GRANTING REQUEST TO EXTEND TIME FOR DEFENDANTS KEVIN P. MILLER AND SHANE G. WHITTLE TO RESPOND TO FIRST AMENDED COMPLAINT