FILED
CLERK, U.S. DISTRICT COURT

Aug 22, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>    Defendants. | Case No. 2:15-CV-08921-SVW-MRW<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME FOR DEFENDANTS KEVIN P. MILLER AND SHANE G. WHITTLE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>The Honorable Stephen V. Wilson<br><br>Complaint Filed: Nov. 17, 2015<br>Mot. to Dismiss Granted: Jul. 21, 2016<br>FAC Filed: Aug. 8, 2016<br>Current Response Date: Aug. 25, 2016<br>New Response Date: Sept. 8, 2016<br><br>Trial Date: April 25, 2017 |

    The Court, having read and considered the Joint Request to Extend Time for Defendants Kevin P. Miller and Shane G. Whittle to Respond to First Amended Complaint ("Joint Stipulation") and all submissions of counsel, and good cause appearing therefore,

///

///

///

///

CALDWELL LESLIE & PROCTOR

Case No. 2:15-CV-08921-SVW-MRW

AMENDED [PROPOSED] ORDER GRANTING REQUEST TO EXTEND TIME FOR DEFENDANTS KEVIN P. MILLER AND SHANE G. WHITTLE TO RESPOND TO FIRST AMENDED COMPLAINT

Exhibit A

2

1   IT IS HEREBY ORDERED that the Joint Request is GRANTED.
2   Defendants Kevin P. Miller and Shane G. Whittle shall have until September 8,
3   2016 to answer or otherwise respond to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

Dated:  August 22, 2016

The Honorable Stephen V. Wilson
Judge, United States District Court

Prepared By:

/S/
MICHAEL J. PROCTOR
CALDWELL LESLIE & PROCTOR, PC
Attorneys for Defendant Kevin P. Miller

-1-   Case No. 2:15-CV-08921-SVW-MRW
AMENDED [PROPOSED] ORDER GRANTING REQUEST TO EXTEND TIME FOR DEFENDANTS KEVIN P. MILLER AND SHANE G. WHITTLE TO RESPOND TO FIRST AMENDED COMPLAINT