Doressia L. Hutton
Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Boulevard, Suite 900
Chicago, IL 60604

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION | CASE NUMBER |
|---|---|
| Plaintiff(s) v.  JAMMIN' JAVA CORP., dba MARLEY COFFEE, et al. Defendant(s). | 2:15-CV-08921 |
| | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

HUTTON, DORESSIA L.
*Applicant's Name (Last Name, First Name & Middle Initial)*

312-596-6050    312-353-7398
*Telephone Number    Fax Number*

Huttond@sec.gov
*E-Mail Address*

Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Boulevard, Suite 900
Chicago, IL 60604

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
SECURITIES AND EXCHANGE COMMISSION

*Name(s) of Party(ies) Represent*       ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Dean, Lynn M.
*Designee's Name (Last Name, First Name & Middle Initial)*

205562    323-965-3245    213-443-1904
*Designee's Cal. Bar No.    Telephone Number    Fax Number*

deanl@sec.gov
*E-Mail Address*

of   Securities and Exchange Commission
444. S. Flower Street, Suite 900
Los Angeles, California 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.                    _____
                                                          U.S. District Judge/U.S. Magistrate Judge

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1