Eric B. Bruce (Admitted *Pro Hac Vice*)
*eric.bruce@kobrekim.com*
Michael Ng (Bar. No. 237915)
*michael.ng@kobrekim.com*
KOBRE & KIM LLP
150 California Street, 19th Floor
San Francisco, California 94111
Telephone: (415) 582-4800
Facsimile: (415) 582-4811

*Attorneys for Defendants*
*Alexander J. Hunter and*
*Thomas E. Hunter*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>        vs.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>                Defendants. | Case No. 2:15-CV-08921-SVW-MRW<br><br>**JOINT REQUEST TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; DECLARATION OF ERIC B. BRUCE IN SUPPORT THEREOF**<br><br>*([Proposed] Order and Declaration of Eric B. Bruce Filed Concurrently)*<br><br>Action filed:            Nov. 17, 2015<br>Mot. To Dismiss Granted: Jul. 21, 2016<br>FAC Filed:               Aug. 8, 2016<br>Current Response Date:   Aug. 25, 2016<br>New Response Date:       Oct. 31, 2016<br>Trial Date:              April 25, 2017 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Defendants Alexander J. Hunter and Thomas E. Hunter (the "Hunters") and Plaintiff Securities and Exchange Commission (the "SEC"), by and through their respective counsel of record, hereby request as follows:

WHEREAS, the SEC filed its First Amended Complaint (the "Amended Complaint") on August 8, 2016 (Dkt. No. 121);

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3) and 6(d), the Hunters must answer or otherwise respond to the Amended Complaint on or before August 25, 2016;

WHEREAS, there is good cause to extend the Hunters' response date, as the Hunters have reached a tentative settlement agreement with the SEC, which is currently being finalized and will ultimately require final approval by the Commissioners of the SEC in Washington, DC, a process that may take several more weeks;

WHEREAS, approval of the settlement agreement reached between the Hunters and the SEC will render it unnecessary for the Hunters to respond to the Amended Complaint;

NOW THEREFORE, the Hunters and the SEC respectfully request that the Court enter an order extending the Hunters' time to respond to the Amended Complaint to October 31, 2016 to allow sufficient time to finalize the tentative settlement agreement.

SO STIPULATED:

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that Timothy S. Leiman, counsel for Plaintiff U.S. Securities and Exchange Commission concurs in the content of this filing and has authorized the filing.

DATED: August 23, 2016        By: */s/ Eric B. Bruce*
                                   Eric B. Bruce (Admitted *Pro Hac Vice*)
                                   Michael Ng (Bar. No. 237915)
                                   KOBRE & KIM LLP
                                   1919 M Street, NW
                                   Washington, DC 20036
                                   Telephone: (202) 664-1900
                                   Facsimile: (202) 664-1920
                                   eric.bruce@kobrekim.com
                                   michael.ng@kobrekim.com

                                   *Attorneys for Defendants Alexander J. Hunter and Thomas E. Hunter*

DATED: August 23, 2016        By: */s/ Timothy S. Leiman*
                                   Timothy S. Leiman
                                   U.S. Securities and Exchange Commission
                                   Chicago Regional Office
                                   175 W. Jackson Blvd., Suite 900
                                   Chicago, Illinois 60604
                                   Telephone: (312) 353-7390
                                   Fax: (312) 353-7398
                                   leimant@sec.gov

                                   *Attorney for Plaintiff U.S. Securities and Exchange Commission*

# DECLARATION OF ERIC B. BRUCE

I, Eric B. Bruce, declare as follows:

1. I am an attorney licensed to practice in the District of Columbia and the state of New York and am admitted to practice *pro hac vice* before this Court. I am a partner at the law firm Kobre & Kim LLP, counsel for Defendants Alexander J. Hunter and Thomas E. Hunter in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath;

2. On August 23, 2016, I conferred with Timothy Leiman, counsel for plaintiff the U.S. Securities and Exchange Commission, and we agree that there is good cause to extend Defendants Alexander J. Hunter and Thomas E. Hunter's response date to October 31, 2016 so that Defendants' counsel may have time to complete the settlement process.

Executed on August 23, 2016 in Washington, D.C., District of Columbia

*/s/ Eric B. Bruce*
Eric B. Bruce