Eric B. Bruce (Admitted *Pro Hac Vice*)
eric.bruce@kobrekim.com
Michael Ng (Bar. No. 237915)
michael.ng@kobrekim.com
KOBRE & KIM LLP
150 California Street, 19th Floor
San Francisco, California 94111
Telephone: (415) 582-4800
Facsimile: (415) 582-4811

*Attorneys for Defendants*
*Alexander J. Hunter and*
*Thomas E. Hunter*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>Defendants. | Case No. 2:15-CV-08921-SVW-MRW<br><br>Hon. Stephen V. Wilson<br><br>**ORDER GRANTING JOINT REQUEST TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>*(Joint Request to Extend Time to Respond to First Amended Complaint and Declaration of Eric B. Bruce Filed Concurrently)*<br><br>Action filed:   Nov. 17, 2015<br>Trial date:      April 25, 2017 |

1     The Court, having considered the Joint Request to Extend Time to Respond
2 to the First Amended Complaint (the "Joint Request"), and all submissions of
3 counsel, and good cause appearing therefore,

4     IT IS HEREBY ORDERED that the Joint Request is **GRANTED**, and
5 Defendants Alexander J. Hunter and Thomas E. Hunter will have until October 31,
6 2016 to answer or otherwise respond to Plaintiff's First Amended Complaint filed
7 on August 8, 2016.

8     **IT IS SO ORDERED**.

10 DATED:  August 30, 2016

12 _____
13     Hon. Stephen V. Wilson
    UNITED STATES DISTRICT COURT JUDGE