Edward J. Loya, Jr. (State Bar No. 257346)
  *eloya@venable.com*
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Jessie F. Beeber (Admitted *Pro Hac Vice*)
  *jbeeber@venable.com*
Patrick J. Boyle (Admitted *Pro Hac Vice*)
  *pboyle@venable.com*
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone:  (212) 307-5500
Facsimile:   (212) 307-5598
*Attorneys for Defendant Michael K. Sun*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:15-CV-08921-SVW-MRW |
| Plaintiff, | Hon. Stephen V. Wilson |
| v. | |
| JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER, | **[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL K. SUN'S MOTION TO DISMISS THE AMENDED COMPLAINT** |
| Defendants. | Action filed:  November 17, 2015<br>Trial date:     April 25, 2017 |

13010984    Order Granting Defendant Sun's Motion To Dismiss The Amended Complaint

# **ORDER**

The Court, having read and considered Defendant Michael K. Sun's Motion to Dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(6) and 9(b) (the "Motion") and all submissions of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED. All causes of action asserted in the Amended Complaint against Defendant Michael K. Sun are HEREBY DISMISSED with prejudice and without leave to amend.

SO ORDERED.

Dated: _____, 2016           _____
                                  THE HON. STEPHEN V. WILSON
                                  United States District Court Judge