# EXHIBIT A

**VP Bank (Schweiz) AG**
Bahnhofstrasse 3 · Postfach 2993 · 8022 Zürich 22 · Schweiz · T +41 44 226 24 24 · F +41 44 226 25 24
info.ch@vpbank.com · www.vpbank.com · CHE-107.826.214 MWST



P.P. CH-8022 Zürich    A-PRIORITY    762337

Volante Advisory AG
Am Schanzengraben 27
8002 Zürich
Switzerland

Your advisor(s):
Intermediaries

**Westpark Limited**
Client portfolio ▇▇▇▇▇02
Ref. JAMN
Current account USD
▇▇▇03, Ref. JAMN
IBAN CH12▇▇▇▇▇▇▇8000 3

Zurich, 2 June 2014

**Debit advice**                                             Reference number: 119936420

We are pleased to confirm the following transaction:

| | | | |
|---|---|---|---|
| In favour of | Michael Sun | | |
| IBAN | ▇▇▇▇▇▇▇▇000 | | |
| Bank | Near East Commercial Bank SAL, Tabaris, Achrafieh | | |
| Reason for payment | closing of account | | |
| | Amount | USD | −660'160.85 |
| | Payment Charges | USD | −22.37 |
| | Net | USD | −660'183.22 |
| **To your debit** | Value 2 June 2014 | **USD** | **660'183.22** |

e.+o.e.

Form without signature

000142 - 9/11

1/1

CONFIDENTIAL TREATMENT REQUESTED                                BER00000686