TIMOTHY S. LEIMAN, Ill. Bar No. 6270153
Email: leimant@sec.gov
PAUL M. G. HELMS, Ill. Bar No. 6291623
Email: helmsp@sec.gov
PETER SENECHALLE, Ill Bar No. 6300822
Email: senechallep@sec.gov

175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone:  (312) 353-7390
Facsimile:  (312) 353-7398

LOCAL COUNSEL
Lynn M. Dean, Cal. Bar No. 205562
Email: deanl@sec.gov
United States Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Attorneys for Plaintiff
United States Securities and Exchange Commission

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>Defendants. | Case No. 2:15-CV-08921 SVW (MRWx)<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENT BY CONSENT AS TO ALEXANDER J. HUNTER (now known as JOHN ALEXANDER) AND THOMAS E. HUNTER**<br><br>Hearing Date: November 28, 2016<br>Time: 1:30 pm<br>Hon. Stephen V. Wilson<br>Courtroom 6 |

TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD: PLEASE TAKE NOTICE that on November 28, 2016 at 1:30 p.m., or as soon as possible thereafter as counsel may be heard, in the above captioned matter before the Honorable Stephen V. Wilson, United States District Judge, at 312 N. Spring St., Los Angeles, California 90012, Plaintiff United States Securities and Exchange Commission shall and hereby does move for entry of final judgment by consent as to Defendant Alexander J. Hunter, now known as John Alexander, and for entry of final judgment by consent as to Thomas E. Hunter (collectively, "the Hunters"). The motion is based on (1) the consents to entry of judgment executed by the Hunters; and (2) upon such other matters as may be presented to the Court before or at the time of the hearing.

Dated:  October 28, 2016                    Respectfully submitted,

*/s/Peter Senechalle*
Peter Senechalle
U.S. Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd., Suite 900
Chicago, Illinois  60604
Telephone:  (312) 353-7390
Fax:  (312) 353-7398
senechallep@sec.gov

## CERTIFICATE OF SERVICE

Peter Senechalle hereby certifies that he caused the foregoing document to be filed through the Court's CM/ECF system on October 28, 2016, which automatically sends an electronic copy of the document to all counsel of record.

*/s/ Peter Senechalle*