Daniel J. Hayes
Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604

FILED
CLERK, U.S. DISTRICT COURT

Dec 9, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Securities and Exchange Commission

Plaintiff(s)

v.

Jammin' Java et al.

Defendant(s).

CASE NUMBER

2:15-CV-08921-SVW-MRW

(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Hayes, Daniel J.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(312) 353-7390          (312) 353-3381
*Telephone Number*       *Fax Number*
hayesdj@sec.gov
*E-Mail Address*

of

Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Securities and Exchange Commission

*Name(s) of Party(ies) Represent*   ✓ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: ___

**and designating as Local Counsel**

Dean, Lynn M.
*Designee's Name (Last Name, First Name & Middle Initial)*
205562          (323) 965-3245          (213) 443-1904
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
deanl@sec.gov
*E-Mail Address*

of

Securities and Exchange Commission
Los Angeles Regional Office
444 South Flower Street, Suite 900
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
            ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:  ☐ be refunded   ☐ not be refunded.

Dated: December 9, 2016

*/s/ Stephen V. Wilson*
U.S. District Judge/U.S. Magistrate Judge
STEPHEN V. WILSON

G-64 Order (05/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1