TIMOTHY S. LEIMAN, Ill. Bar No. 6270153
Email: leimant@sec.gov
PAUL M. G. HELMS, Ill. Bar No. 6291623
Email: helmsp@sec.gov
PETER SENECHALLE, Ill Bar No. 6300822
Email: senechallep@sec.gov

175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone:  (312) 353-7390
Facsimile:  (312) 353-7398

LOCAL COUNSEL
Lynn M. Dean, Cal. Bar No. 205562
Email: deanl@sec.gov
United States Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Attorneys for Plaintiff
United States Securities and Exchange Commission

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>Defendants. | Case No. 2:15-CV-08921 SVW (MRWx)<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT WAYNE WEAVER**<br><br>Hearing Date: May 8, 2017<br>Time: 1:30 pm<br>Hon. Stephen V. Wilson<br>Courtroom 10A |

1. Plaintiff U.S. Securities and Exchange Commission (the "SEC") respectfully moves the Court to enter summary judgment on the issue of liability on all claims against Defendant Wayne Weaver. In support of this Motion, the SEC is contemporaneously filing (a) a Memorandum in Support, (b) a Local Rule 56-1 Statement of Uncontroverted Facts and Conclusions of Law, and (c) the Declaration of Timothy S. Leiman (counsel for the SEC) attaching copies of the exhibits cited in the Local Rule 56-1 Statement in support of the SEC's motion. The SEC also will submit a Proposed Order through the Court's ECF portal for proposed orders.

**WHEREFORE**, Plaintiff SEC respectfully requests that the Court grant the SEC's Motion for Summary Judgment, and enter the proposed order submitted by the SEC. If the Court enters summary judgment against Defendant Weaver, the SEC will file a motion for appropriate remedies with the Court.

**TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD: PLEASE TAKE NOTICE that**:

On May 8, 2017 at 1:30 p.m., or as soon as possible thereafter as counsel may be heard, in the above captioned matter before the Honorable Stephen V. Wilson, United States District Judge, at the First Street Courthouse, 350 W. 1st Street, Courtroom 10A, 10th Floor, Los Angeles, California 90012, Plaintiff United States Securities and Exchange Commission shall and hereby does move for entry of summary judgment on the issue of liability as to Defendant Wayne Weaver. The motion is based on (1) the SEC's Memorandum in Support; (2) the SEC's Local Rule 56-1 Statement of Uncontroverted Facts and Conclusions of Law; (3) the Declaration of Timothy S. Leiman, and supporting exhibits; and (4) such other matters as may be presented to the Court before or at the time of the hearing.

Dated:  March 31, 2017                 Respectfully submitted,

                                       */s/Timothy S. Leiman*
                                       Timothy S. Leiman
                                       U.S. Securities and Exchange Commission
                                       Chicago Regional Office

1

175 W. Jackson Blvd., Suite 900
Chicago, Illinois  60604
Telephone:  (312) 353-5213
Fax:  (312) 353-7398
leimant@sec.gov

## CERTIFICATE OF SERVICE

Timothy S. Leiman hereby certifies that he caused the foregoing document to be filed through the Court's CM/ECF system on March 31, 2017, which automatically sends an electronic copy of the document to all counsel of record.

*/s/ Timothy S. Leiman*