# EXHIBIT 3

20

EXHIBIT 97    PLTF. DEFT.
WITNESS Berlinger
CONSISTING OF 58 PAGES
DATE 2-7-17
BEHMKE REPORTING AND VIDEO SERVICES, INC.

# Appendix H

## Account Opening Documents

### Calgon Invest SA

Confidential pursuant to Securities and Exchange Act s.24(d)

CIMA-0000055

**B&C Capital Inc.**
Suite 1604, Ocean Business Plaza, Aquilino De La Guardia Av. Marbella, Panama, Republic of Panama.

B&C Capital Inc

**Investment Account Application**

Please complete this application in full, along with the additional documents noted on the finalpage of this application *"Required Documents and Investment Account Application Instructions"* and return the original to your financial advisor. All requested documents must be provided in order to open an account. This form must be completed for each beneficial owner and signatory of the account. This includes individuals named on Powers of Attorney and Trading Authorizations. The information requested is required under Anti-Money Laundering regulations. Please copy this form as neccessary to complete for each individual. If funds or assets are received by B&C Capital Inc. prior to the accounts final approval to open, those assets may not be sold or transferred until documentation is complete, except to be returned to where they were received from.

## Account Details / Contact Information

| Field | Value | | | | |
|---|---|---|---|---|---|
| Client Name | Calgon Invest SA (Full Legal Name of Entity or Person) | | | | |
| Citizenship | Majuro | Place of Birth | Majuro | Date of Birth | 18th of November 2010 |
| Primary Address | Ajeltake Island, Ajeltake Road | | | | |
| State/Province | Majuro | Country | Marshall Islands | Zip Code | MH 96960 |
| Business Phone | +41 44 210 14 10 | Home | | Fax | +41 44 210 14 12 |
| Email Address | berlinger@volante-advisory.ch | | | | |
| Currency Base: | ☒ USD | ☐ GBP | ☐ CHF | ☐ CAD | |
| Account Type: | ☐ Indiviual | ☐ Joint | ☒ Corporate | ☐ Trust | |
| Account Advisor | Rene Berlinger | | | | |

## Occupational Information

| Occupation | | Position | | Years | |
|---|---|---|---|---|---|
| Employer Name | | | | | |
| Employer Address | | | | | |
| Website (if applicable) | | | | | |
| Nature of Business | | | | | |

## Classification of Account

Please read important risk disclosures in section 9 and 10 of the Account Agreement. Accounts wishing to use margin facilities, sell securities short or trade derivatives, must be approved as margin accounts.

| | | |
|---|---|---|
| Type of account? (tick one only) | ☒ Margin | ☐ Cash |
| Account authorized to trade Derivatives? | ☒ Yes | ☐ No |
| Account authorized to purchase Restricted Securities? | ☒ Yes | ☐ No |
| Have you read sections 9 & 10 of the Account Agreement? | ☒ Yes | ☐ No |

## List Authorized Signatories

| Number of Signatories Required to Withdraw Assets | ☒ 1 | ☐ 2 | *(signature)* |
|---|---|---|---|
| Print Name | Rene Berlinger | Sample Signature: | *(signature)* |
| Print Name | | Sample Signature: | |

Confidential pursuant to Securities and Exchange Act s.24(d)                    CIMA-0000056

**Corporate Account Due Diligence.**

| | |
|---|---|
| Company's exact legal name | Calgon Invest SA |
| Nature of Business | Investment and trading |
| Country of Incorporation | Marshall Island |
| Date of Incorporation | 18 Nov. 2010 |
| Is the Corporation in Good Standing? | ☒ Yes  ☐ No |

Please identify all shareholders and beneficial owners of the company with a 10% or greater interest. If the owner of the company is a orporation please also identify the ultimate beneficial owners of the underlying corporation.

| Name | Weaver, Wayne Scott Patrick | % Interest | 100 |
|---|---|---|---|
| Name | | % Interest | |
| Name | | % Interest | |

Company must notify B&C Capital Inc. immediately in writing as to any change in officers, directors, beneficial owners, or account signatories.

**Trust Account Due Diligence**

| | |
|---|---|
| Describe the primary source of funds | shares delivered into depository |

Please ensure that documents requested on final page include: Full name, date and place of execution of the trust, and a complete list of the trustees.

| | |
|---|---|
| What is the Purpose of the account | Trading and Investment |
| Expected initial transaction | 2.x million shares deposited |
| Expected transaction volume | Market value 750'000 USD |
| Estimated market value of the account | Amount: > 1 million   Currency: USD |
| Will the account deal in physical securities | ☒ Yes  ☐ No |

Confidential pursuant to Securities and Exchange Act s.24(d)

CIMA-0000057

 B&C Capital Inc

Other Information

| | |
|---|---|
| Does the Beneficial Owner of this Account have an interest in any other current or past B&C Accounts? | ☒ Yes ☐ No |
| If yes, please provide details | existing relationship with B&C |
| Does anyone other than the persons named have authority over or any financial interest in this account? | ☐ Yes ☒ No |
| If yes, please provide details | |
| Is the Account Holder acting as an intermediary or holding the assets on behalf of a third party? | ☐ Yes ☒ No |
| If yes, please provide details | |
| Have you ever been convicted of an indictable offence, fraud, or any other serious criminal offence? | ☐ Yes ☒ No |
| If yes, please provide details | |
| Have you ever had an investment account application refused closed (B&C or other)? | ☐ Yes ☒ No |
| If yes, please provide details | |
| Have you ever been convicted of a securities related offence? | ☐ Yes ☒ No |
| If yes, please provide details | |
| Are you a director or officer of a public company? | ☐ Yes ☒ No |
| If yes, please provide details | |
| Name of financial institution supplying your reference | |

How did you hear about B&C

Publication / Website [ ]    Referal (who?) [investment advisor]    Other [ ]

I certify that the information provided by me in this application is true and correct and I agree to advise B&C Capital Inc. immediately of any material change in this information or my financial circumstances. I have received and read the attached B&C Capital Inc. investment account agreement - terms and conditions, and understand and agree to all terms within, including ( if applicable) risk disclosures relating to margin accounts, derivatives, online access and restricted securities. This agreement is subject to the laws of Republic of Panama.

Please attach: Notarized photo ID Reference (if reference does not confirm residential address, please also provide a utility bill or other acceptable verification of address)

Application Signature

Signature of Customer or Signatory: _____[signature]_____    Date  24.11.2010

Signature of Customer or Signatory: _____    Date  _____

Confidential pursuant to Securities and Exchange Act s.24(d)                    CIMA-0000058

B&C Capital Inc.
Suite 1604, Ocean Business Plaza, Aquilino De La Guardia Av. Marbella, Panama, Republic of Panama.        B&C Capital Inc   

## B&C Capital Inc. Indentity Verification Form (Form IVF)

This form must be completed for each beneficial owner and signatory of a B&C account. This includes individuals named on Powers of Attorney and Trading Authorizations. The information requested is required under Anti-Money Laundering regulations. Please copy this form as neccessary to complete for each individual.

### Personal Information

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Full legal name of person | Weaver, Wayne Scott Patrick | | | | |
| Residential Address | Maison de Grant, Rue de L'Etocquet, | | | | |
| Country | Jersey | State / Province | | Zip Code | JE3 2EL |
| Citizenship | St. Ouen | Place of Birth | | Date of Birth | 17.03.1967 |
| Business Phone | +44 7797 734 173 | Home | | Fax | |
| Email | wayne@highlandcapital.org | | | | |

### Occupational Information

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Occupation | | Position | | Years | |
| Employer Name | | | | | |
| Employer Address | | | | | |
| Website (if applicable) | | | | | |
| Nature of Business | | | | | |

### Other Information

Have you ever been convicted of an indictable offence, fraud, or any other serious criminal offence?  ☐ Yes  ☒ No

If yes, please provide details

Have you ever had an investment account application refused closed (B&C or other)?  ☐ Yes  ☒ No

If yes, please provide details

Have you ever been convicted of a securities related offence?  ☐ Yes  ☒ No

If yes, please provide details

Are you a director or officer of a public company?  ☐ Yes  ☒ No

If yes, please provide details

Name of financial institution supplying your reference: B&C Capital Inc.

Please attach: Notarized photo ID Reference (if reference does not confirm residential address, please also provide a utility bill or other acceptable verification of address)

I CERTIFY THAT THE INFORMATION PROVIDED BY ME IN THIS DOCUMENT IS TRUE AND CORRECT, AND I AGREE TO ADVISE B&C CAPITAL IMMEDIATELY OF ANY CHANGE.

Signature of Customer or Signatory: _[signature]_        Date: 24.11.2010

Confidential pursuant to Securities and Exchange Act s.24(d)        CIMA-0000059

## CORPORATE RESOLUTION
### To Open An Account At B&C Capital Inc.

_Calgou Invest SA_
**COMPANY/ORGANIZATION**

I, _Rene Berlinger_, Corporate Secretary of _Admita Nominees Ltd, Director of Calgou Invest SA_
a company duly organized and existing under the laws of _____
hereby certify that the following is a true copy of a Resolution duly adopted by the Board of Directors of the said Company at a Meeting thereof duly convened and held in accordance with the Bye-Laws on _18, Nov,_ 20_10_, at which a quorum was present and voting throughout and that such Resolution is now in full force and effect and is in accordance with the provisions of the Bye-laws of the said company:-

It was Resolved that _Calgou Invest SA_ open a brokerage account at B&C Capital Inc., Suite 1604, Ocean Business Plaza, Aquilino De La Guardia Av. Marbella, Panama, Republic of Panama, and that the forms of resolution used ordinarily by B&C Capital Inc. be signed by the appropriate officers and directors of the Company, and the said accounts be operated under the following signatories:

_Rene Berlinger_ | _Secretary & Director_ | _[signature]_
Name (Please Print) | Title | Signature

_____ | _____ | _____
Name (Please Print) | Title | Signature

Witness my hand and the Seal of the Company at _____
this _24_ day of _November_, 20_10_.

_[signature]_
**Signature of Corporate Secretary**

CORPORATE SEAL
_No seal_
_[signature]_



**B&C Capital Inc.**
Suite 1604, Ocean Business Plaza, Aquilino De La Guardia AV. Marbella, Panama, Republic of Panama

## CERTIFICATE OF RELIANCE
### Re: Customer Verification

*As an alternative to providing due diligence on the customers for which they act, licensed Financial Institutions/Trust Companies duly regulated in their respective, approved jurisdictions may vouch for their clients based on their own due diligence, by providing this Certificate of Reliance, subject to the approval of B&C Capital Inc.*

**Name of B&C Capital Inc. Account Holder:** _Calgon Invest SA_

In reference to the above-noted Customer and on behalf of the Institution named below, I, the undersigned authorized Officer of this Institution hereby confirm that we have conducted comprehensive due diligence on the Customer, and have obtained and will retain in our files documentary evidence establishing and verifying the identity of the Customer and all underlying principals. In the case of this Customer being a corporation, I also verify that we have in our possession documents confirming the company's valid incorporation and establishing the identity of the respective directors, officers and beneficial owners of the company. Where the account or a corporate customer is owned by a trust, I confirm that we have obtained documents verifying the trust's existence and establishing the identity of all trustees, beneficiaries, settlers, and other underlying principals.

Based on our comprehensive due diligence, we believe the Customer, to be reputable and the Customer's funds to be from legitimate means and sources. Furthermore, we agree to retain such documents and information, and provide the same to B&C Capital Inc. upon request, up to the period of five years after the closing date of the Customer's account.

**Is your institution licensed, regulated and subject to all Anti-Money Laundering regulations?**
Yes _X_  No _____

**Financial Institution:** _Volante Advisory AG_
(name & mailing address) _Usteristrasse 14, P.O. Box 1219_
_8021 Zurich_

**Country of Jurisdiction:** _Switzerland_

**Regulatory Authority (Name):** _Polyreg_

**Name/Title of Signing Officer:** _Rene Berlinger_
_Board Member_

**Authorized Signature** _[signature]_

**Date** _24.11.2010_

**B& C Capital Inc. Approval:** _____

Confidential pursuant to Securities and Exchange Act s.24(d)

CIMA-0000061



**B&C Capital Inc.**
Suite 1604, Ocean Business Plaza, Aquilino De La Guardia AV. Marbella, Panama, Republic of Panama

## ACCOUNT STATUS CONFIRMATION

To: B&C Capital Inc. ("B&C")
Re: _Calgon Invest SA_
(B&C account name, the "Account Holder")

I, _Rene Berlinger_
- the Account Holder (individually or jointly)*
- on behalf of the Account Holder (as director/trustee)*
- as shareholder of the Account Holder*
(*delete as appropriate)
hereby confirm, under the prescribed and duly marked definitions (see below) for the purposes of maintaining a designated "high net worth/sophisticated" investment account
(please place an "X" next to the appropriate statement):

(A)    that I, the Account Holder/as shareholder in the Account Holder*, qualify as a "high net worth person" or "sophisticated person" as:

____ I am an individual whose personal net worth is at least US$1 Million or its equivalent in any other currency; or

____ I am the ultimate beneficial owner of assets amounting to not less than a minimum gross value of US$5 million or its equivalent in any other currency.

(B)    that on behalf of the Account Holder (as director/trustee)* the Account Holder:

_X_ has total assets of not less than US$5 million or its equivalent in any other currency;

____ is regulated by a recognized overseas regulatory authority (please contact B&C for a list of recognized jurisdictions).

I request that, based on the above confirmation, the investment account currently held in your books be designated with the status of "high net worth/sophisticated" account. I fully understand, acknowledge and accept that once the status of my account has been changed as requested, B&C Capital Inc. will not be subject to regulation by the Panama Authority with respect to the said account. I also agree to notify you immediately in writing should at any time my/the Account Holders* financial position/status change whereby I/the Account Holder may no longer meet the prescribed and duly marked definitions.

(C) ____ that neither I nor the Account Holder (if different) qualifies as a "high net worth person" or "sophisticated person" for the purposes of maintaining a designated "high net worth/sophisticated" investment account.

_____        _24.-1. 2010_
Signature                        Date

_Rene Berlinger_
Name

_____
B & C Account Number

Completion of this Form is mandatory where a client's account status is changed to high net worth or sophisticated as per the Securities Investment Business Law (2003 Revision)

"high net worth person" means –
  a) an individual whose net worth is at least US$800,000 or its equivalent in any other currency; or
  b) any person that has total assets of not less than US$4,000,000 or its equivalent in any other currency

"sophisticated person" means a person –

a) regulated by the authority;
b) regulated by a recognized overseas authority;
c) any of whose securities are listed on a recognized securities exchange; or
d) who –
   i) by virtue of knowledge and experience in financial and business matters is reasonably to be regarded as capable of evaluating the merits of a proposed transaction; and
   ii) participates in a transaction with a value or in monetary amounts of at least US$80,000 or its equivalent in any other currency, in the case of each single transaction

Confidential pursuant to Securities and Exchange Act s.24(d)

CIMA-0000063

## CALCON INVEST SA
## RESOLUTIONS OF THE BOARD OF DIRECTORS
## ADOPTED PURSUANT TO SECTION 55(2) OF THE
## MARSHALL ISLANDS BUSINESS CORPORATIONS ACT

The undersigned, Rene Berlinger, Director of Admita Nominees Ltd, director of **Calgon Invest SA**, a Marshall Island corporation (herein the "Corporation"), hereby adopt the following resolutions pursuant to section 55(2) of the Marshall Island Business Corporations Act on the date hereof:

RESOLVED, that the Corporation has established a bank account with **B&C Capital in Panama** in accordance with the bank's standard terms and conditions and that the following named persons, signing single, are authorized signatories on the account.

**Rene Berlinger**

IN WITNESS WHEREOF, the undersigned have executed this instrument on this 24th day of November, 2010.

Rene Berlinger, for and on behalf of
Admita Nominees Ltd, director



**Official certification**

This is to certify that this copy corresponds exactly with the document shown to us this day and declared to be the original.

Zurich 1, 26/11/2010
B.-No. 1741/ Fee: Fr.20.00

The Stadtammann of Zurich 1:

Confidential pursuant to Securities and Exchange Act s.24(d)

CIMA-0000065





Confidential pursuant to Securities and Exchange Act s.24(d)

CIMA-0000066