# EXHIBIT 6

## Stephen Wheatley

| | |
|---|---|
| From: | Wayne Weaver <wweaver08@gmail.com> |
| Sent: | 12 September 2010 16:07 |
| To: | Michael K Sun |
| Subject: | CV |
| Attachments: | W Weaver - Bio - Sep 10.doc |

Hi Mike

Have a look at this and see if it is enough or if you think we should tweak.

W

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2197 / Virus Database: 2437/5203 - Release Date: 08/15/12




EXHIBIT
25
16 JAN 2017

SEC-WheatleyS-E-0000414

PRIVATE &
CONFIDENTIAL

### Wayne Weaver, Bio

Wayne Weaver is currently involved with a number of financing opportunities for both public and private companies. He is an active financier for a number of new ventures seeking to gain access to the public market and is also a major shareholder of a North American publicly listed mining company. He has participated in numerous public listings in the past, primarily in the mining industries but has also been involved in the garment industry, footwear and apparel.

Most recently, he was the Managing Director of PanTrust International, S.A., a Panama based group of trust and wealth management companies since 2007, and before that was Managing Director of La Hougue Financial Management Services Limited, a Jersey based group of trust and wealth management companies from 1998 to 2007 (Whereupon the business was transferred to Pantrust). Mr. Weaver was responsible for all financial, organizational and operational matters of the Pantrust group which included numerous operating subsidiaries within the group of which one of the activities of the group was private investment and Mr. Weaver focused on private company investment management and financing arrangements primarily in the UK and North American markets.

During his time at both La Hougue and Pantrust, Mr. Weaver was also involved in numerous financing/lending initiatives, private placements and bridge financings for private companies. Mr. Weaver is an active investor in and/or a Director of numerous private companies whose business activities cover a diverse range of industries such as hedge funds, satellite communication, mining, software, investment holding companies, residential and commercial property development, etc.

Mr. Weaver began his career as a Chartered Accountant with Deloitte & Touche in Toronto in 1990 and after obtaining his designation left public practice in 1993 and eventually joined a computer software firm specializing in logistical software and oversaw its growth as CFO over the next four years until the sale of the business for US$100M+ in 1998.

SEC-WheatleyS-E-0000413