**EXHIBIT 7**



# REPUBLICA DE PANAMA
PROVINCIA DE PANAMA

## NOTARIA QUINTA DEL CIRCUITO

## LIC. DIOMEDES EDGARDO CERRUD

NOTARIO

TELEFONOS: 223-2974
          223-2979
TELEFAX:  223-2982

E-mail: deca_gc@cwpanama

ESCRITURA No. _____3,655_____ de _____20_____ de _____Febrero_____ de _____2009.

POR LA CUAL: se protocoliza el CERTIFICADO DE CONSTITUCION de la sociedad anónima denominada **DONNOLIS INVEST CORP.**

EH&P Investments AG
Zürich

Original gesehen
4. 3. 2010

Original eingesehen

JOSÉ SILVA
MORGAN & MORGAN
CÉDULA 8-225-1020

Confidential pursuant to Securities Exchange Act s.24(d)

NOTARIA QUINTA DEL CIRCUITO DE PANAMA

**PUBLIC DEED NUMBER THREE THOUSAND SIX HUNDRED FIFTY FIVE**

**(3,655)**

By which the ARTICLES OF INCORPORATION of **DONNOLIS INVEST CORP.**, are recorded.

Panama, February 20, 2009.

ARTICLES OF INCORPORATION OF **DONNOLIS INVEST CORP.**

Organized under the General Corporation Law of the Republic of Panama. We the undersigned, JOSE EUGENIO SILVA, clerk, with Personal Identity Card Nr. 8-225-1020 and DIANETH ISABEL MATOS DE OSPINO, Secretary, with Personal Identity Card Nr. 8-226-2286, both of legal age, Panamanian, married, resident of Panama City, wishing to form a stock corporation pursuant to the provisions of the General Corporation Law of the Republic of Panama, Law 32 of 1927, do hereby enter into an agreement of organization of such corporation as follows:

**FIRST ARTICLE: NAME OF THE CORPORATION**

The name of the corporation is **DONNOLIS INVEST CORP.**

**SECOND ARTICLE: PRINCIPAL OBJECT**

The principal object of the corporation is to engage in the Republic of Panama or any other country, colony or foreign territory, in the purchase, sale, transfer, disposal, dealing, finance, barter, ownership, administration, giving or taking money in loan, giving or taking in commission, mortgage, security, lease, use, usufruct, or receivership, any kind of property, whether real or personal, stocks or rights, and make and accept all kinds of deals, contracts, operations, businesses and transactions of lawful commerce.

The corporation could engage also in fulfilling all the activities, contracts, operations, businesses or transactions allowed by Law to the corporations.

**THIRD ARTICLE: CAPITAL**

The authorized capital of the Corporation is TEN THOUSAND DOLLARS (US$10,000.00) legal currency of the United States of America, divided in ONE HUNDRED (100) shares with a nominal value of ONE HUNDRED DOLLARS (US$100.00) each. Shares may be issued in nominative form or to bearer and the titles or stock certificates shall bear the autograph

signature of the President and the Secretary or the Treasurer. ---------------------------------

---------------------------- **FOURTH ARTICLE: BOARD OF DIRECTORS** --------------------------

The Board of Directors shall consist of no less than three (3) and no more than five (5) members, but they may be increased by a General Shareholders' Assembly.--------------------

---------------------------- **FIFTH ARTICLE: INITIAL DIRECTORS** -------------------------------

The initial Directors are: JOSE E. SILVA, DIANETH M. DE OSPINO and MARTA DE SAAVEDRA, all Panamanian, with address at 53rd E Street, Urbanizacion Marbella, MMG Tower, 16th Floor, Panama, Republic of Panama. ---------------------------------------------------

-------------------------------- **SIXTH ARTICLE: OFFICERS** ---------------------------------------

The officers of the corporation shall be one President, one Secretary and one Treasurer, appointed by the Board of Directors. The Corporation may also have any other officers, agents or representatives determined by the Board of Directors, any Officer may exercise more than one office. ---------------------------------------------------------------------------------

-------------------------- **SEVENTH ARTICLE: THE INITIAL OFFICERS** --------------------------

The initial Officers will be the following persons: JOSE E. SILVA, President, DIANETH M. DE OSPINO, Secretary and MARTA DE SAAVEDRA, Treasurer.---------------------------------------

-------------------- **EIGHTH ARTICLE: POWERS OF BOARD OF DIRECTORS** --------------------

The business of the corporation shall be administered and conducted by the Board of Directors. Subject to the provisions of the law and to these articles of incorporation, the Board of Directors shall have the absolute control and full management of the business of the corporation and to that effect it may.--- ONE: Represent the corporation in all its negotiations with third parties, through its President or whoever acts in his place, and to do whatever may be required for the representation and defense of the properties, assets, rights and interests of the company, judicially or extra judicially.--- TWO. To appoint officers, managers representatives or general or special attorneys as well as agents and mandataries of any kind, both in the Republic of Panama or in any other country.--- THREE: To dispose of, assign, transfer, waive, assess, mortgage, and lease, in whole or in part, the corporation's properties and rights, and post bonds. The vacancies which may occur in the Board of Directors shall be filled by a vote of the majority of the remaining Directors. The meeting of

may be represented and vote through proxy or proxies in any meeting of the Board.

FOUR: The Board of Directors shall be authorized to appoint the bank or banks, at the places where the corporation shall keep its accounts and other securities, and the person or persons who shall draw such funds and securities and sign checks against the account or accounts kept by the corporation in such banks or other entities, and the corporation may determine that such person act individually and/or jointly with one or more persons.

**NINTH ARTICLE: CONFLICT OF INTEREST**

No contract or any other transaction between this corporation and any other corporation shall be affected or invalidated by the fact that any Director or Officer of this corporation may be a Director or Officer of such other corporation; and any Director or Officer of this corporation, individually or jointly, may be part or be interested in any contract or transaction of this corporation.

**TENTH ARTICLE: SIGNATORY POWERS**

The joint signatures of any two (2) Directors/Officers in respect of any act, transaction or business of the corporation, shall be binding on the same.

**ELEVENTH ARTICLE: GENERAL SHAREHOLDERS ASSEMBLY**

The General Shareholders' Assembly constitutes the supreme power of the corporation, but under no circumstances can they, by a majority vote, deprive the shareholders of their acquired rights nor impose a resolution contrary to the articles of incorporation or the by-laws.--- The General Shareholders' Assembly can take place either in Panama or in any other country.

**TWELFTH ARTICLE: STOCK REGISTER**

The stock registry required by law shall be kept in Panama or in any country in the world, as determined by the Board of Directors.

**THIRTEENTH ARTICLE: DOMICILE**

The corporation will have its domicile in the city of Panama, Republic of Panama, but may establish branches and/or agencies in other parts of the Republic of Panama or abroad, as it deems convenient.

**FOURTEENTH ARTICLE: RESIDENT AGENT**

The Resident Agent of the corporation in the Republic of Panama shall be the law firm

Confidential pursuant to Securities Exchange Act s.24(d)
FINMA-0000469

MORGAN Y MORGAN, whose address is at 53rd E Street, Urbanizacion Marbella, MMG Tower, 16th Floor, Panama, Republic of Panama.

### FIFTEENTH ARTICLE: TRANSFER OF JURISDICTION

By resolution of the Board of Directors, the corporation may at its entire and absolute discretion, transfer its domicile to the jurisdiction of another country. To such end, the corporation shall present a certification or a certified copy of the pertinent decision or agreement, as well as the certificate evincing that it is duly registered in the jurisdiction to which it transferred.

### SIXTEENTH ARTICLE: DURATION

The duration of the corporation shall be perpetual, but it may be dissolved at any time by resolution of the Shareholders' Meeting which must be adopted by a majority vote/of the outstanding shares.

### SEVENTEENTH ARTICLE: SUBSCRIBERS OF THE CORPORATION

Each of the subscribers to these Articles of Incorporation agrees to subscribe one (1) share. As witness thereof we have issued and signed this Charter of Incorporation in the city of Panama, Republic of Panama, today the twentieth (20th) day of February the year two thousand nine (2009).

(Sgd.) José E. Silva.-------------------- Dianeth M. de Ospino.

This document has been elaborated by the law firm MORGAN Y MORGAN.

(Sgd.) By: MORGAN Y MORGAN:- Luis Miguel Hincapié C.

==========================================================================

**ESCRITURA PUBLICA NUMERO TRES MIL SEISCIENTOS CINCUENTA Y CINCO**

--------------------------------------- (3,655) ---------------------------------------

Por la cual se protocoliza el CERTIFICADO DE CONSTITUCION de la sociedad anónima denominada **DONNOLIS INVEST CORP.**

----------------------------- Panamá, 20 de Febrero de 2009 -----------------------------

En la ciudad de Panamá, Capital de la República y Cabecera del Circuito Notarial del mismo nombre, a los veinte (20) días del mes de Febrero del año dos mil nueve (2009), ante mí, Licenciado DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá, con cédula de identidad personal número ocho- ciento setenta y uno- trescientos

NOTARIA QUINTA DEL CIRCUITO DE PANAMA

uno (8-171-301), comparecieron personalmente JOSE EUGENIO SILVA, varón, oficinista, con cédula de identidad personal número ocho - doscientos veinticinco - mil veinte (8-225-1020), DIANETH ISABEL MATOS DE OSPINO, mujer, Secretaria, con cédula de identidad personal número ocho- doscientos veintiséis- dos mil doscientos ochenta y seis (8-226-2286), ambos mayores de edad, panameños, casados, vecinos de esta ciudad, personas a quienes doy fe que conozco y me entregaron para su protocolización en esta Escritura y en efecto protocolizo EL CERTIFICADO DE CONSTITUCION DE LA SOCIEDAD ANONIMA DENOMINADA **DONNOLIS INVEST CORP.** -----

Dicho documento consta de cuatro (4) hojas y su contenido se transcribe en esta escritura.--
Queda hecha la protocolización solicitada por las partes interesadas.-----
El Notario advierte que este instrumento debe registrarse y leído a los comparecientes en presencia de los testigos instrumentales MAYLA CASTRELLON DE BOCANEGRA, con cédula de identidad personal número cinco- doce- mil cuatrocientos sesenta y seis (5-12-1466) y LUIS MORALES, con cédula de identidad personal número cuatro-ciento cuarenta y cuatro-ochocientos veintidós (4-144-822), ambos mayores de edad, panameños y vecinos de esta ciudad, a quienes conozco y son hábiles para ejercer el cargo, lo encontraron conforme, le impartieron su aprobación y firman todos para constancia por ante mí el Notario que doy fe.-- Hago constar, además, que este documento ha sido elaborado por la firma de Abogados MORGAN Y MORGAN y firmado por el Licenciado Luis Miguel Hincapié Corcó.-----

**ESTA ESCRITURA LLEVA EL NUMERO TRES MIL SEISCIENTOS CINCUENTA Y CINCO -- ------------------ (3,655) ------------------**

(Fdo.) José E. Silva.---Dianeth M. de Ospino.--Mayla Castrellón de Bocanegra--Luis Morales.
DIOMEDES EDGARDO CERRUD AYALA, Notario Público Quinto del Circuito de Panamá.----

==========================================================

CERTIFICADO DE CONSTITUCION DE **DONNOLIS INVEST CORP.**-----

Organizada bajo la Ley General de Sociedades Anónimas de la República de Panamá. --------
Nosotros, los suscritos JOSE EUGENIO SILVA, oficinista, con cédula de identidad personal No. 8-225-1020 y DIANETH ISABEL MATOS DE OSPINO, Secretaria, con cédula de identidad personal No. 8-226-2286, ambos mayores de edad, panameños, casados, vecinos de esta ciudad, deseando formar una sociedad por acciones, de conformidad con las

disposiciones de la Ley 32 de 1927, sobre sociedades anónimas, por el presente entramos en un convenio de organización de tal sociedad como sigue:

**ARTÍCULO PRIMERO: NOMBRE DE LA SOCIEDAD**

El nombre de la sociedad es: **DONNOLIS INVEST CORP.**

**ARTÍCULO SEGUNDO: OBJETO PRINCIPAL**

El objeto principal de la sociedad es el de dedicarse en la República de Panamá o en cualquier otro país, colonia o territorio extranjero, a comprar, vender, transferir, disponer, negociar, financiar, permutar, poseer, administrar, dar o tomar dinero en préstamo, dar o tomar en comisión, hipoteca, prenda, arrendamiento, uso, usufructo, o anticresis, toda clase de bienes, sean muebles o inmuebles, acciones o derechos y celebrar y efectuar todos los actos, contratos, operaciones, negocios y transacciones de lícito comercio. La Compañía podrá dedicarse igualmente a realizar todos los actos, contratos, operaciones, negocios, o transacciones permitidas por la Ley a las sociedades anónimas.

**ARTÍCULO TERCERO: CAPITAL**

El capital social es de DIEZ MIL DOLARES (US$10,000.00), moneda legal de los Estados Unidos de América, dividido en CIEN (100) acciones de un valor nominal de CIEN DOLARES (US$100.00) cada una. Las acciones podrán ser expedidas en forma nominativa o al portador y los títulos o certificados de acciones llevarán la firma autógrafa del Presidente y del Secretario o el Tesorero.

**ARTÍCULO CUARTO: JUNTA DIRECTIVA**

El número de directores no será menor de tres (3) ni mayor de cinco (5), pero podrá ser aumentado por la Junta General de Accionistas.

**ARTÍCULO QUINTO: PRIMEROS DIRECTORES**

Los primeros directores son: JOSE E. SILVA, DIANETH M. DE OSPINO, y MARTA DE SAAVEDRA, todos Panameños, con dirección en Calle 53 E, Urbanización Marbella, MMG Tower, Piso 16, Panamá, República de Panamá.

**ARTÍCULO SEXTO: DIGNATARIOS**

Los Dignatarios de la Sociedad serán un Presidente, un Secretario y un Tesorero nombrados por la Junta Directiva. La sociedad podrá también tener cualesquiera otros

Confidential pursuant to Securities Exchange Act s.24(d)
FINMA-0000472

NOTARIA QUINTA DEL CIRCUITO DE PANAMA

Dignatario podrá desempeñar más de un puesto.

### ARTÍCULO SEPTIMO: PRIMEROS DIGNATARIOS

Los primeros dignatarios de la sociedad lo serán las personas siguientes: JOSE E. SILVA, Presidente, DIANETH M. DE OSPINO, Secretaria y MARTA DE SAAVEDRA, Tesorera.

### ARTÍCULO OCTAVO: PODERES DE LA JUNTA DIRECTIVA

Los negocios de la sociedad serán administrados y dirigidos por Junta Directiva. Con sujeción a lo dispuesto en la Ley y a lo que estipula este Pacto Social, la Junta Directiva tendrá el control absoluto y la dirección plena de los negocios de la sociedad y a tal efecto podrá sin limitación:-----UNO. Representar a la Compañía en todas sus negociaciones con terceros, por medio de su Presidente o el que haga las veces, y hacer cuanto fuere necesario para la representación y para la defensa de los bienes, haberes, derechos e intereses de la Compañía, judicial o extrajudicialmente.--- DOS. Nombrar funcionarios, gerentes, o representantes y apoderados generales o especiales, tanto en la República de Panamá como en cualquier otro país.--- TRES. Enajenar, ceder, traspasar, renunciar, gravar, hipotecar y arrendar parcialmente o en su totalidad las propiedades y derechos de la Compañía, así como otorgar fianzas. Las vacantes que ocurrieren en la Junta Directiva serán llenadas por el voto de la mayoría de los directores en ejercicio. Las sesiones de los Directores podrán celebrarse en la República de Panamá o en el extranjero, y cualquier director podrá estar representado y votar por apoderado o apoderados en cualquiera de las sesiones de la Junta Directiva.-- CUATRO. La Junta Directiva está autorizada para, nombrar el banco o los bancos, en los lugares donde la sociedad mantendrá cuentas y otras seguridades, a la persona o personas que podrán girar sobre esos fondos y seguridades y firmar cheques contra la o las cuentas que la sociedad mantenga en bancos u otras entidades, y la sociedad podrá determinar que esa persona actúe individualmente y/o conjuntamente con una o más personas.

### ARTÍCULO NOVENO: CONFLICTO DE INTERESES

Ningún contrato u otra transacción entre la sociedad y cualquier otra sociedad será afectado o invalidado por el hecho de que cualquier director o dignatario de esta sociedad sea director o dignatario de otra sociedad; y cualquier director o dignatario de la sociedad, individual o

Confidential pursuant to Securities Exchange Act s.24(d)

FINMA-0000473

mancomunadamente, puede ser parte o estar interesado en cualquier contrato o transacción de esta sociedad. ------

**ARTÍCULO DECIMO: DERECHO DE FIRMA**

La firma conjunta de cualesquiera dos (2) de los Directores/Dignatarios con respecto a cualquier acto, transacción o negocio de la sociedad, obligará a la misma. ------

**ARTÍCULO DECIMO PRIMERO: JUNTA GENERAL DE ACCIONISTAS**

La Junta General de Accionistas constituye el poder supremo de la sociedad, pero en ningún caso podrá por un voto de la mayoría privar a los accionistas de sus derechos adquiridos ni imponerles una resolución contraria al Pacto Social o a los Estatutos.--- Las sesiones de la Junta General de Accionistas se podrán celebrar en Panamá o en el extranjero. ------

**ARTÍCULO DECIMO SEGUNDO: REGISTRO DE ACCIONES**

El Registro de Acciones exigido por la Ley será llevado en el lugar que designe la Junta Directiva, dentro o fuera de la República. ------

**ARTÍCULO DECIMO TERCERO: DOMICILIO**

La sociedad tendrá su domicilio en la ciudad de Panamá, Provincia de Panamá, República de Panamá, y podrá establecer sucursales, y/o agencias en cualquier lugar de la República o en el extranjero, según crea conveniente. ------

**ARTÍCULO DECIMO CUARTO: AGENTE RESIDENTE**

El Agente Residente de la sociedad en la República de Panamá es la firma forense MORGAN Y MORGAN, con oficinas en Calle 53 E, Urbanización Marbella, MMG Tower, Piso 16, Panamá, República de Panamá. ------

**ARTÍCULO DECIMO QUINTO: CAMBIO DE JURISDICCION**

Mediante Resolución de la Junta Directiva, la sociedad podrá a su entera y absoluta discreción transferir su domicilio a la jurisdicción de otro país. Para tal efecto, la sociedad deberá presentar certificación o copia certificada de la decisión o acuerdo correspondiente, así como certificado de haber quedado debidamente inscrita en la jurisdicción a que se transfiera. ------

**ARTÍCULO DECIMO SEXTO: DURACIÓN**

La duración de la sociedad será perpetua, pero podrá disolverse en cualquier momento por

**NOTARIA QUINTA DEL CIRCUITO DE PANAMA**

emitidas.

**ARTÍCULO DECIMO SEPTIMO: SUSCRIPTORES DE LA SOCIEDAD**

Cada uno de los suscriptores de este Pacto Social convienen en tomar una (1) acción.

En fe de lo cual hemos extendido y firmado este Certificado de Constitución en la Ciudad de Panamá, a los veinte (20) días del mes de Febrero de dos mil nueve (2009).

(Fdo.) José E. Silva.----------------- Dianeth M. de Ospino.

Este documento ha sido elaborado por la firma de abogados MORGAN Y MORGAN.

(Fdo.) Por: MORGAN Y MORGAN, Luis Miguel Hincapié C.

Concuerda en todas sus partes este instrumento con el protocolo correspondiente; por lo que lo expido, firmo y sello, en la Ciudad de Panamá, República de Panamá, a los veinte (20) días del mes de Febrero del año dos mil nueve (2009).

Lic. Diomedes Edgardo Cerrud
Notario Público Quinto

INGRESADO EN EL REGISTRO PÚBLICO DE PANAMÁ

Provincia: Panamá  
Tomo: 2009  
Presentante: JOSE SILVA  
Liquidación No.: 7009048046  
Ingresado Por: MIDEMA  

Fecha y Hora: 2009/02/26 17:36:56:4  
Asiento: 037458  
Cedula: 8-225-1020  
Total Derechos: 60.00

Jefe de Diario

Inscrito en el Sistema Tecnológico de Información del Registro Público de Panamá

Sección de Mercantil  Ficha No. 653347  Sigla No. S.A.  
Documento Redi No. 1530380  
Operación Realizada: Pactos  
Derechos de Registro B/. 50  
Derecho de Calificación B/. 10  
Panamá, 27 de Febrero de 2009

Registrador Jefe

Confidential pursuant to Securities Exchange Act s.24(d)

FINMA-0000475

APOSTILLE
Convention de la haye du 5 octobre 1961
1 País PANAMA
2 El presente documento público ha sido firmado por _Alyana Roguel_
3 quien actúa en calidad _[illegible]_
4 y está revestido del sello/timbre de _[illegible]_

CERTIFICADO

5 EN Panamá
6 el día **0 5 MAR 2009**
7 por DIRECCIÓN ADMINISTRATIVA
8 Bajo el número _1890_
9 Sello/timbre
10 Firma _[signature]_

Esta Autorización no implica responsabilidad en cuanto al contenido del _[illegible]_

Confidential pursuant to Securities Exchange Act s.24(d)

FINMA-0000476