**EXHIBIT 8**

G01039488

068



FINTER BANK ZÜRICH

# A  ESTABLISHMENT OF THE BENEFICIAL OWNER'S IDENTITY

(Form A as per art. 3 and 4 CDB)

**Redacted**
Account/deposit number:

**Contracting Partner:**
Donnolis Invest Corp.

Urbanizacion Marbella, 16th Floor

Panama City, Republic of Panama

The contracting partner hereby declares **(mark with a cross where appropriate)**:

☐ that the contracting partner ist the sole beneficial owner of the assets concerned
☒ that the beneficial owner/s of the assets concerned is/are:

Full name (or Company), Date of Birth, Nationality, Address/Domicile, Country

Wayne Scott Patrick WEAVER, 17 March 1967, British Citizen, Maison du Grant,

La rue de l'Etocquet, St. Ouen, Jersey, JE3, 2DU, Channel Islands

The contracting partner undertakes to inform the bank, of his own accord, about any changes.

Willfully entering false information in this form is a criminal offense (art. 251 of the Swiss Penal Code, forgery of documents; under penalty of penal servitude of up to five years or a prison sentence).

Panama, 17.02.2010
Place and date

Signature of the contracting partner
JOSÉ E. SILVA          DIANETH DE OSPINO
President              Secretary

Confidential pursuant to Securities Exchange Act s.24(d).                    SEC-FINMA-P-0001423