TIMOTHY S. LEIMAN, Ill. Bar No. 6270153
Email: leimant@sec.gov
PAUL M. G. HELMS, Ill. Bar No. 6291623
Email: helmsp@sec.gov
PETER SENECHALLE, Ill Bar No. 6300822
Email: senechallep@sec.gov

Attorneys for Plaintiff
United States Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

LOCAL COUNSEL
Lynn M. Dean, Cal. Bar No. 205562
Email: deanl@sec.gov
United States Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>Defendants. | Case No. 2:15-CV-08921-SVW-MRW<br><br>**DECLARATION OF TIMOTHY S. LEIMAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT – AND ATTACHED EXHIBITS** |

I, Timothy S. Leiman, declare pursuant to 28 U.S.C. § 1746, that the following is true and correct, that this declaration is made on my personal knowledge, and that I am competent to testify as to the matters stated below:

1. I am employed as Senior Trial Counsel in the Division of Enforcement of the United States Securities and Exchange Commission (the "Commission" or the "SEC") in its regional office in Chicago, Illinois. I am lead counsel for the SEC in this litigation.

2. I am an attorney in good standing admitted to practice by the State of Illinois and admitted *pro hac vice* in this action. I make this declaration in support of the SEC's Motion for Partial Summary Judgment As To Liability Against Defendant Wayne Weaver ("Weaver"). I have personal knowledge of the following facts.

3. The following are true and correct copies of documents as they were obtained by the SEC in the investigation and litigation of this matter. They are submitted in support of the SEC's Motion for Summary Judgment against Defendant Wayne Weaver. In a contemporaneously filed Local Rule 56-1 Statement of Uncontroverted Facts and Conclusions of Law in support of the SEC's Motion for Partial Summary Judgement, the SEC will cite to these documents as "SJ Exhibit__."

4. Attached as **Exhibit 1** is a true and correct copy of a March 29, 2017 declaration by SEC Senior Accountant R. Kevin Barrett and related summary exhibits.

5. Attached as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the February 7, 2017 deposition of Rene Berlinger in this case.

6. Attached as **Exhibit 3** is a true and correct copy of excerpts from account opening documents for Calgon Invest, S.A.

1

("Calgon"), produced to the SEC by the Cayman Islands Monetary Authority ("CIMA") in response to a request by the SEC under the International Organization of Securities Commissions' ("IOSCO's") Multilateral Memorandum of Understanding ("MOU"). These pages are part of a group of documents marked as Deposition Exhibit 97 in the deposition of Rene Berlinger.

7. Attached as **Exhibit 4** is a true and correct copy of excerpts from account opening documents for Timotei Overseas, Inc. ("Timotei") at Verdmont Capital, S.A. ("Verdmont") produced to the SEC by the Superintendencia del Mercado de Velores – the Panamanian securities regulatory authority (the "SMV").

8. Attached as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the January 26, 2017 deposition of Michael Sun in this case.

9. Attached as **Exhibit 6** is a true and correct copy of a September 12, 2010 E-mail from Wayne Weaver to Michael Sun produced by Stephen Wheatley in response to the SEC's document requests in this case. This e-mail was previously marked as Deposition Exhibit 25 at the deposition of Michael Sun.

10. Attached as **Exhibit 7** is a true and correct copy of the February 20, 2009 Articles of Incorporation for Donnolis Invest Corp. ("Donnolis") produced to the SEC by the Swiss Financial Market Supervisory Authority ("FINMA") in response to a request by the SEC under the International Organization of Securities Commissions' ("IOSCO's") Multilateral Memorandum of Understanding ("MOU").

11. Attached as **Exhibit 8** is a true and correct copy of a February 17, 2010 form of Finter Bank Zurich ("Finter Bank") regarding the beneficial ownership of an account in the name of Donnolis. The form

2

was produced to the SEC by FINMA in response to the SEC's MOU request.

12. Attached as **Exhibit 9** is a true and correct copy of excerpts from Defendant Wayne Weaver's October 27, 2016 Responses to the SEC's Revised Requests for Admission ("RFAs") that were submitted by Weaver to the SEC during discovery in this case.

13. Attached as **Exhibit 10** is a true and correct copy of March 8, 2010 account opening documents for Donnolis' account at Finter Bank that were produced to the SEC by FINMA in response to the SEC's MOU request.

14. Attached as **Exhibit 11** is a true and correct copy of February 17, 2010 board meeting minutes of Donnolis as they were produced to the SEC by FINMA in response to the SEC's MOU request.

15. Attached as **Exhibit 12** is a true and correct copy of excerpts from the August 20, 2009 Articles of Incorporation of Arcis Assets, S.A. ("Arcis") produced to the SEC by FINMA in response to the SEC's MOU request.

16. Attached as **Exhibit 13** is a true and correct copy of a September 17, 2010 Declaration of the Identity of the Beneficial Owner of Arcis produced to the SEC by FINMA in response to the SEC's MOU request.

17. Attached as **Exhibit 14** is a true and correct copy of a January 21, 2011 E-mail from Weaver to Berlinger produced to the SEC by Berlinger in response to the SEC's document requests in this case. This exhibit was previously marked as Deposition Exhibit 51 in the deposition of Michael Sun.

18. Attached as **Exhibit 15** is a true and correct copy of September 17, 2010 account opening documents for an Arcis account at

Compagnie Bancaire Helvetique ("CBH") produced to the SEC by FINMA in response to the SEC's MOU request.

19. Attached as **Exhibit 16** is a true and correct copy of a February 17, 2011 Certificate of Incorporation for Manitou S.A. ("Manitou") produced to the SEC by FINMA in response to the SEC's MOU request.

20. Attached as **Exhibit 17** is a true and correct copy of a February 21, 2011 form of Bank Gutenburg declaring the identity of the beneficial owner of Manitou -- produced to the SEC by FINMA in response to the SEC's MOU request.

21. Attached as **Exhibit 18** is a true and correct copy of excerpts from the November 18, 2010 Articles of Incorporation and related incorporation and account opening documents of Calgon produced to the SEC by CIMA in response to the SEC's MOU request. These pages are part of a group of documents marked as Deposition Exhibit 97 in the deposition of Rene Berlinger.

22. Attached as **Exhibit 19** is a true and correct copy of a October 11, 2010 Letter from Michael Sun to Daniel Lacher (of VP Bank) produced by Sun in response to the SEC's document requests in this case. This document was previously marked as Deposition Exhibit 52 at the deposition of Michael Sun.

23. Attached as **Exhibit 20** is a true and correct copy of excerpts from the January 27, 2017 deposition of Mohammed Al-Barwani in this case.

24. Attached as **Exhibit 21** is a true and correct copy of account opening documents and a Certificate of Formation for Cilitz and Trade, S.A. ("Cilitz") produced to the SEC by FINMA in response to the SEC's MOU request.

25. Attached as **Exhibit 22** is a true and correct copy of account opening documents, including a February 11, 2010 Account and Securities Deposit Agreement for Cilitz at Finter Bank produced to the SEC by FINMA in response to the SEC's MOU request.

26. Attached as **Exhibit 23** is a true and correct copy of excerpts from the December 14, 2016 Responses from Michael Sun to the SEC's Fist Set of RFAs submitted to the SEC by Sun during discovery in this case.

27. Attached as **Exhibit 24** is a true and correct copy of excerpts from the December 14, 2016 Responses by Michael Sun to the SEC's First Set of Interrogatories submitted to the SEC by Sun during discovery in this case.

28. Attached as **Exhibit 25** is a true and correct copy of excerpts from the January 22, 2010 Certificate of Incorporation and Articles of Incorporation for Torino Invest, S.R.L. ("Torino") produced to the SEC by FINMA in response to the SEC's MOU request.

29. Attached as **Exhibit 26** is a true and correct copy of an October 1, 2010 CBH Account Opening Agreement for Torino produced to the SEC by FINMA in response to the SEC's MOU request.

30. Attached as **Exhibit 27** is a true and correct copy of an October 1, 2010 CBH declaration of identity of beneficial owner for Torino produced to the SEC by FINMA in response to the SEC's MOU request. This document was previously marked as Deposition Exhibit 32 at the deposition of Michael Sun.

31. Attached as **Exhibit 28** is a true and correct copy of excerpts of account opening documents for Westpark Ltd. ("Westpark") at VP Bank Switzerland Ltd. ("VP Bank") produced to the SEC by Berlinger in response to discovery requests in this case. These pages are excerpted

from a group exhibit that was marked as Deposition Exhibit 87 at the deposition of Rene Berlinger.

32. Attached as **Exhibit 29** is a true and correct copy of a September 21, 2010 declaration of beneficial owner of Renavial Ltd. ("Renavial") produced to the SEC by FINMA in response to the SEC's MOU request. These pages are excerpted from a group exhibit that was marked as Deposition Exhibit 92 at the deposition of Rene Berlinger.

33. Attached as **Exhibit 30** is a true and correct copy of a September 14, 2010 Consent of Incorporator and Certificate of Incorporation for Renavial produced to the SEC by FINMA in response to the SEC's MOU request. These pages are excerpted from a group exhibit that was marked as Deposition Exhibit 92 at the deposition of Rene Berlinger.

34. Attached as **Exhibit 31** is a true and correct copy of excerpts of account opening documents for a Renavial account at VP Bank produced to the SEC by FINMA in response to the SEC's MOU request. These pages are excerpted from a group exhibit that was marked as Deposition Exhibit 92 at the deposition of Rene Berlinger.

35. Attached as **Exhibit 32** is a true and correct copy of an August 30, 2010 declaration of identity of the beneficial owner of Las Colinas Ltd. ("Las Colinas") produced to the SEC by FINMA in response to the SEC's MOU request. These pages are excerpted from a group exhibit that was marked as Deposition Exhibit 78 at the deposition of Rene Berlinger.

36. Attached as **Exhibit 33** is a true and correct copy of a May 11, 2011 "Establishment of the Beneficial Owner's Identity for Chilli Capital Ltd. ("Chilli Capital") produced to the SEC by Berlinger in response to the SEC's discovery requests in this case. These pages are

excerpted from a group exhibit that was marked as Deposition Exhibit 83 at the deposition of Rene Berlinger.

37. Attached as **Exhibit 34** is a true and correct copy of August 27, 2010 Articles of Incorporation for Las Colinas produced to the SEC by FINMA in response to the SEC's MOU request. These pages are excerpted from a group exhibit that was marked as Deposition Exhibit 78 at the deposition of Rene Berlinger.

38. Attached as **Exhibit 35** is a true and correct copy of excerpts of account opening documents for an account of Las Colinas at VP Bank produced to the SEC by FINMA in response to the SEC's MOU request. These pages are excerpted from a group exhibit that was marked as Deposition Exhibit 78 at the deposition of Rene Berlinger.

39. Attached as **Exhibit 36** is a true and correct copy of a March 19, 2012 Republic of Panama Consulta de Mercantil Corporate Registration for Rahela International Inc. ("Rahela") produced to the SEC by the SMV in response to the SEC's request.

40. Attached as **Exhibit 37** is a true and correct copy of a November 20, 2007 Verdmont Capital KYC (Know Your Customer) Form for Kevin Miller produced to the SEC by the SMV in response to the SEC's request.

41. Attached as **Exhibit 38** is a true and correct copy of excerpts from Kevin Miller's September 15, 2016 responses to the SEC's First Set of RFA's submitted to the SEC during discovery in this case.

42. Attached as **Exhibit 39** is a true and correct copy of excerpts from Kevin Miller's June 23, 2016 responses to the SEC's First Set of Interrogatories submitted to the SEC during discovery in this case.

43. Attached as **Exhibit 40** is a true and correct copy of a September 28, 2010 Verdmont Capital Corporate Account Form for Rahela produced to the SEC by the SMV in response to the SEC's request.

44. Attached as **Exhibit 41** is a true and correct copy of excerpts from Kevin Miller's January 11, 2017 responses to the SEC's Second Set of Interrogatories submitted to the SEC during discovery in this case.

45. Attached as **Exhibit 42** is a true and correct copy of excerpts from Kevin Miller's June 23, 2016 responses to the SEC's First Set of Requests for Production submitted to the SEC during discovery in this case.

46. Attached as **Exhibit 43** is a true and correct copy of excerpts from the transcript of the January 24, 2017 deposition of Stephen Wheatley in this case.

47. Attached as **Exhibit 44** is a true and correct copy of excerpts from the incorporation documents for Petersham Enterprises Limited ("Petersham") produced by Stephen Wheatley during the SEC's investigation of this matter. This document was previous marked as Deposition Exhibit 1 at the deposition of Stephen Wheatley.

48. Attached as **Exhibit 45** is a true and correct copy of a September 15, 2010 E-mail from Andrew Golding to Stephen Wheatley produced by Stephen Wheatley during the SEC's investigation of this matter. This document was previous marked as Deposition Exhibit 3 at the deposition of Stephen Wheatley.

49. Attached as **Exhibit 46** is a true and correct copy of a September 15, 2010 E-mail from Stephen Wheatley to Andrew Golding produced by Stephen Wheatley during the SEC's investigation of this

8

matter. This document was previous marked as Deposition Exhibit 17 at the deposition of Stephen Wheatley.

50. Attached as **Exhibit 47** is a true and correct copy of a November 21, 2016 Declaration of Rohan Marley submitted to the SEC in this case.

51. Attached as **Exhibit 48** is a true and correct copy of an August 30, 2016 Declaration of Anh Tien Tran submitted to the SEC in this case.

52. Attached as **Exhibit 49** is a true and correct copy of excerpts from the publicly available June 1, 2007 Annual Report Form 10-KSB for Global Electronic Recovery Corporation ("GERC") as filed on the SEC's Electronic Data Gathering, Analysis, and Retrieval system ("EDGAR").

53. Attached as **Exhibit 50** is a true and correct copy of excerpts from the publicly available May 15, 2009 Annual Report Form 10-K for Jammin Java Corp. ("Jammin Java") as filed on the SEC's Electronic Data Gathering, Analysis, and Retrieval system ("EDGAR").

54. Attached as **Exhibit 51** is a true and correct copy of excerpts from the publicly available May 17, 2010 Annual Report Form 10-K for Jammin Java as filed on the SEC's Electronic Data Gathering, Analysis, and Retrieval system ("EDGAR").

55. Attached as **Exhibit 52** is a true and correct copy of excerpts from the publicly available May 17, 2011 Annual Report Form 10-K for Jammin Java as filed on the SEC's Electronic Data Gathering, Analysis, and Retrieval system ("EDGAR").

56. Attached as **Exhibit 53** is a true and correct copy of a May 10, 2007 Corporate Registration for Monolosa Real Estate Inc.

9

("Monolosa") produced to the SEC by FINMA in response to the SEC's MOU request.

57. Attached as **Exhibit 54** is a true and correct copy of excerpts from account opening documents for an account in the name of Monolosa with VP Bank produced to the SEC by FINMA in response to the SEC's MOU request.

58. Attached as **Exhibit 55** is a true and correct copy of an April 23, 2010 E-mail from Weaver to Wheatley attaching a Share Purchase Agreement produced by Wheatley during the SEC's investigation of this matter. This document was previously marked as Deposition Exhibit 2 at the deposition of Stephen Wheatley.

59. Attached as **Exhibit 56** is a true and correct copy of a July 7, 2016 Declaration of Shane Whittle submitted to the SEC in this case.

60. Attached as **Exhibit 57** is a true and correct copy of the April 2, 2012 Republic of Panama, Consulta de Mercantil Corporate Registration Record for Nemo Development S.A. ("Nemo") produced to the SEC by the SMV in response to the SEC's request.

61. Attached as **Exhibit 58** is a true and correct copy of a November 6, 2010 Fax from Weaver to Wheatley produced by Wheatley during the SEC's investigation of this matter. This document was previously marked as Deposition Exhibit 6 at the deposition of Stephen Wheatley.

62. Attached as **Exhibit 59** is a true and correct copy of a November 16, 2010 Letter from Whittle to G. Fisher produced to the SEC by the SMV in response to the SEC's request.

63. Attached as **Exhibit 60** is a true and correct copy of excerpts from account opening documents for an account in the name of

Tyrone Investments, Inc. ("Tyrone") at Verdmont Capital produced to the SEC by the SMV in response to the SEC's request.

64. Attached as **Exhibit 61** is a true and correct copy of a November 16, 2010 fax from Shane Whittle to Glynn Fisher (of Verdmont Capital) produced to the SEC by the SMV in response to the SEC's request.

65. Attached as **Exhibit 62** is a true and correct copy of a March 15, 2011 Share Purchase Agreement produced to the SEC by FINMA in response to the SEC's MOU request.

66. Attached as **Exhibit 63** is a true and correct copy of a October 3, 2007 Certificate of Incorporation for El Tololo Investment Corp. ("El Tololo") produced to the SEC by FINMA in response to the SEC's MOU request.

67. Attached as **Exhibit 64** is a true and correct copy of excerpts of account opening documents for an account in the name of El Tololo at Bank Sarasin & Cie A.G. ("Bank Sarasin") produced to the SEC by FINMA in response to the SEC's MOU request.

68. Attached as **Exhibit 65** is a true and correct copy of excerpts from the November 19, 2007 Certificate of Incorporation and Articles of Incorporation for Luminus Real Estate Inc. ("Luminus") produced to the SEC by FINMA in response to the SEC's MOU request.

69. Attached as **Exhibit 66** is a true and correct copy of excerpts from account opening documents for an account in the name of Luminus at Finter Bank produced to the SEC by FINMA in response to the SEC's MOU request.

70. Attached as **Exhibit 67** is a true and correct copy of excerpts from the transcript of the November 20, 2013 on-the-record

investigative testimony of Ahn Tran conducted by the SEC during its investigation of this matter.

71. Attached as **Exhibit 68** is a true and correct copy of a publicly available press release issued by Jammin Java on December 23, 2010 obtained by the SEC from www.factiva.com, the business information and research tool owned and operated by Dow Jones & Co.

72. Attached as **Exhibit 69** is a true and correct copy of excerpts from the publicly available January 5, 2011 Current Report Form 8-K for Jammin Java as filed on the SEC's Electronic Data Gathering, Analysis, and Retrieval system ("EDGAR").

73. Attached as **Exhibit 70** is a true and correct copy of a May 20, 2011 E-mail from Berlinger to Weaver produced by Berlinger to the SEC in response to the SEC's discovery requests in this case. This document was previously marked as Deposition Exhibit 105 at the deposition of Rene Berlinger.

74. Attached as **Exhibit 71** is a true and correct copy of the Certificate of Incumbency for Straight Path Capital Ltd. ("Straight Path") produced by Berlinger to the SEC in response to the SEC's discovery requests in this case. This document was previously marked as Deposition Exhibit 106 at the deposition of Rene Berlinger.

75. Attached as **Exhibit 72** is a true and correct copy of a July 4, 2011 Email from Berlinger to Weaver produced by Berlinger to the SEC in response to the SEC's discovery requests in this case. This document was previously marked as Deposition Exhibit 108 at the deposition of Rene Berlinger.

76. Attached as **Exhibit 73** is a true and correct copy of a March 2, 2011 Share Purchase Agreement produced to the SEC by FINMA in response to the SEC's MOU request.

77. Attached as **Exhibit 74** is a true and correct copy of an August 10, 2011 Email from Weaver to Berlinger produced by Berlinger to the SEC in response to the SEC's discovery requests in this case. This document was previously marked as Deposition Exhibit 111 at the deposition of Rene Berlinger.

78. Attached as **Exhibit 75** is a true and correct copy of January 7, 2013 Email from Weaver to Berlinger produced by Berlinger to the SEC in response to the SEC's discovery requests in this case. This document was previously marked as Deposition Exhibit 112 at the deposition of Rene Berlinger.

79. Attached as **Exhibit 76** is a true and correct copy of a series of monthly account statements for Blue Leaf Capital Ltd. ("Blue Leaf") from February 1, 2011 through April 1, 2011 for Blue Leaf's account at Barclay's Bank PLC ("Barclays") produced to the SEC by the UK Financial Conduct Authority ("FCA") in response to a request by the SEC under the International Organization of Securities Commissions' ("IOSCO's") Multilateral Memorandum of Understanding ("MOU").

80. Attached as **Exhibit 77** is a true and correct copy of an April 6, 2015 Declaration of Barbara Volpe, Management and Program Analyst for the SEC.

81. Attached as **Exhibit 78** is a true and correct copy of December 22, 2010 Emails from Andrew Golding to Wheatley produced by Wheatley during the SEC's investigation of this matter. This document was previously marked as Deposition Exhibit 8 at the deposition of Stephen Wheatley.

82. Attached as **Exhibit 79** is a true and correct copy of a July 31, 2011 B&C Capital Inc. ("B&C") Total Portfolio Asset Summary for Petersham produced to the SEC by CIMA in response to the SEC's

MOU request. This document was previously marked as Deposition Exhibit 79 at the deposition of Rene Berlinger.

83. Attached as **Exhibit 80** is a true and correct copy of a November 4, 2010 email from Michael Sun to Urs@ehpinvest.ch produced by Michael Sun in response to the SEC's discovery requests in this case. This document was previously marked as Deposition Exhibit 37 at the deposition of Michael Sun.

84. Attached as **Exhibit 81** is a true and correct copy of a March 2, 2011 email from Weaver to Yves Raggl produced by Stephen Wheatley during the SEC's investigation of this matter. This document was previously marked as Deposition Exhibit 38 at the deposition of Michael Sun.

85. Attached as **Exhibit 82** is a true and correct copy of a January 21, 2011 Email from Sun to Weaver produced by Sun in response to the SEC's discovery requests in this case. This document was previously marked as Deposition Exhibit 40 at the deposition of Michael Sun.

86. Attached as **Exhibit 83** is a true and correct copy of a January 23, 2011 Email from Weaver to Sun produced by Sun in response to the SEC's discovery requests in this case. This document was previously marked as Deposition Exhibit 43 at the deposition of Michael Sun.

87. Attached as **Exhibit 84** is a true and correct copy of a September 22, 2011 Email from Daniel Lacher of VP Bank to Victor Gallus produced by Sun in response to the SEC's discovery requests in this case. This document was previously marked as Deposition Exhibit 45 at the deposition of Michael Sun.

14

88. Attached as **Exhibit 85** is a true and correct copy of a November 24, 2011 Email from Weaver to Sun produced by Sun in response to the SEC's discovery requests in this case. This document was previously marked as Deposition Exhibit 47 at the deposition of Michael Sun.

89. Attached as **Exhibit 86** is a true and correct copy of a December 17, 2011 Email from Mohammed Al-Barwani to Sun produced by Al-Barwani in response to the SEC's discovery requests in this case. This document was previously marked as Deposition Exhibit 63 at the deposition of Mohammed Al-Barwani.

90. Attached as **Exhibit 87** is a true and correct copy of a December 21, 2011 Email from Al-Barwani to Daniel Lacher (of VP Bank) produced by Al-Barwani in response to the SEC's discovery requests in this case. This document was previously marked as Deposition Exhibit 64 at the deposition of Mohammed Al-Barwani.

91. Attached as **Exhibit 88** is a true and correct copy of a March 25, 2010 Email from Sun to Wheatley produced by Sun in response to the SEC's discovery requests in this case. This document was previously marked as Deposition Exhibit 55 at the deposition of Michael Sun.

92. Attached as **Exhibit 89** is a true and correct copy of a March 2, 2011 email forwarded by Mohammed Al-Barwani to one of his alternative email addresses produced by Al-Barwani in response to the SEC's discovery requests in this case. This document was previously marked as Deposition Exhibit 66 at the deposition of Mohammed Al-Barwani.

93. Attached as **Exhibit 90** is a true and correct copy of a January 13, 2011 Email from J Jurado to B Gray (and others) produced to the SEC by the SMV in response to the SEC's request.

94. Attached as **Exhibit 91** is a true and correct copy of a March 21, 2011 Email from Berlinger to Weaver produced by Berlinger to the SEC in response to the SEC's discovery requests in this case. This document was previously marked as Deposition Exhibit 102 at the deposition of Rene Berlinger.

95. Attached as **Exhibit 92** is a true and correct copy of a July 11, 2016 Declaration of Wayne Weaver submitted to the SEC in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 31, 2017, at Chicago, Illinois.

    ___*s/Timothy S. Leiman*_____
Timothy S. Leiman
Senior Trail Counsel
U.S. Securities and Exchange Commission
*(Attorney for the Plaintiff)*