**EXHIBIT 46**

**Stephen Wheatley**

**From:** Stephen Wheatley
**Sent:** 15 September 2011 16:22
**To:** Andrew Golding (andrew.golding1@gmail.com)
**Subject:** petersham
**Attachments:** petersham.150911.pdf

Dear Andrew,

Please call me to confirm.

Kind regards,

Stephen

EXHIBIT
17
JAN. 24, 2017

0190

# PETERSHAM ENTERPRISES LIMITED

**FILE COPY**

15th September 2011

Andrew Golding
Bateman Financial Ltd.
Unit D Trafalgar Place
West Bay Road
KY1 1303
Cayman Islands.

Dear Andrew,

**Re: Petersham**

Further to our recent emails and telephone conversations, I would like to confirm that you have revoked the power of attorney trading rights for Jim Decker (and Wane Weaver) for the Petersham B account ( #$^{Redacted}$1 ) effective immediately.

Many thanks.

Yours sincerely,

Stephen Wheatley

0191