TIMOTHY S. LEIMAN, Ill. Bar No. 6270153
Email: leimant@sec.gov
PAUL M. G. HELMS, Ill. Bar No. 6291623
Email: helmsp@sec.gov
PETER SENECHALLE, Ill. Bar No. 6300822
Email: senechallep@sec.gov

Attorneys for Plaintiff
United States Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

LOCAL COUNSEL
Lynn M. Dean, Cal. Bar No. 205562
Email: deanl@sec.gov
United States Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     vs.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>            Defendants. | Case No. 2:15-CV-08921<br><br>**JOINT REQUEST TO RESCHEDULE SUMMARY JUDGMENT HEARING**<br><br>Hon. Stephen V. Wilson<br><br>Complaint Filed:   Nov. 17, 2015<br>Current Summary Judgment Hearing Date:                 May 8, 2017<br>Proposed Summary Judgment Hearing Date:                 May 22, 2017 |

1

Plaintiff, the U.S. Securities and Exchange Commission (the "SEC" or "Commission") and Defendant Wayne Weaver (collectively, the "Parties") respectfully and jointly request that this Court enter an order rescheduling the May 8, 2017 hearing on the SEC's Motion for Summary Judgment (Dkt. #171) to May 22. 2017. The SEC inadvertently selected May 8 as the hearing date which is before the SEC's Reply Brief is due. Rescheduling the hearing for May 22 will allow the Parties and the Court to consider all relevant pleadings before a hearing is held.

1.  On November 17, 2015, the SEC filed a complaint against Jammin Java, Corp. ("Jammin Java") and nine individuals – including Defendant Wayne Weaver – for violations of the federal securities laws in connection with (a) an alleged fraudulent scheme to manipulate the price of Jammin Java's common stock and (b) the alleged unregistered sale of approximately 16 million shares of Jammin Java stock to the public. (Dkt. #1.) On August 8, 2016, the SEC filed an Amended Complaint against the same Defendants. (Dkt. #121.)

2.  Defendants Jammin Java, Stephen Wheatley, Shane Whittle, Alexander Hunter and Thomas Hunter have settled with the Commission and the Court has entered Final Judgment against them. (Dkt. # 109, 110, 151,156, and 176.) In addition, the Commission has approved settlements with Defendants Rene Berlinger, Michael Sun, Mohammed Al-Barwani, and Kevin Miller and a Motion for Judgment as to those Defendants is currently pending. (Dkt. #178.) If the Court enters judgments as to those Defendants, Wayne Weaver will be the only Defendant remaining in this case.

3.  On March 31, 2017, the SEC filed a Motion for Summary Judgment against Defendant Weaver. (Dkt. #171.) Weaver responded on April 21, 2017.

1

(Dkt. #177.) Under the current scheduling order (Dkt. #163), the SEC's Reply Brief will be due on May 11, 2017 (20 days after Weaver's response was filed).

4.  When filing its motion, the SEC inadvertently selected a hearing date before the reply brief is due: May 8, 2017. The Parties, therefore, jointly request that the hearing date on the SEC's Motion be moved to May 22, 2017 so that the Parties and the Court have the benefit of all of the relevant filings before the hearing.

WHEREFORE, the SEC and Defendant Wayne Weaver respectfully and jointly request that the hearing currently scheduled for May 8, 2017 be rescheduled for May 22, 2017 at 1:30 pm.

Dated: May 2, 2017             Respectfully submitted,

*/s/Timothy S. Leiman*
Timothy S. Leiman
U.S. Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd., Suite 900
Chicago, Illinois  60604
Telephone: (312) 353-7390
Fax: (312) 353-7398
leimant@sec.gov

  */s/ Marc S. Harris*__
**SCHEPER KIM & HARRIS LLP**
Marc S. Harris
mharris@scheperkim.com
Margaret E. Dayton
pdayton@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, California  90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656
*Attorneys for Defendant Wayne Weaver*

2

# CERTIFICATE OF SERVICE

I, Timothy Leiman, hereby certify that – on May 2, 2017 – I have served the forgoing document on all counsel of record in this proceeding by filing it with the Court's electronic filing system which automatically transmits a copy of the documents to the email addresses of all counsel who have appeared in this action.

*/s/Timothy S. Leiman*
Timothy S. Leiman
U.S. Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd., Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Fax: (312) 353-7398
leimant@sec.gov

3