# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>    Defendants. | Case No. 2:15-CV-08921<br><br>**[PROPOSED ORDER] GRANTING JOINT REQUEST TO RESCHEDULE SUMMARY JUDGMENT HEARING**<br><br>Hon. Stephen V. Wilson<br><br>Complaint Filed: Nov. 17, 2015<br><br>Current Summary Judgment Hearing Date: May 8, 2017<br><br>Proposed Summary Judgment Hearing Date: May 22, 2017 |

Having considered Plaintiff Securities and Exchange Commission's ("SEC's") and Defendant Wayne Weaver's Joint Request to Reschedule Summary Judgment Hearing, the Request is **GRANTED** and it is hereby **ORDERED** that the May 8, 2017 hearing on Plaintiff SEC's Motion for Summary Judgment is stricken and rescheduled for May 22, 2017 at 1:30 pm.

**IT IS SO ORDERED**

Dated: _____, 2017     _____
                                THE HON. STEPHEN V. WILSON
                                United States District Court Judge

1