1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:15-CV-08921 |
| Plaintiff, | **ORDER GRANTING JOINT REQUEST TO RESCHEDULE SUMMARY JUDGMENT HEARING** |
| vs. | |
| JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER, | Hon. Stephen V. Wilson |
| | Complaint Filed:   Nov. 17, 2015 |
| | Current Summary Judgment Hearing Date:            May 8, 2017 |
| Defendants. | Proposed Summary Judgment Hearing Date:            May 22, 2017 |

Having considered Plaintiff Securities and Exchange Commission's ("SEC's") and Defendant Wayne Weaver's Joint Request to Reschedule Summary Judgment Hearing, the Request is **GRANTED** and it is hereby **ORDERED** that the May 8, 2017 hearing on Plaintiff SEC's Motion for Summary Judgment is stricken and rescheduled for May 22, 2017 at 1:30 pm.

**IT IS SO ORDERED**

Dated: __May 2_____, 2017

_____
THE HON. STEPHEN V. WILSON
United States District Court Judge

1