BOIES SCHILLER FLEXNER LLP
MICHAEL J. PROCTOR, State Bar No. 148235
  *mproctor@bsfllp.com*
ANDREW ESBENSHADE, State Bar No. 202301
  *aesbenshade@bsfllp.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendant Kevin P. Miller

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANG G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>　　　　Defendants. | Case No. 2:15-CV-08921-SVW-MRW<br><br>**DEFENDANT KEVIN P. MILLER'S JOINDER IN PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR ENTRY OF FINAL JUDGMENT**<br><br>**Judge:** 　Hon. Stephen V. Wilson<br>**Date:** 　　June 5, 2017<br>**Time:** 　　1:30 p.m.<br>**Crtrm:** 　　10A<br><br>Trial Date:　　April 25, 2017 |

Defendant Kevin P. Miller hereby joins Plaintiff United States Securities and Exchange Commission's Motion for Entry of Final Judgment as it pertains to Mr. Miller.

DATED: May 15, 2017

BOIES SCHILLER FLEXNER LLP
MICHAEL J. PROCTOR
ANDREW ESBENSHADE

By  /S/
ANDREW ESBENSHADE
Attorneys for Defendant Kevin P. Miller