UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-08921-SVW-MRW | Date | May 19, 2017 |
|---|---|---|---|
| Title | *Securities and Exchange Commission v. Jammin Java Corp., et al* | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER REQUESTING SURREPLY FROM DEFENDANT RELATED TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [171]

### I.   Introduction and Analysis

On May 11, 2017, the SEC filed a reply in support of its Motion for Partial Summary Judgment as to Liability against Defendant Wayne Weaver.  Dkt. 186.  The SEC filed 25 new exhibits in connection with this reply.  Dkts. 187-192.  Because the SEC has filed new evidence in its reply brief, it is ordered that Defendant Wayne Weaver may file a surreply no later than May 29, 2017.  Such surreply shall set forth any evidentiary objections that Weaver may have to the evidence included in the SEC's new exhibits. The surreply shall not exceed 10 pages.

### II.   Order

Defendant Wayne Weaver is ordered to file a surreply no later than May 29, 2017 of no more than 10 pages.  The hearing on the Plaintiff's Motion for Partial Summary Judgment is continued from May 22, 2017, until June 5, 2017, at 1:30 PM.

:
Initials of Preparer   PMC