TIMOTHY S. LEIMAN, Ill. Bar No. 6270153
Email: leimant@sec.gov
DANIEL J. HAYES Ill. Bar No. 6243089
Email: hayesdj@sec.gov
PETER SENECHALLE, Ill. Bar No. 6300822
Email: senechallep@sec.gov

Attorneys for Plaintiff
United States Securities and Exchange Commission
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

<u>LOCAL COUNSEL</u>
Lynn M. Dean, Cal. Bar No. 205562
Email: deanl@sec.gov
United States Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>    Defendants. | Case No. 2:15-CV-08921<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S WITNESS LIST**<br><br>Hon. Stephen V. Wilson<br><br>Trial Date: July 11, 2017 |

## I. PLAINTIFF'S WITNESSES

| | | |
|---|---|---|
| 1. | R. Kevin Barrett | Accountant, U.S. Securities & Exchange Commission |
| 2. | Wayne S.P. Weaver[1] | Defendant |
| 3. | Stephen B. Wheatley | Defendant |
| 4. | Rene Berlinger | Defendant |
| 5. | Jaco Sadie | Expert Witness |
| 6. | Michael Mayer | Expert Witness |
| 7. | Ahn T. Tran | President, Jammin Java Corp. |
| 8. | Patrick R. Mokros | Empire Stock Transfer |
| 9. | Mohammed A. Al-Barwani[2] | Defendant |
| 10. | Michael K. Sun[3] | Defendant |
| 11. | Barbara Volpe | Analyst, U.S. Securities & Exchange Commission |
| 12. | Richard Mulcahy | Director/Compliance Officer, UBS Securities, LLC |
| 13. | Josh Hutson | SVP Compliance, Brown Bros Harriman & Co. |
| 14. | Michael Mangieri | CEO and CCO, Seven Points Capital |
| 15. | Kristy Oeth | CCO, KCG Americas, LLC |
| 16. | David Lopez | CCO, Spartan Securities Group, Ltd. |
| 17. | David Loev* | Former outside counsel, Jammin Java Corp. |
| 18. | Brent Toevs* | Former CEO, Jammin Java Corp. |
| 19. | Rohan A. Marley* | Former Chairman, Jammin Java Corp. |
| 20. | Marlee Engel* | Office of Int'l Affairs, U.S. Securities & Exchange Commission |

Dated: May 30, 2017                  Respectfully submitted,

*/s/Timothy S. Leiman*
Timothy S. Leiman (leimant@sec.gov)

---

[1] The SEC plans to call Weaver to obtain his assertion of the Fifth Amendment on the record.

[2] If Mr. Al-Barwani is unavailable to testify, the SEC intends to use his deposition transcript in lieu of live testimony.

[3] If Mr. Sun is unavailable to testify, the SEC intends to use his deposition transcript in lieu of live testimony.

Daniel J. Hayes (hayesdj@sec.gov)
Peter Senechalle (senechallep@sec.gov)
U.S. Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd., Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Fax: (312) 353-7398

## CERTIFICATE OF SERVICE

I, Timothy Leiman, hereby certify that – on May 30, 2017 – I have served the forgoing document on all counsel of record in this proceeding by filing it with the Court's electronic filing system which automatically transmits a copy of the documents to the email addresses of all counsel who have appeared in this action.

*/s/Timothy S. Leiman*
Timothy S. Leiman
U.S. Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd., Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Fax: (312) 353-7398
leimant@sec.gov

2