TIMOTHY S. LEIMAN, Ill. Bar No. 6270153
leimant@sec.gov
DANIEL J. HAYES, Ill. Bar No. 6243089
hayesdj@sec.gov
PETER SENECHALLE, Ill. Bar No. 6300822
senechallep@sec.gov

**Attorneys for Plaintiff**
**United States Securities and Exchange Commission**
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
MARGARET E. DAYTON (State Bar No. 274353)
pdayton@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, California 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**Attorneys for Defendant Wayne Weaver**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,

Defendants.

CASE NO. 2:15-cv-08921 SVW (MRWx)

Hon. Stephen V. Wilson

**JOINT TRIAL EXHIBIT LIST OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANT WAYNE WEAVER**

Pre-Trial Conf. Date: June 26, 2017
Time: 3:00 p.m.

Trial Date: July 11, 2017

Pursuant to Local Rules 16-6.1 and Federal Rule of Civil Procedure 26(a)(3)(A)(iii), 16-2.7 and 32-1, Defendant Wayne Weaver and Plaintiff Securities and Exchange Commission hereby submit the following list of documents and other exhibits they expect to offer at trial. By submitting this index, neither party admits that the documents and exhibits listed by the other party are admissible at trial. Pursuant to Local Rule 16-6.3 the parties' objections, if any, to the documents and exhibits listed will be set forth in the Final Pretrial Conference Order.

**Case Title:** *Securities and Exchange Commission v. Jammin' Java Corp.*, et al.

**Case No.:** 2:15-CV-08921-SVW-MRW

| | **PLAINTIFF'S EXHIBITS** | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 1 | Articles of Assn. of Petersham Enterprises Limited (Sept. 24, 2009) | | |
| 2 | Email from Weaver to Wheatley (Apr. 23, 2010) | | |
| 3 | Email from Golding to Wheatley (Sept. 15, 2010) | | |
| 5 | Email from Weaver to Wheatley re 3rd Party JAMN (Dec. 29, 2010) | | |
| 6 | Fax from Wheatley to Weaver (Nov. 6, 2010) | | |
| 7 | B&C Capital, Inc., Petersham "A" Acct. Statement (Dec. 31, 2010) | | |
| 8 | Email from Golding to Wheatley (Dec. 22, 2010) (Wheatley 0059) | | |

| | **PLAINTIFF'S EXHIBITS** | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 9 | B&C Capital, Inc., Petersham "B" Acct. Statement (Mar. 23, 2011) (Wheatley 0085) | | |
| 10 | Email from Wheatley to Weaver re Jamn (Mar. 3, 2011) (Wheatley 0080) | | |
| 11 | Email from Wheatley to Weaver with attached Petersham "B" statement (Mar. 23, 2011) (Wheatley 0083) | | |
| 12 | B&C Capital, Inc., Total Portfolio Asset Summary for Petersham Enterprises Ltd B as of Jul. 31, 2011 (CIMA-0000181) | | |
| 13 | Letter from Wheatley to Weaver (Apr. 19, 2011) (Wheatley 0507) | | |
| 14 | Petersham/Albion Loan Agreement (Jul. 21, 2011) (Wheatley 0140) | | |
| 15 | Email from Wheatley to Weaver fw: Petersham (Aug. 25, 2011) (Wheatley 0167) | | |
| 17 | Email from Wheatley to Golding (Sept. 15, 2011) (Wheatley 0190) | | |
| 18 | Wheatley Notes from Meeting with Weaver (Wheatley 0156) | | |
| 19 | Email from Wheatley to Fidler Fw: Hi (Sept. 20, 2011) (Wheatley 0667) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 20 | Wheatley SEC Cooperation Agreement (Sept. 4, 2014) | | |
| 25 | Email from Weaver to Sun (Sept. 12, 2010) (SEC-Wheatley-E-0000413) | | |
| 26 | Email from weaver to Sun re BVI registered Agent (Sept. 6, 2010) (Wheatley 0501) | | |
| 27 | Email from Weaver to Sun re O/s stuff (Oct. 6, 2010) (SEC-Wheatley-S-E 0000001) | | |
| 29 | Email from Sun to Wheatley re Petersham-WW (Mar. 25, 2010) (SUN_PROD_00000463) | | |
| 31 | Email from Wheatley to Thurlow Fw: Eurohelvetia (Sept. 28, 2014) (Wheatley 0297) | | |
| 32 | CBH Compagnie Bancaire Helvetique, Declaration of identity of beneficial owner of Torino (FINMA-P-0000836-838) | | |
| 33 | KYC form for Westpark Ltd. - Michael Sun (Aug. 30, 2010) (SUN_PROD_0000051) | | |
| 34 | Email from Weaver to Sun Fwd: CV-Resume (Sept. 29, 2010) (SEC-WheatleyS-E 0000126, 0000191) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 35 | Email from Weaver to Sun re: Daniel (Oct. 13, 2010) (SEC-WheatleyS-E-0000437) | | |
| 36 | Email from Weaver to Sun re Switzerland trip (Sept. 29, 2010) (SEC-WheatleyS-E 0000127) | | |
| 37 | Email from Sun to U. Meier (Nov. 4, 2010) (SUN_PROD_00000236) | | |
| 38 | Email from Weaver to Y. Raggl and M. Sun (Mar. 2, 2011) (SEC-WheatleyS-E-0000070, 0000229-231) | | |
| 39 | Share Purchase Agreement between Donnolis Invest Corp. and Westpark Limited (Mar. 2, 2011) (SUN_PROD_0000138) | | |
| 40 | Email from Sun to Weaver (Jan. 21, 2011) (SUN_PROD_00000237) | | |
| 43 | Email from Weaver to Sun (Jan. 23, 2012) (SUN_PROD_00000770) | | |
| 45 | Email from Lacher to Gallus (Sept. 22, 2011) (SUN_PROD_00000020) | | |
| 47 | Email from Weaver to Sun RE: Conversion (Nov. 24, 2011) (SUN_PROD_0000625) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 49 | Barclay's Bank, Account Statement for Blue Leaf Capital (Feb. 1, 2011) (SEC-FCA-E-00003200 | | |
| 50 | Email from Weaver to Sun re Loan, with attachment (Mar. 12, 2012) (SUN_PROD_0000611) | | |
| 51 | Email from Weaver to Berlinger (Jan. 21, 2011) (BER00001014) | | |
| 52 | Letter from M. Sun to D. Lacher (Oct. 11, 2010) (SUN_PROD_00000068) | | |
| 53 | Email from Weaver to Sun re Swiss Trip (Sept. 30, 2011) (SEC-WheatleyS-E-0000132) | | |
| 54 | Email from Weaver to Y. Raggl and M. Sun (Mar. 1, 2011) (SEC-WheatleyS-E-0000440) | | |
| 55 | Email from Sun to Wheatley (Mar. 25, 2010) (SUN_PROD_00000472) | | |
| 56 | Email from Sun to Sun Fwd Forms (Mar. 24, 2010) (SUN_PROD_00000461) | | |
| 59 | Resume of M. Al-Barwani (Oct. 4, 2010) (AL-) | | |
| 60 | Email from Al-Barwani to Sun re Draft Form (Sept. 15, 2010) (AL-BARWANI_00000550) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 61 | Email from Sun to Weaver Fwd: Offshore company and bank accounts documentation (Sept. 20, 2010) (SUN_PROD_00000502) | | |
| 62 | Email from Sun to Al-Barwani Fwd: 2 new co's (Sept. 15, 2010) (AL-BARWANI_00000586) | | |
| 63 | Email from Al-Barwani to Sun (Dec. 17, 2011) (AL-BARWANI_00000662) | | |
| 64 | Email from Al-Barwani to Lacher re AW: Renavial a/c (Dec. 21, 2011) (AL-BARWANI_00000268) | | |
| 65 | Email from Al-Barwani to Weaver re AW: Renavial a/c (Dec. 21, 2011) (Al-BARWANI_00000566) | | |
| 66 | Email from M. Al_Barwani to Himself (Mar. 2, 2012) (AL-BARWANI_00000559) | | |
| 67 | Email from Weaver to Al-Barwani re new Dubai Co (May 22, 2012) (AL-BARWANI_00000632) | | |
| 68 | Fiduciary Agreement Between Al-Barwani and Altun (Apr. 5, 2012) (AL-BARWANI_00000727) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 70 | Email from Lacher to Gallus re Remittance request (Nov. 17, 2011) (AL-BARWANI_00000515) | | |
| 71 | Email from Al-Barwani to Sun FW Remittance request (Nov. 17, 2011) (AL-BARWANI_00000647) | | |
| 73 | Email from Al-Barwani to Sun re VP Bank ACCOUNT (Nov. 24, 2011) (AL-BARWANI_00000656) | | |
| 74 | Email from Weaver to Al-Barwani re ACM Services GmbH (Nov. 19, 2012) (AL-BARWANI_00000643) | | |
| 75 | Al-Barwani Passport (BER00001400) | | |
| 78A - 78C | Las Colinas Ltd., Incorporation and Account Opening Documents | | |
| 79A - 790 | VP Bank, Account Statements for Las Colinas Ltd. (Jan. 1, 2011 - Feb. 3, 2015) | | |
| 80A - 80G | VP Bank, Asset Statements for Las Colinas Ltd. (Dec. 31, 2010 - Dec. 31, 2012) | | |
| 81A – 81L | VP Bank, Transaction Confirmation Slips for Las Colinas Ltd. (Dec. 23, 2010 - Mar. 16, 2012) | | |

| | **PLAINTIFF'S EXHIBITS** | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 82A - 820 | Las Colinas Ltd., Fax Cover Sheets with Transaction Instructions (Mar. 25, 2011 - Jan. 3, 2013) | | |
| 83A - 83D | Chilli Capital Ltd., Incorporation and account opening documents | | |
| 84A - 84L | VP Bank, Account Statements for Chilli Capital Ltd. (Jul. 1, 2011 - Dec. 3, 2013) | | |
| 85A - 85C | VP Bank, Transaction Confirmation Slips for Chilli Capital Ltd. (May 17, 2011 - Nov. 28, 2013) | | |
| 86A - 86B | Chilli Capital Ltd., Fax Covers with Transaction Instructions (May 17, 2011 - Nov. 28, 2013) (BER00002429) | | |
| 87A - 87B | Westpark Limited, Incorporation and Account Opening Documents | | |
| 88A – 88J | VP Bank, Account Statements for Westpark Ltd. (Apr. 1, 2011 - Jun. 2, 2014) | | |
| 89A - 89N | VP Bank, Asset Statements for Westpark Ltd. (Dec. 31, 2010 - Sept. 3, 2013) | | |
| 90A - 90K | VP Bank, Transaction Confirmation Slips for Westpark Ltd. (Mar. 4, 2011 - Jun. 2, 2014) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 91A - 91K | Westpark Ltd., Fax Cover Sheets with Transaction Instructions (May 30, 2011 - May 13, 2014) | | |
| 92A - 92D | Renavial Ltd., Incorporation and Account Opening Documents | | |
| 93A - 93S | VP Bank, Account Statements for Renavial Ltd. (Jan. 1, 2011 - Sept. 29, 2012) | | |
| 94A - 94BB | VP Bank, Transaction Confirmation Slips (Jan. 14, 2011 - Mar. 21, 2012) | | |
| 95A - 95N | Renavial Ltd., Fax Cover Sheets with Transaction Instructions (Jan. 14, 2011 - May 24, 2012) | | |
| 96A - 96P | VP Bank, Asset Statements for Renavial Ltd. (Dec. 31, 2010 - Dec. 31, 2012) | | |
| 97 | Calgon Invest SA, Incorporation and Account Opening Documents (CIMA-0000055) | | |
| 98 | B&C Capital, Account Statements for Calgon Invest SA (CIMA-0000184) | | |
| 99A - 99C | Straight Path Capital Ltd., Incorporation Documents, Jammin' Java Share Certificates, and Volante Billing Statements | | |

| | **PLAINTIFF'S EXHIBITS** | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 100 | Diagram depicting structure of relationship between Volante, VP Bank, and client companies (BER00002186) | | |
| 102 | Email from Berlinger to Weaver with attached letter (Mar. 21, 2011) (BER00000281) | | |
| 103 | Share Purchase Agreement between Tyrone Investments and Las Colinas Limited (Mar. 15, 2011), See also BER00002332 (FINMA-0000280) | | |
| 104 | Share Purchase Agreement between Donnolis Invest Corp. and Westpark Limited (Mar. 2, 2011) (see also FINMA-0000065) (BER00000656) | | |
| 105 | Email from Berlinger to Weaver, with attachment (May 20, 2011) (BER00000289) | | |
| 106 | Certificate of Incumbency for Straight Path Capital Ltd. (May 25, 2011) (BER00002300) | | |
| 107 | Share Issuance Agreement between Jammin' Java Corp. and Straight Path Capital (Dec. 22, 2011) (JJC001094) | | |
| 108 | Email from Berlinger to Weaver (Jul. 4, 2011) (BER00000297) | | |

| | **PLAINTIFF'S EXHIBITS** | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 109 | Jammin' Java Share Certificates for Straight Path (BER00000631) | | |
| 110 | VP Bank, Debit Advice for Chilli Capital with attached email correspondence (May 18, 2011) (BER00002435) | | |
| 111 | Email from Weaver to Berlinger (Aug. 10, 2011) (BER00001004) | | |
| 112 | Email from Weaver to Berlinger (Jan. 7, 2013) (BER00000921) | | |
| 113 | Fax Transmission for Las Colinas and attached VP Bank Debit Advice (Mar. 25, 2011) (BER00002389) | | |
| 114 | Email from Berlinger to Weaver AW Cornercard (Aug. 16, 2011) (BER00000319) | | |
| 115 | Email from J. Combray to Berlinger (Nov. 26, 2015) (BER00001182) | | |
| 116 | Email from Miller to Berlinger re: AW: LAS C a/c (Mar. 16, 2012) (BER00000186) | | |
| 117 | Email from Miller to Berlinger (May 7, 2012) (BER00000073) | | |
| 118 | Email from Weaver to Miller re Wording (May 1, 2012) (BER00000080) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 119 | Email from Miller to Berlinger re transfer (Aug. 29, 2012) (BER00000067) | | |
| 120 | Email from Al-Barwani to Lacher re: AW: Renavial a/c (Dec. 21, 2011) (BER00003092) | | |
| 121 | Email from Altun to Berlinger re Dubai Agreement (Apr. 5, 2012) (BER00000963) | | |
| 122 | Email from Altun to Berlinger re Dubai (Apr. 6, 2012) (BER00001144) | | |
| 123 | Email from Al-Barwani to Berlinger re: new Dubai Co, with attachment (May 2, 2012) (BER00000070) | | |
| 124 | Renavial Ltd., VP Bank Account Statement - JAMN (May 31, 2012) (BER00002542) | | |
| 125 | Email from Weaver to Berlinger FW FINMA (Jan. 21, 2011) (BER00001014) | | |
| 126 | Email from Weaver to Caputo, et al. re Newest round (Dec. 27, 2012) (BER00000063) | | |
| 127 | Email from Weaver to Berlinger Re proof of residence (Mar. 12, 2014) (BER00000018) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 128 | Email from Lacher to Gallus re Wire, with attached Fax Transmission (Sept. 22, 2011) (BER00002647) | | |
| 129 | Volante billing records for Renavial (SEC-FINMA-P-0000263) | | |
| 130 | Volante billing records for Westpark (SEC-FINMA-P-0000446) | | |
| 131 | Volante billing records for Las Colinas (SEC-FINMA-P-0000612) | | |
| 132 | Fax transmission for Las Colinas and attached email (Mar. 25, 2011) (BER00002389) | | |
| 133 | Email from Weaver to Berlinger (Aug. 23, 2010) (BER00000124) | | |
| 134 | Email from Weaver to Berlinger (Aug. 30, 2011) (BER00000121) | | |
| 135 | Agreement Concerning Business Relationship Between VP Bank and Monolosa Real Estate Inc. (FINMA-0000007) | | |
| 136 | Al-Barwani Dep. (Jan. 27, 2017) | | |
| 137 | Arciss Beneficial Ownership Form (Declaration of the Identity) (FINMA-P-0000737) | | |

| | **PLAINTIFF'S EXHIBITS** | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 138 | Arciss Corporate Formation Documents (FINMA-0000619-621, 0000627-628) | | |
| 139 | Attestation of Barbara Volpe, U.S. Securities and Exchange Commission (Apr. 6, 2015) | | |
| 140 | B&C Capital, Inc., Request for Subsidiary Account for Petersham Enterprises Ltd. "B" Account (Jan. 16, 2011) (CIMA-0000051) | | |
| 141 | Bank Gutenberg AG, Sale Security Receipts for Manitou, SA (FINMA-0000544) | | |
| 142 | Bank Gutenberg, Decl. of Identity of the Beneficial Owner of Manitou S.A. (Feb. 21, 2011) (SEC-FINMA-P-0001167) | | |
| 143 | Bank Sarasin & Cie, Account Opening Documents for El Tololo Investment Corp. (SEC-FINMA-P-0000005) | | |
| 144 | Berlinger Dep. (Feb. 7, 2017) | | |
| 145 | CBH Compagnie Bancaire Helvetique, Statement of Account for Arcis Assets SA (SEC-FINMA-P-0000621) | | |

| | **PLAINTIFF'S EXHIBITS** | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 146 | Certificate of Authenticity of Business Records of Costanza Berghinz de Rosmini (Legal & Compliance Private Banking) and Agnes Arnold Kaufmann (Legal & Compliance Private Banking) of Bank Vontobel AG (successor to Finter Bank) (SEC-FINMA-P-0001430) | | |
| 147 | Certificate of Formation for Cilitz Invest and Trade S.A. (Nov. 24, 2009) (FINMA-0000385–386, 394, 396) | | |
| 148 | Certificate of Incorp for El Tololo Investment Corp. (Oct. 4, 2007) (SEC-FINMA-P-0000037) | | |
| 149 | Certificate of Incorp. for Manitou S.A. (Feb. 17, 2011) (FINMA-0000526–542) | | |
| 150 | Certificate of Incorporation and Articles of Incorporation for Torino Invest S.R.L. (Jan. 22, 2010) (FINMA-0000579–581) | | |
| 151 | Compagnie Bancaire Helvetique, Transfer of Securities Withdrawal for Arcis Assets (Mar. 21, 2011) (SEC-FINMA-P-0000631) | | |

| | **PLAINTIFF'S EXHIBITS** | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 152 | Compagnie Bancaire Helvetique, Transfer of Securities Receipt for Torino Invest (Mar. 21, 2011) (SEC-FINMA-P-0000752) | | |
| 153 | Finter Bank Zurich, Receipts of Securities for Cilitz Inv. And Trade SA (Nov. 25, 2010) (FINMA-0000402) | | |
| 154 | Finter Bank Zurich, Receipt of Securities for Cilitz Inv. And Trade SA (Jan. 6, 2011) (FINMA-0000403) | | |
| 155 | VP Bank, Delivery Advice for Monolosa Real Estate Inc. (Jul. 8, 2011) (FINMA-0000022) | | |
| 156 | Fax cover sheet from Y. Raggl to A. Walser (Finter Bank) (Nov. 16, 2010) (SEC-FINMA-P-0001176) | | |
| 157 | Compagnie Bancaire Helvetique, Securities Remittance for Torino Invest S.R.L. (Dec. 13, 2010) (SEC-FINMA-P-0000773) | | |
| 158 | Compagnie Bancaire Helvetique, Statement of Account for Torino Invest S.R.L. (Jun. 12, 2015) (SEC-FINMA-P-0000743) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 159 | Compagnie Bancaire Helvetique, Portfolio Valuation as of 31.12.2010 for Torino Invest (SEC-FINMA-P-0000602) | | |
| 160 | Compagnie Bancaire Helvetique, Transfer of Securities Receipt for Arcis Assets S.A. (Mar. 8, 2011) (SEC-FINMA-P-0000629) | | |
| 161 | Compagnie Bancaire Helvetique, Opening Agreement for Legal Entities for Arcis Assets S.A. (Sept. 17, 2010) (FINMA-0000613) | | |
| 162 | Compagnie Bancaire Helvetique, Opening Agreement for Torino Invest S.R.L. (Oct. 1, 2010) (FINMA-P-0000574) | | |
| 163 | Declaration of Anh T. Tran (Aug. 30, 2016) | | |
| 164 | Email from A. King to A. Tran (Dec. 22, 2010) (Exhibit A to Declaration of A. Tran) (JJC002351) | | |
| 165 | Declaration of Brown Brothers Harriman & Co. Certifying Records of Regularly Conducted Business Activity (May 10, 2017) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 166 | Declaration of certifying recors of regularly [conducted] activity of Didier Plecard, Head of Legal, CBH Compagnie Bancaire Helvetique SA (Jan. 31, 2017) | | |
| 167 | Declaration of Giw Izadi, VP Bank (Schweiz) AG, Certifying Records of Regularly Conducted Business Activity (Nov. 30, 2016) (SEC-FINMA-P-0001428) | | |
| 168 | Declaration of Knight Execution and Clearing Services Certifying Records of Regularly Conducted Business Activity (May 9, 2017) | | |
| 169 | Declaration of M. Berchtold and M. Kameisis, Gutenberg Administration AG (formerly Bank Gutenberg AG) (Dec. 5, 2016) (SEC-FINMA-P-0001429) | | |
| 170 | Declaration of Rohan Marley (Nov. 21, 2016) | | |
| 171 | Declaration of Seven Points Capital Certifying Records of Regularly Conducted Business Activity (May 10, 2017) | | |
| 172 | Declaration of Shane Whittle (Jul. 7, 2016) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 173 | Declaration of Sohail Ajmail, Barclays Bank PLC, Certifying Records of Regularly Conducted Business Activity (Dec. 16, 2016) (SEC-UKFCA-P-0000009) | | |
| 174 | Declaration of Spartan Securities Certifying Records of Regularly Conducted Business Activity (May 9, 2017) | | |
| 175 | Declaration of Stephen B. Wheatley (May 5, 2017) | | |
| 176 | Declaration of Wayne Weaver (Jul. 11, 2016) | | |
| 177 | Declaration of Y. Felber, Bank Sarasin AG, Certifying Records of Regularly Conducted Business Activity (Dec. 5, 2016) (SEC-FINMA-P-0001431) | | |
| 178 | Defendant Kevin Miller's Objections and Response to Plaintiff Securities and Exchange Commission's First Set of Interrogatories (Dec. 5, 2016) | | |
| 179 | Defendant Kevin Miller's Response to Plaintiff Securities and Exchange Commission's First Set of Requests for Admission (Sept. 15, 2016) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 180 | Defendant Kevin Miller's Objections and Repsonse to Plaintiff Securities and Exchange Commission's Second Set of Interrogatories (Jan. 11, 2017) | | |
| 181 | Defendant Kevin Miller's Response to Plaintiff Securities and Exchange Commission's First Set of Requests for Production (Jun. 23, 2016) | | |
| 182 | Defendant Sun's Responses and Objections to Plaintiff's First Set of Requests for Admissions (Dec. 14, 2016) | | |
| 183 | Defendant Sun's Revised Responses and Objections to Plaintiff's First Set of Interrogatories (Dec. 14, 2016) | | |
| 184 | Defendant Wayne S.P. Weaver's Answer to Plaintiff's Amended Complaint (Aug. 24, 2016) | | |
| 185 | Defendant Wayne Weaver's Responses to Plaintiff's Revised Requests for Admission (Set One) (Oct. 27, 2016) | | |
| 186 | Defendant Wayne Weaver's Responses to Plaintiff's Interrogatories (Set One) (Aug. 1, 2016) | | |

| | **PLAINTIFF'S EXHIBITS** | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 187 | Defendant Wayne Weaver's Responses to Plaintiff's Interrogatories (Set Two) (Jan. 11, 2017) | | |
| 188 | Defendant Wayne Weaver's Responses to Plaintiff's Request for Production (Set One) (Aug. 1, 2016) | | |
| 189 | Defendant Shane G. Whittle's Responses to Plaintiff Securities and Exchange Commission's First Set of Interrogatories (Jun. 13, 2016) | | |
| 190 | Declaration of John Alexander f/k/a Alexander Hunter (Jul. 12, 2016) | | |
| 191 | Declaration of Thomas Hunter (Jul. 12, 2016) | | |
| 192 | Defendant Thomas E. Hunter's Response to Plaintiff Securities and Exchange Commission's First Set of Interrogatories (Jun. 24, 2016) | | |
| 193 | Defendant Alexander J. Hunter's Response to Plaintiff Securities and Exchange Commission's First Set of Interrogatories (Jun. 24, 2016) | | |
| 194 | Answer of Defendant Alexander J. Hunter (May 23, 2016) (Dkt. #82) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 195 | Tax Justice Network, Financial Secrecy Index, 2015 Final Rankings.pdf | | |
| 196 | Cooperation Agreement Between the SEC and Rene Berlinger (Mar. 20, 2017) | | |
| 197 | Certified Resolutions Adopted by Board of Directors of Jammin Java Corp. (Jan. 18, 2011 - May 13, 2011) (Exhibit C to Tran Declaration) | | |
| 198 | My New Stock Pick: Jammin Java Corp., http://hackthestockmarket.com/the-pick/ (May 1, 2011) (Exhibit D to Tran Declaration) | | |
| 199 | Yahoo Finance.com, This Coffee Stock Could Soar (May 4, 2011) (Exhibit D to Tran Decl) | | |
| 200 | Letter from J.K. Moran to A. Tran (Apr. 13, 2011) (Exhibit E to Tran Decl.) (IRG-SEC-000022) | | |
| 201 | Email from R. Marley to S. Whittle and A. Tran (Apr. 21, 2011) (Exhibit F to Tran Decl.) (BCSC-0000837) | | |
| 202 | Answer of Defendant Thomas E. Hunter (May 23, 2016) (Dkt. #83) | | |
| 203 | Consent of Shane Whittle (Dkt. # 166-1) | | |

| | **PLAINTIFF'S EXHIBITS** | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 204 | Answer by Defendant Shane Whittle to the Amended Complaint (Sept. 8, 2016 (Dkt. # 141) | | |
| 205 | Donnolis Articles of Incorporation (FINMA-0000466) | | |
| 206 | Donnolis Beneficial Ownership Form (SEC-FINMA-P-0001423) | | |
| 207 | Donnolis Board Meeting Minutes (FINMA-0000477) | | |
| 208 | Email from Al Barwani to Lacher and Berlinger (Dec. 21, 2011)(See also Dep. Exhibit 120, BER00003092) (AL-BARWANI_00000268; BER00003092 | | |
| 209 | Email from Decker to Golding (Feb. 10, 2011) (CIMA-0000120) | | |
| 210 | Email from Golding to Weaver re JamN (Jan. 18, 2011) (CIMA-0000117) | | |
| 211 | Email from Golding to Wheatley (Mar. 1, 2011) (CIMA-0000129) | | |
| 212 | Email from J. Jurado to B. Gray and D. Petkau (Jan. 13, 2011) (SEC-SMV-P-0001202) | | |
| 213 | Email from Lacher to Berlinger re WG: Bank details (Mar. 24, 2011) (BER00002390) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 214 | Email from P. Mokros to M. Blevins (Mar. 28, 2011) (SEC-EMPIRESTOCK 00879) | | |
| 215 | Email from R. Hall to A. Tran (Jun. 7, 2011) (JJC001180) | | |
| 216 | Email from Tran to Marley, Whittle, et al (Jan. 2, 2011) (SEC-LEWIS-00976) | | |
| 217 | Email from Weaver to Berlinger (Mar. 21, 2011) (BER00001053) | | |
| 218 | Email from Weaver to Berlinger (Nov. 17, 2010) (BER00000168) | | |
| 219 | Email from Weaver to Berlinger (Nov. 24, 2010) (BER00000176) | | |
| 220 | Email from Weaver to Berlinger re Jammin Java Corp (Jan. 21, 2011) (BER00001024) | | |
| 221 | Email from Weaver to Caputo, Berlinger (Feb. 25, 2013) (BER00000893) | | |
| 222 | Email from Weaver to Golding (Jan. 18, 2011) (CIMA-0000117) | | |
| 223 | Email from Weaver to Golding (Mar. 4, 2011) (CIMA-0000136) | | |
| 224 | Email from Weaver to Sun (Nov. 24, 2011) (SUN_PROD_00000625) | | |
| 225 | Email from Wheatley to Golding (Feb. 23, 2011) (CIMA-0000123) | | |

| | **PLAINTIFF'S EXHIBITS** | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 226 | Empire Stock Transfer Inc., Uniform Form for Registration as a Transfer Agent (Form TA-1) (Nov. 18, 2009) | | |
| 227 | Empire Stock Transfer, Jammin Java Corp. Stock Transfer Package (Apr. 1, 2011) (SEC Testimony Exhibit 93) | | |
| 228 | Empire Stock Transfer, Jammin Java Corp. Stock Transfer Package (Apr. 20, 2011) (SEC-EMPIRESTOCK-00076) | | |
| 229 | Empire Stock Transfer, Jammin Java Corp. Stock Transfer Package (Apr. 8, 2011) | | |
| 230 | Empire Stock Transfer, Jammin Java Corp. Stock Transfer Package (Mar. 1, 2011) (SEC Testimony Exhibit 86) | | |
| 231 | Empire Stock Transfer, Jammin Java Corp. Stock Transfer Package (Mar. 14, 2011) (SEC Testimony Exhibit 89) (SEC-EMPIRESTOCK-00258 | | |
| 232 | Empire Stock Transfer, Jammin Java Corp. Stock Transfer Package (Mar. 14, 2011) (SEC-EMPIRESTOCK-00281) | | |
| 233 | Empire Stock Transfer, Jammin Java Corp. Stock Transfer Package (Mar. 23, 2011) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 234 | Empire Stock Transfer, Jammin Java Corp. Stock Transfer Package (Mar. 25, 2011) (SEC Testimony Exhibit 91) | | |
| 235 | Empire Stock Transfer, Jammin Java Corp. Stock Transfer Package (Mar. 28, 2011) (SEC Testimony Exhibit 92) | | |
| 236 | Empire Stock Transfer, Jammin Java Corp. Stock Transfer Package (Mar. 29, 2011) | | |
| 237 | Empire Stock Transfer, Jammin Java Corp. Stock Transfer Package (Mar. 4, 2011) (SEC Testimony Exhibit 88) (SEC-EMPIRESTOCK-00314) | | |
| 238 | Empire Stock Transfer, Jammin Java Corp. Stock Transfer Package (Mar. 8, 2011) (SEC-EMPIRESTOCK-00297) | | |
| 239 | Empire Stock Transfer, Jammin Java Corp. Stock Transfer Package (May 13, 2011) (SEC Testimony Exhibit 97) (SEC-EMPIRESTOCK-01600) | | |
| 240 | Empire Stock Transfer, Jammin Java Corp. Stock Transfer Package (May 5, 2011) (SEC-EMPIRESTOCK-00039) | | |

| | PLAINTIFF’S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 241 | Empire Stock Transfer, Jammin Java Corp. Transaction Journal (Jun. 21, 2011) (SEC Testimony Exhibit 66) | | |
| 242 | Exhibits to Declaration of R. Kevin Barrett | | |
| 243 | Finter Bank Zurich, Account and Securities Deposit Agreement for Cilitz Invest and Trade S.A. (Feb. 11, 2010) (FINMA-0000368) | | |
| 244 | Finter Bank Zurich, Application for opening an account for Luminus Real Estate Inc. (Feb. 6, 2008) (FINMA-0000150) | | |
| 245 | Finter Bank Zurich, Application for the Opening of a Securities Account for Donnolis Invest Corp. (FINMA-0000453) | | |
| 246 | Global Elec. Recovery Corp., Annual Report (Form 10-KSB) (Jun. 1, 2007) | | |
| 247 | In the Matter of Jammin' Java Corp., File No. C-07826, Testimony of Ahn Tien Tran (Nov. 20, 2013) | | |
| 248 | In the Matter of Jammin' Java Corp., File No. C-07826, Testimony of Patrick R. Mokros (Feb. 12, 2015) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 249 | Jammin Java Corp., Annual Report (Form 10-K) (May 17, 2010) | | |
| 250 | Jammin Java Corp., Annual Report (Form 10-K) (May 17, 2011) | | |
| 251 | Jammin Java Corp., Current Report (Form 8-K) (Jan. 5, 2011) | | |
| 252 | Letter from S. Whittle (Tyrone Investments) to Glynn Fisher (Nov. 16, 2010) (SEC-SMV-P-0000155) | | |
| 253 | Jammin Java Corp., Current Report (Form 8-K) (Jan. 5, 2011) | | |
| 254 | Jammin Java Corp., Amended Quarterly Report (Form 10-Q/A) (Sept. 29, 2011).pdf | | |
| 255 | Jammin Java Corp., Amended Quarterly Report (Form 10-Q/A) (Jun. 24, 2011).pdf | | |
| 256 | Jammin Java Corp., Quarterly Report (Form 10-Q) (Dec. 20, 2010).pdf | | |
| 257 | Jammin Java Corp., Quarterly Report (Form 10-Q) (Sep. 20, 2010).pdf | | |
| 258 | Jammin Java Corp., Quarterly Report (Form 10-Q) (Jul. 15, 2010) | | |
| 259 | Jammin Java Corp., Quarterly Report (Form 10-Q) (Dec. 14, 2009).pdf | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 260 | Jammin Java Corp., Quarterly Report (Form 10-Q) (Sept. 21, 2009) | | |
| 261 | Marley Coffee Inc., Quarterly Report (Form 10Q) (Jun. 12, 2009).pdf | | |
| 262 | Marley Coffee Inc., Quarterly Report (Form 10Q) (Dec. 15, 2008).pdf | | |
| 263 | Marley Coffee Inc., Quarterly Report (Form 10Q) (Sep. 15, 2008).pdf | | |
| 264 | Marley Coffee Inc., Quarterly Report (Form 10-Q) (Jun. 19, 2008) | | |
| 265 | Marley Coffee, Inc., Annual Report (Form 10KSB) (May 14, 2008) | | |
| 266 | Marley Coffee Inc., Annual Report (Form 10-K) (May 15, 2009) | | |
| 267 | Notice of Videotaped Deposition to Wayne S.P. Weaver (Jun. 7, 2016) | | |
| 268 | Press Release, Jammin Java Corp. - Enters Into $2,500,000 Financing, Market News Publishing | | |
| 269 | Records Relied on By K. Barrett | | |
| 270 | Republic of Panama Consulta de Mercantil, Corporate Registration for Rahela International Inc. (Mar. 19, 2012) (SEC-SMV-P-0000462) | | |

| | **PLAINTIFF'S EXHIBITS** | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 271 | Republic of Panama, Certificate of Constitution of Luminus Real Estate Inc. (Nov. 19, 2007) (FINMA-0000168) | | |
| 272 | Republic of Panama, Public Registry page for Monolsa Real Estate, Inc. (FINMA-0000016) | | |
| 273 | Republic of Panama, Public registry page for Nemo Development S.A. (Apr. 2, 2012) ( | | |
| 274 | Seven Points Capital, Statement of Account (Apr. 2011) | | |
| 275 | Share Issuance Agreement between Jammin' Java Corp. and Straight Path Capital (Dec. 22, 2011) (Exhibit B to Tran Declaration) (SEC-EMPIRESTOCK-10607) | | |
| 276 | Spartan Securities Group, Statements of Account for Mar. 2011 and Apr. 2011 | | |
| 277 | Verdmont Capital, Account Statements for Rahela Int'l, Inc. (Sept. 29, 2010 - Oct. 24, 2012) (SEC-SMV-P-0000420) | | |
| 278 | Verdmont Capital, Account Statements for Tyrone Investments (Nov. 15, 2007 - Jul. 30, 2013) (SEC-SMV-P-0000143) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 279 | Email from Verdmont Capital to Alicia Quezada (Feb. 22, 2011) (SEC-SMV-P-0000151) | | |
| 280 | Sun Dep. (Jan. 26, 2017) ( | | |
| 281 | U.S. Dollar Business Premium Account Statements for Blue Leaf Capital Limited (Jan. 31, 2011, Feb. 28, 2011, and Mar. 31, 2011) (SEC-FCA-E-0000319) | | |
| 282 | Tyrone Share Certificate No. 1 (Sept. 12, 2007) (SEC-SMV-P-0000402) | | |
| 283 | Verdmont Capital Investment Account Application for Tyrone Investment, Inc. (SEC-SMV-P-0000314) | | |
| 284 | Verdmont Capital KYC Form for Kevin Miller (Nov. 20, 2007) (SEC-SMV-P-0000517) | | |
| 285 | Verdmont Capital, Account Opening Documents for Timotei (SEC-SMV-P-0000200) | | |
| 286 | Verdmont Capital, Corporate Account Form for Rahela International Inc. (Sept. 24, 2010) (SEC-SMV-P-0000426) | | |
| 287 | Wheatley Dep. (Jan. 24, 2017) | | |

| | **PLAINTIFF'S EXHIBITS** | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 288 | Email from Al-Barwani to Weaver re AW: Renavial a/c (Dec. 21, 2011) (AL-BARWANI_00000562) | | |
| 289 | Email from Al-Barwani to Sun re Offshore company and bank accounts documentation (Sept. 19, 2010) (AL-BARWANI_00000543) | | |
| 290 | Consulta De Mercantil, Panama, Registry Page for Timotei Overseas, Inc. (Apr. 25, 2012) (SEC-SMV-P-0000260) | | |
| 291 | Share Purchase Agreement Between Cilitz and Timotei (Wheatley 0359) | | |
| 292 | Share Purchase Agreement Between James Philip Scott and Renavial Ltd. (Mar. 29, 2011) (AL-BARWANI_00000136) | | |
| 293 | Share Purchase Agreements Between James Philip Scott and Las Colinas Ltd., Between Waheed Kara and Las Colinas Ltd., Between Nasim Kara and Las Colinas Ltd., Between Nasim Kara and Las Colinas Ltd. (Mar. 29, 2011) (FINMA-0000268) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 294 | Share Purchase Agreement between Rahela and Renavial (AL-BARWANI_00000741) | | |
| 295 | Answer of Defendant Rene Berlinger to Amended Complaint (Aug. 31, 2016) (Dkt. #138) | | |
| 296 | Email from Lacher to Gallus and Berlinger re Wire from Las C (Jun. 2, 2011) (BER00002358) | | |
| 297 | Email among Housser, Batista and Fisher (Verdmont) re Rahela (May 24, 2012) (SEC-SMV-P-0000267) | | |
| 298 | Email from Drayton to S. Simoes re 18911 (Jun. 24, 2011) (SEC-FINMA-P-0000666) | | |
| 299 | Email from Drayton to G. Maeder (Mar. 22, 2012) (SEC-FINMA-P-0000665) | | |
| 300 | Email from Weaver to Berlinger re Address (Jul. 1, 2011) | | |
| 301 | Email from Weaver to Berlinger and Caputo FW: Manitou-Torino-Donnolis-Arcis (Apr. 8, 2015) | | |
| 302 | Email from Weaver to Berlinger FW: Torino (Jan. 21, 2011) | | |

| | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|
| No. of Exhibit | Description | Date Identified | Date Admitted |
| 303 | Declaration of Vertical Group Certifying Records of Regularly Conducted Business Activity (May 9, 2017) | | |
| 304 | Declaration of UBS Securities Certifying Records of Regularly Conducted Business Activity (May 19, 2017) | | |

| | DEFENDANT WEAVER'S EXHIBITS | | |
|---|---|---|---|
| No. of Exhibit | Description | Date Identified | Date Admitted |
| 1 | Incorporation Documents for Petersham Enterprises Limited (Dep. Ex. 1) | | |
| 3 | Email from Andrew Golding to Stephen Wheatley dated 9/21/2010 (Dep. Ex. 3) | | |
| 7 | B&C Capital Inc. Portfolio Asset Summary for Petersham Enterprises as of 12/31/2010 (Dep. Ex. 7) | | |
| 9 | B&C Capital Inc. Portfolio Asset Summary for Petersham Enterprises as of 3/23/2011 (Dep. Ex. 9) | | |
| 12 | B&C Capital Inc. Portfolio Asset Summary for Petersham Enterprises as of 7/31/2011 (Dep. Ex. 12) | | |

| | DEFENDANT WEAVER'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 20 | Cooperation Agreement between Stephen Wheatley and the Division of Enforcement of the United States Securities and Exchange Commission dated 9/4/2014 (Wheatley Dep. Ex. 20) | | |
| 22 | Letter from the Law Offices of Roger L. Fidler to Paul M.G. Helms of the United States Securities and Exchange Commission dated 5/2/2014 (Wheatley Dep. Ex. 22) | | |
| 32 | VP Bank Account Documents for Torino Invest S.R.L. dated 10/1/2010 (Dep. Ex. 32) | | |
| 33 | VP Bank Know Your Customer Documents for Westpark Limited (Dep. Ex. 33) | | |
| 35 | Email from Wayne Weaver to Michael Sun dated 10/13/2010 (Dep. Ex. 35) | | |
| 37 | Email from Michael Sun to Urs@ehpinvest.ch dated 11/4/2010 (Dep. Ex. 37) | | |
| 40 | Email from Michael Sun to Wayne Weaver dated 1/21/2011 (Dep. Ex. 40) | | |
| 41 | Email from Michael Sun to Wayne | | |

| | **DEFENDANT WEAVER'S EXHIBITS** | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| | Weaver dated 1/23/2010 (Dep. Ex. 41) | | |
| 48 | Notice of Termination "Limited Power of Attorney for External Asset Manager" in favour of volante advisory ag dated 11/20/2012 (Dep. Ex. 48) | | |
| 76 | VP Bank Form Feststellung des wirtschaftlich Berechtigten for Renavial Ltd. dated 9/21/2010 (Dep. Ex. 76) | | |
| 77 | VP Bank Form Declaration of identity of beneficial owner dated 8/26/2011 (Dep. Ex. 77) | | |
| 78 | Las Colinas Corporate Documents (Berlinger Dep. Ex. 78) | | |
| 80 | Las Colinas VP Bank Asset Statement as of 12/31/2010 (Berlinger Dep. Ex. 80) | | |
| 83 | Chilli Capital Corporate Documents and VP Bank Account Documents for Chilli Capital Ltd. (Berlinger Dep. Ex. 83) | | |
| 84 | VP Bank Account Statement for Chilli Capital Ltd. (Berlinger Dep. Ex. 84) | | |
| 87 | Westpark Ltd. Corporate Documents and VP Bank Account Documents for Westpark Ltd. (Berlinger Dep. Ex. 87) | | |
| 89 | VP Bank Asset Statements for Westpark | | |

| | DEFENDANT WEAVER'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| | Limited (Berlinger Dep. Ex. 89) | | |
| 92 | VP Bank Account Documents for Renavial Ltd. (Berlinger Dep. Ex. 92) | | |
| 96 | VP Bank Asset Statements for Renavial Ltd. (Berlinger Dep. Ex. 96) | | |
| 100 | Chart Created by Rene Berlinger (Berlinger Dep. Ex. 100) | | |
| 116 | Email from Kevin Miller to Rene Berlinger dated 3/16/2012 (Berlinger Dep. Ex. 116) | | |
| 117 | Email from Kevin Miller to Rene Berlinger dated 5/7/2012 (Berlinger Dep. Ex. 117) | | |
| 119 | Email from Kevin Miller to Rene Berlinger dated 8/29/2012 (Berlinger Dep. Ex. 119) | | |
| 501 | Share Issuance Agreement Between Straight Path Capital and Jammin' Java Corp. dated 12/22/2010 (Dkt. # 175-3, Ex. B.; Investigative Ex. JAMN 40) | | |
| 502 | Press Release: "Jammin Java Corp. – Enters Into $2,500,000 Financing" dated 12/23/2010 (Dkt. # 175-23) | | |
| 503 | Form 8-K Current Report of Jammin' Java | | |

| | DEFENDANT WEAVER'S EXHIBITS | | |
|---|---|---|---|
| No. of Exhibit | Description | Date Identified | Date Admitted |
| | Corp. dated 12/22/2010 (Dkt. # 175-24) | | |
| 504 | Marshall Islands Certificate of Incorporation of Renavial Ltd. dated 9/14/10 (AL-BARWANI_00000023-24) | | |
| 505 | Consent of Incorporator of Renavial Ltd. dated 9/14/10 (AL-BARWANI_00000025-26) | | |
| 506 | Articles of Incorporation of Renavial Ltd. dated 9/14/10 (AL-BARWANI_00000027-32) | | |
| 507 | Renavial Ltd. Bylaws dated 9/14/10 (AL-BARWANI_00000034-42) | | |
| 508 | Fax Transmission from René Berlinger to Daniel Locher dated 5/30/11 (AL-BARWANI_00000058) | | |
| 509 | VP Bank Account Statement dated 4/1/12-6/30/12 (AL-BARWANI_00000100) | | |
| 510 | VP Bank Debit Advice confirming transaction dated 5/25/12 (AL-BARWANI_00000102) | | |
| 511 | Fax Transmission from René Berlinger to Bruno Achermann dated 5/24/12 (AL-BARWANI_00000103-104) | | |
| 512 | Feststelfung des wirtschaftlich | | |

| | DEFENDANT WEAVER'S EXHIBITS | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| | Berechtigten dated 9/21/10 (AL-BARWANI_00000213) | | |
| 513 | Notice of termination "Limited Power of Attorney for External Asset Managers" dated 11/20/12 (AL-BARWANI_00000229) | | |
| 514 | VP Legally Binding Signatures for Legal Entities dated 1/10/12 (AL-BARWANI_00000230-233) | | |
| 515 | Declaration of identity of the beneficial owner dated 9/21/10 (AL-BARWANI_00000234-35) | | |
| 516 | Email from D. Lacher to Victor dated 11/17/11 (AL-BARWANI_00000515) | | |
| 517 | Fax Transmission from René Berlinger to D. Lacher dated 7/14/11 (AL-BARWANI_00000519-20) | | |
| 518 | Redacted pages Funds Received for your Account (Me and You from Wayne) (AL-BARWANI_00000658-661) | | |
| 519 | Worldcheck re Berlinger – Raymond Hall dated 11/17/15 (BER00001358) | | |
| 520 | Certificate of Incumbency of Straight Path Capital dated 5/20/11 (BER00002300- | | |

| | DEFENDANT WEAVER'S EXHIBITS | | |
|---|---|---|---|
| No. of Exhibit | Description | Date Identified | Date Admitted |
| | 2304) | | |
| 521 | Jammin Java Corp. stock owned by Straight Path Capital dated 6/8/11 (BER00002305-06) | | |
| 522 | Straight Path Corporate Documents (BER00003132-3163) | | |
| 523 | Email from S. Wheatley to R. Bateman dated 7/13/12 (pgs. 0231-32 Wheatley Prod.) | | |
| 524 | Email from M. Al-Barwani to M. Sun dated 9/19/10 (AL-BARWANI_00000543) | | |
| 525 | Email from M. Al-Barwani to M. Sun dated 9/15/10 (AL-BARWANI_00000550) | | |
| 526 | Email from M. Al-Barwani to M. Sun dated 11/17/11 (AL-BARWANI_00000648) | | |
| 527 | Email from M. Al-Barwani to M. Sun dated 5/24/12 (AL-BARWANI_00000674) | | |
| 528 | Email from M. Al-Barwani to M. Sun dated 6/19/12 (AL-BARWANI_00000677) | | |

| | DEFENDANT WEAVER'S EXHIBITS | | |
|---|---|---|---|
| <u>No. of Exhibit</u> | <u>Description</u> | <u>Date Identified</u> | <u>Date Admitted</u> |
| 529 | Email from W. Weaver to ACM Services GmbH dated 9/21/13 (BER00000034) | | |
| 530 | Email from Kev@millzee.com to R. Berlinger dated 8/29/12 (BER00000067) | | |
| 531 | Email from W. Weaver to R. Berlinger dated 9/11/11 (BER00000120) | | |
| 532 | Email from R. Berlinger to Kev@millzee.com dated 8/29/12 (BER00002518) | | |
| 533 | Stockwatch News Release dated 5/6/11 (BER00002771) | | |
| 534 | Email from A. Golding to S. Wheatley dated 1/17/11 (pgs. 0074-77 Wheatley Prod.) | | |
| 535 | VP Bank Account Documents for Westpark Limited dated 8/30/10 (SUN_PROD_0000071-74) | | |
| 536 | Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding For Westpark Limited dated 6/30/10 (SUN_PROD_0000084) | | |
| 537 | Corporate Documents for Westpark Limited (SUN_PROD_0000110-130) | | |
| 538 | Notice of Termination "Limited Power of | | |

| | **DEFENDANT WEAVER'S EXHIBITS** | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| | Attorney for External Asset Managers" from Michael K. Sun to Rene Berlinger dated 11/20/2012 (SUN_PROD_00000137) | | |
| 539 | VP Bank Establishment of Beneficial Owner's Identity for Westpark Limited dated 9/14/2010 (SUN_PROD_00000173) | | |
| 540 | Email from Rene Berlinger to Michael Sun copying Daniel Lacher dated 12/21/2011 (SUN_PROD_0000460) | | |
| 541 | Email from Wayne Weaver to Michael Sun dated 9/30/2010 (pgs. 0523 Wheatley Prod.) | | |
| 542 | Email from Wayne Weaver to Michael K. Sun dated 10/13/2010 (pgs. 0527 Wheatley Prod.) | | |
| 543 | Email from Wayne Weaver to Michael K. Sun dated 9/13/2010 (pgs. 0607 – Wheatley Prod.) | | |
| 544 | Email from Wayne Weaver to Michael K. Sun dated 9/30/2010 (pg. 0625 Wheatley Prod.) | | |

DATED: May 30, 2017

SECURITIES AND EXCHANGE COMMISSION
TIMOTHY S. LEIMAN
DANIEL J. HAYES
PETER SENECHALLE

By: /s/ Peter Senechalle
Peter Senechalle

SCHEPER KIM & HARRIS LLP
MARC S. HARRIS
MARGARET E. DAYTON

By: /s/ Margaret E. Dayton
Margaret E. Dayton
Attorneys for Defendant Wayne Weaver