BOIES SCHILLER FLEXNER LLP
ANDREW ESBENSHADE, State Bar No. 202301
aesbenshade@bsfllp.com
725 S. Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: 213-629-9040   Facsimile: 213-629-9022

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff(s)<br><br>v.<br><br>JAMMIN' JAVA CORP., et al.,<br><br>Defendant(s). | CASE NUMBER:<br>2:15-CV-08921-SVW-MRW<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

__KEVIN P. MILLER__   ___ Plaintiff   X Defendant   Other _____
*Name of Party*

to substitute  __ANDREW ESBENSHADE of BOIES SCHILLER FLEXNER LLP__  who is

  X  Retained Counsel   ___ Counsel appointed by the Court (Criminal cases only)   ___ Pro Se

__725 S. Figueroa Street, 31st Floor__
*Street Address*

__Los Angeles, California 90017-5524__                                __aesbenshade@bsfllp.com__
*City, State, Zip*                                                                                         *E-Mail Address*

__213-629-9040__                        __213-629-9022__                        __202301__
*Telephone Number*                     *Fax Number*                          *State Bar Number*

as attorney of record instead of  __ANDREW ESBENSHADE and MICHAEL J. PROCTOR of__
                                   *List **all** attorneys from same firm or agency who are withdrawing*
CALDWELL LESLIE & PROCTOR, PC

**is hereby**      GRANTED      DENIED


    Dated  _____          _____
                                              U. S. District Judge/U.S. Magistrate Judge