**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>　　　　　Defendants. | Case No. 2:15-CV-08921<br><br>**PARTIAL JUDGMENT AS TO DEFENDANT WAYNE WEAVER**<br><br>Hon. Stephen V. Wilson |

Having granted Plaintiff Securities and Exchange Commission's (the "SEC's") Motion for Partial Summary Judgment against Defendant Wayne Weaver, the Court hereby enters partial judgment as to Defendant Weaver. It is hereby ordered that:

　　1.　For the reasons stated by the Court in its May 31, 2017 Order (Dkt. #215), the Court finds Defendant Weaver liable – and enters judgment against him

– on each of the following claims in the SEC's August 8, 2016 Amended Complaint (Dkt. #121):

    (a)    <u>Count I</u>: Unregistered Offer and Sale of Securities under Sections 5(a) and 5(c) of the Securities Act of 1933, 15 U.S.C. § 77e(a) and (c);

    (b)    <u>Count II</u>: Failure to File Beneficial Ownership Reports under Section 13(d) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78m(d), and Rules 13d-1 and 13d-2 thereunder, 17 C.F.R. § 240.13d-1, 13d-2; and

    (c)    <u>Count IV</u>: Fraud in Connection With the Purchase or Sale of Securities under Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rules 10b-5(a) and 10b-5(c) thereunder, 17 C.F.R. § 240.10b-5(a), (c).

2. The Court will enter appropriate injunctive and monetary relief upon briefing of the SEC's motion for remedies. Within 30 days of entry of this partial judgment, the SEC shall file with the Court a motion and supporting memorandum requesting injunctive and monetary relief consistent with the Court's findings of liability. Defendant Weaver's response is due within 21 days of the filing of the SEC's motion for remedies. The SEC's reply is due within 10 days of the filing of Weaver's response.

3. As the issue of liability has been resolved as to all remaining claims in this case, all deadlines in the Court's February 2, 2017 Scheduling Order, (Dkt. #163), its May 8, 2017 Order, (Dkt. #184), and its May 8, 2017 In Chambers Order, (Dkt. #185) – including the July 11, 2017 trial date – are stricken.

**JUDGMENT ENTERED:**

Dated: June 8, 2017

THE HON. STEPHEN V. WILSON
United States District Court Judge