TIMOTHY S. LEIMAN, Ill. Bar No. 6270153
Email: leimant@sec.gov
DANIEL J. HAYES Ill. Bar No. 6243089
Email: hayesdj@sec.gov
PETER SENECHALLE, Ill Bar No. 6300822
Email: senechallep@sec.gov

175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

LOCAL COUNSEL
Lynn M. Dean, Cal. Bar No. 205562
Email: deanl@sec.gov
United States Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Attorneys for Plaintiff
United States Securities and Exchange Commission

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>        vs.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>        Defendants. | Case No. 2:15-CV-08921 SVW (MRWx)<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR INJUNCTIVE AND MONETARY RELIEF**<br><br>Hearing Date: August 28, 2017<br>Time: 1:30 pm<br>Hon. Stephen V. Wilson<br>Courtroom 10A |

Plaintiff U.S. Securities and Exchange Commission (the "SEC") respectfully moves the Court to enter a final judgment against Defendant Wayne Weaver that:

(1) permanently enjoins Weaver from violating the statutes identified in the SEC's Amended Complaint – *i.e.*, Section 5 of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77e], Sections 10(b) and 13(d) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b), 78m(d)], and Rules 10b-5(a) and 10b-5(c), 13d-1, and 13d-2 thereunder [17 C.F.R. §§ 240.10b-5, 240.13d-1, and 240.13d-2];

(2) permanently bars Weaver from participating in an offering of penny stock under Section 20(g) of the Securities Act [15 U.S.C. § 77t(g)] and Section 21(d)(6) of the Exchange Act [15 U.S.C. § 78u(d)(6)];

(3) orders Weaver to disgorge $47,442,101.70 in ill-gotten gains from his unregistered (and fraudulent) sales of Jammin Java stock;

(4) orders Weaver to pay an additional $9,393,958.48 in prejudgment interest on his ill-gotten gains; and

(5) imposes a third-tier civil penalty against Weaver equal to the amount of disgorgement pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)].

In support of this Motion, the SEC is contemporaneously filing (a) a Memorandum in Support, and (b) the Declaration of Timothy S. Leiman (counsel for the SEC) attaching copies of additional exhibits cited in the SEC's memorandum in support. The memorandum, in turn, cites to the SEC's Statement of Uncontroverted Facts (Dkt. #273) and supporting exhibits submitted in support of the SEC's Motion for Summary Judgment (Dkt. #171). The SEC also will submit a Proposed Final Judgment through the Court's ECF portal for proposed orders.

**WHEREFORE**, Plaintiff SEC respectfully requests that the Court grant the SEC's Motion for Injunctive and Monetary Relief, and enter the proposed Final Judgment submitted by the SEC.

**TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD: PLEASE TAKE NOTICE that**:

On August 28, 2017 at 1:30 p.m., or as soon as possible thereafter as counsel may be heard, in the above captioned matter before the Honorable Stephen V. Wilson, United States District Judge, at the First Street Courthouse, 350 W. 1st Street, Courtroom 10A, 10th Floor, Los Angeles, California 90012, Plaintiff United States Securities and Exchange Commission shall and hereby does move for injunctive and monetary relief against Defendant Wayne Weaver. The motion is based on (1) the SEC's Memorandum in Support; (2) the July 10, 2017 Declaration of Timothy S. Leiman, and supporting exhibits; and (3) such other matters as may be presented to the Court before or at the time of the hearing.

Dated:  July 10, 2017                    Respectfully submitted,

*/s/Timothy S. Leiman*
Timothy S. Leiman
U.S. Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd., Suite 900
Chicago, Illinois  60604
Telephone:  (312) 353-5213
Fax:  (312) 353-7398
leimant@sec.gov

## CERTIFICATE OF SERVICE

Timothy S. Leiman hereby certifies that he caused the foregoing document to be filed through the Court's CM/ECF system on July 10, 2017, which automatically sends an electronic copy of the document to all counsel of record.

*/s/ Timothy S. Leiman*