TIMOTHY S. LEIMAN, Ill. Bar No. 6270153
Email: leimant@sec.gov
DANIEL J. HAYES Ill. Bar No. 6243089
Email: hayesdj@sec.gov
PETER SENECHALLE, Ill Bar No. 6300822
Email: senechallep@sec.gov

Attorneys for Plaintiff
United States Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

LOCAL COUNSEL
Lynn M. Dean, Cal. Bar No. 205562
Email: deanl@sec.gov
United States Securities and Exchange Commission
444 S. Flower Street, Suite 1450
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>　　　　　Defendants. | Case No. 2:15-CV-08921-SVW-MRW<br><br>**DECLARATION OF TIMOTHY S. LEIMAN IN SUPPORT OF MOTION FOR INJUNCTIVE AND MONETARY RELIEF– AND ATTACHED EXHIBITS**<br><br>Hearing Date: August 28, 2017, 1:30 PM<br>Hon. Stephen V. Wilson<br>Courtroom 10A |

I, Timothy S. Leiman, declare pursuant to 28 U.S.C. § 1746, that the following is true and correct, that this declaration is made on my personal knowledge, and that I am competent to testify as to the matters stated below:

1. I am employed as Senior Trial Counsel in the Division of Enforcement of the United States Securities and Exchange Commission (the "Commission" or the "SEC") in its regional office in Chicago, Illinois. I am lead counsel for the SEC in this litigation.

2. I am an attorney in good standing admitted to practice by the State of Illinois and admitted *pro hac vice* in this action. I make this declaration in support of the SEC's Motion for Injunctive and Monetary Relief Against Defendant Wayne Weaver ("Weaver"). I have personal knowledge of the following facts.

3. The following are true and correct copies of documents as they were obtained by the SEC in the investigation and litigation of this matter. They are submitted in support of the SEC's Motion for Injunctive and Monetary Relief against Defendant Wayne Weaver. In a contemporaneously filed Memorandum in Support of the SEC's Motion for Injunctive and Monetary Relief, the SEC will cite to these documents as "SEC Rem. Ex.__."

4. Attached as **SEC Rem. Exhibit 1** is a true and correct copy of a July 10, 2017 declaration by SEC Senior Accountant R. Kevin Barrett and related summary exhibits.

5. Attached as **SEC Rem. Exhibit 2** is a true and correct copy of excerpts from the transcript of the February 7, 2017 deposition of Rene Berlinger in this case.

6. Attached as **SEC Rem. Exhibit 3** is a true and correct copy of a November 26, 2015 e-mail chain between "John Combray," and

1  Defendant Rene Berlinger. This document was produced in this litigation
2  by Mr. Berlinger in response to document requests and was produced with
3  the bates numbers BER00001182 through BER00001187. The document
4  was authenticated by Mr. Berlinger at his February 7, 2017 deposition.
5  (SEC Rem. Ex. 2, Berlinger Tr. at 152-153.)
6          7.  Attached as **SEC Rem. Exhibit 4** is a true and correct copy of
7  a proposed final judgment against Defendant Wayne Weaver which the
8  SEC also will submit to the Court through the ECF portal for proposed
9  orders.
10         I declare under penalty of perjury that the foregoing is true and
11 correct.
12         Executed July 10, 2017, at Chicago, Illinois.

                               ___*s/Timothy S. Leiman*_____
                               Timothy S. Leiman
                               Senior Trail Counsel
                               U.S. Securities and Exchange Commission
                               *(Attorney for the Plaintiff)*

2