# EXHIBIT 1

TIMOTHY S. LEIMAN, Ill. Bar No. 6270153
Email: leimant@sec.gov
DANIEL J. HAYES Ill. Bar No. 6243089
Email: hayesdj@sec.gov
PETER SENECHALLE, Ill Bar No. 6300822
Email: senechallep@sec.gov

Attorneys for Plaintiff
United States Securities and Exchange Commission
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
Telephone:  (312) 353-7390
Facsimile:  (312) 353-7398

LOCAL COUNSEL
Lynn M. Dean, Cal. Bar No. 205562
Email: deanl@sec.gov
United States Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:15-CV-08921-SVW-MRW |
| Plaintiff, | **SECOND DECLARATION OF R. KEVIN BARRETT** |
| vs. | |
| JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER, | |
| Defendants. | |

1    I, R. Kevin Barrett, declare under penalty of perjury, pursuant

2  to 28 U.S.C. § 1746, that the following is true and correct, that this

3  declaration is made on my personal knowledge, and that I am

4  competent to testify as to the matters stated below:

5    1. I am a Senior Accountant in the Division of Enforcement of the

6  United States Securities and Exchange Commission (the "Commission" or

7  the "SEC") in its office in Chicago, Illinois.  I have been employed as an

8  Accountant in the Enforcement Division of the SEC since March 1998.

9    2. My official duties with the Commission include participating

10  in fact-finding inquiries and investigations to determine whether the

11  federal securities laws have been, are presently, or are about to be

12  violated, and assisting in the Commission's litigation of securities law

13  violations.  One of my duties in that position is to obtain for SEC

14  investigations and litigation various kinds of information relating to

15  companies whose securities are publicly traded on national securities

16  markets.  As part of my job, I routinely obtain bank records, trading

17  records, and other financial records typically maintained at all varieties of

18  financial institutions, including banks, brokerage firms, and investment

19  adviser firms, and am intimately familiar with the type of records

20  maintained by such entities.

21    3. I received B.S. and M.S. degrees in Accounting from the

22  University of Illinois and an M.S. degree in Financial Markets & Trading

23  from the Illinois Institute of Technology.  I received my certification as a

24  certified public accountant from the state of Illinois in 1976.

25    4. Prior to my employment with the Commission, I worked in the

26  public accounting profession for three and one-half years, and in the

27  securities industry for nearly seventeen and one-half years in several

28  capacities, including as a controller at a financial services firm and as a

1

1  trader on the Chicago Stock Exchange ("CSE") and the Chicago Board

2  Options Exchange ("CBOE").

3      5. On March 29, 2017, I provided declaration testimony and

4  related transaction schedules in this case in support of the SEC's Motion

5  for Summary Judgment. (Dkt. #174-1; Dkt. #174-2.) In connection with

6  that testimony, I reviewed thousands of pages of financial records

7  produced in this case that relate to (a) the acquisition, transfer, and sale

8  of Jammin' Java Corp. ("Jammin' Java" or "JAMN") stock by the

9  Defendants from 2006 through approximately May 2011, and (b) the

10  transfer of proceeds from those sales of Jammin Java stock. The records I

11  have reviewed in connection with this case have been identified in a

12  categorical list of documents that was filed with the Court in connection

13  with the SEC's reply brief in support of its motion for summary judgment.

14  (Dkt. #187-1.)

15      6. In connection with the SEC's Motion for Summary Judgment

16  (Dkt. #171), I prepared a schedule of all Jammin Java sales from

17  December 2010 through May 2011 by entities owned by Wayne Weaver

18  and his co-Defendants. (Dkt. #174-2, 3/29/2017 Barrett Decl. at Ex. C(i)

19  and C(ii).) This schedule identified the date of each sale of Jammin Java

20  stock by Defendants' entities, the entity selling the stock, the number of

21  shares sold, the executed average price per share for each trade, and the

22  proceeds from each sale. (*Id.*) Exhibit C(i) to my March 29, 2017

23  Declaration summarized the sales for all entities and organized them

24  chronologically. (*Id.*) Exhibit C(ii) to my March 29, 2017 Declaration

25  summarized the same sales and organized them by the selling entity. (*Id.*)

26      7. Using Schedules C(i) and C(ii), along with the bank and

27  brokerage records I have previously reviewed reflecting cash and stock

28  transfers to and from the Defendants' entities, I have calculated the

overall proceeds from the sale of Jammin Java stock – from December 2010 through May 2011 – for the following entities owned by Wayne Weaver: Donnolis Invest Corp., Arcis Assets S.A., Timotei Overseas, Inc., Calgon Invest S.A., and Manitou, S.A. Those sales proceeds are:

| Entity | Gains From The Sale of Jammin Java Stock |
|--------|------------------------------------------|
| Arcis | $ 6,306,924.44 |
| Donnolis | $ 156,497.46 |
| Manitou | $ 5,855,174.87 |
| Timotei | $ 4,686,330.77 |
| Calgon | $ 5,807,226.65 |
| **TOTAL:** | **$ 22,812,154.19** |

8. In connection with my March 29, 2017 Declaration, I also created a summary schedule of available information reflecting how each of the Defendants' entities used the proceeds from their sale of Jammin Java stock. (Dkt. #174-2, 3/29/2017 Barrett Decl. at Ex. G.) This schedule was organized by entity and identified the date of all transfers into and out of that entity, the amount transferred, and – where relevant bank documents provided information – a brief description of the nature of the transfer.

9. Using Schedule G, I have identified the following four cash transfers to Weaver and his entities from entities owned by his co-Defendants:

| Date | From | To | Amount |
|------|------|-----|--------|
| 3/15/2011 | Torino (Sun) | Arcis (Weaver) | $700,000 |
| 3/25/2011 | Las Colinas (Miller) | Blue Leaf Capital (Weaver) | $1,000,022 |

3

| | | | |
|---|---|---|---|
| 4/21/2011 | Torino (Sun) | Arcis (Weaver) | $700,000 |
| 9/23/2011 | Westpark (Sun) | Donnolis (Weaver) | $1,159,409 |
| | | **TOTAL**: | **$3,559,431** |

10.    Based on my review of the available bank and brokerage records for each entity – and as reflected in Ex. G to my 3/29/2017 Declaration – the transfers to Weaver identified in paragraph 9 above came out of the proceeds of the sale of Jammin Java stock by Torino, Las Colinas, and Westpark.

11.    Also, Schedule G reflects the following two transfers out of the accounts of Renavial, Ltd. (nominally owned by Defendant Al-Barwani): (1) the December 21, 2011 purchase of $1,974,282.55 in gold Kruggerrand through Renavial's account at VP Bank, and (2) the April 20, 2012 transfer of $11,300,021.87 from Renavial's VP Bank account into the account of Tare Finance & Invest Ltd.'s at Aktif Bank in Turkey. (Dkt. #174-2 at p. 59.) Both of these transfers were funded with the proceeds of Renavial's sale of approximately 6,156,698 shares of Jammin Java stock between March 30, 2011 and May 11, 2011. In my calculation of disgorgement – to be conservative and to ensure that subsequent appreciation would not count toward Weaver's disgorgement – I have valued the gold at cost.

12.    From the bank documents I have reviewed, I have been able to determine the cash and securities balance remaining in the bank and brokerage accounts of the entities nominally owned by Weaver's co-Defendants as of December 31, 2012. In making this calculation, I valued the securities – common stock in Apple, Inc. and Berkshire Hathaway,

4

Inc. purchased with the proceeds of Jammin Java sales – at cost (to be conservative so that subsequent appreciation would not count toward Weaver's disgorgement). Non-U.S. dollar cash balances (or demand deposits) were valued at the U.S. dollar exchange rate as of 12/31/2012. Those 2012 year-end balances are:

| Entity | Account Custodian | Balance At End of Scheme |
|--------|-------------------|--------------------------|
| Torino (Sun) | Compagnie Bancaire Helvetique ("CBH") | $ 3,069,736.68 |
| Westpark (Sun) | VP Bank / Rigi Capital | $ 1,506,396.38 |
| Las Colinas (Miller) | VP Bank / Rigi Capital | $ 1,599,038.22 |
| Renaval (Al-Barwani) | VP Bank / Rigi Capital | $ 1,621,040.64 |
| **TOTAL:** | | **$ 7,796,211.92** |

13.     Based on my review of the available bank and brokerage records for each entity – and as reflected in Ex. G to my 3/29/2017 Declaration – the balances identified in Paragraph 12 above reflect the proceeds from the sale of Jammin Java stock by Tornio, Westpark, Las Colinas, and Renaval.

14.     In connection with the SEC's Motion for Remedies, I have been asked to calculate the prejudgment interest for four categories of disgorgement: (1) sales proceeds for entities owned by Wayne Weaver (¶ 7 above), (2) cash transfers to Wayne Weaver and his entities from entities nominally owned by Weaver's co-Defendants (¶ 9 above), (3) the cash transfers from Renaval into gold Kruggerrand and Tare Finance's Turkish bank account (¶ 11 above), and (4) the December 31, 2012

balance remaining in the primary bank and brokerage accounts for entities owned by Weaver's co-Defendants (¶ 12 above).

15.    My calculations of pre-judgment interest are attached as Exhibit A. I have completed calculations of prejudgment interest for the following transactions and categories:

| Description | Principal Amount | Start/End Date for Calculation | Interest | Ex. A p.__. |
|---|---|---|---|---|
| Proceeds from Jammin Java Sales By Weaver's Entities | $22,812,154.19 | May 2, 2011 through June 30, 2017 | $4,980,373.15 | Ex. A, p.1 |
| Transfers from Torino (Sun) to Arcis (Weaver) | $1,400,000.00 | April 21, 2011 through June 30, 2017 | $311,425.02 | Ex. A, p. 2 |
| Transfer from Las Colinas (Miller) to Blue Leaf (Weaver) | $1,000,022.09 | Mar. 25, 2011 through June 30, 2017 | $226,443.75 | Ex. A, p. 3 |
| Transfer from Westpark (Sun) to Donnolis (Weaver) | $1,159,409.08 | Sept. 23, 2011 through June 30, 2017 | $234,441.59 | Ex. A, p. 4 |
| Purchase of Gold Krugerrand | $1,974,282.55 | Dec. 21, 2011 through June 30, 2017 | $381,402.56 | Ex. A, p. 5 |
| Transfer to Tare Finance's Turkish Account | $11,300,021.87 | April 20, 2012 through June 30, 2017 | $2,050,507.82 | Ex. A, p. 6 |
| Cash and Securities Balances In Nominee Accounts as of December 31, 2012 | $7,796,211.92 | Dec. 31, 2012 through June 30, 2017 | $1,209,364.59 | Ex. A, p. 7 |
| **TOTAL:** | **$47,442,101.70** | **TOTAL:** | **$9,393,958.48** | |

16.     For each calculation, I have assessed interest on a quarterly basis using the rate of interest applied by the Internal Revenue Service for the underpayment of personal income taxes (the "IRS Underpayment Rate"). The attached calculations in Ex. A identify: (a) the quarter for which the interest was applied, (b) the annual rate of interest that applied at the time of that quarter, (c) the interest rate applied during that quarter (a rate that would yield the annual rate if applied for four consecutive quarters), (d) the amount of interest for that quarter, and (e) a running total of principal and interest.

17.     Each calculation summary also includes a "Prejudgment Violation Range" which shows the start date and end date for my interest calculation. When the available start date for my interest calculation was in the middle of a month, I began the calculation starting on the first day of the following month. This (a) helped simplify the calculation, and (b) resulted in a slightly lower amount of pre-judgment interest. Although prejudgment interest could run through the Court's entry of judgment, I selected an end date of June 30, 2017 for each of my prejudgment interest calculations.

18.     I have created a summary of the above calculations of disgorgement and prejudgment interest attached as Ex. B. I have calculated total disgorgement and prejudgment interest of $56,836,060.18.

19.     I declare under penalty of perjury that the foregoing is true and correct.

Executed July 10, 2017, at Chicago, Illinois.


_____
R. Kevin Barrett

7

# EXHIBIT A



# U.S. Securities and Exchange Commission

## Division of Enforcement

## Prejudgment Interest Report

### Wayne Weaver: JAMN Sales Proceeds to Weaver Entities

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $22,812,154.19 |
| 06/01/2011-06/30/2011 | 4% | 0.33% | $74,998.86 | $22,887,153.05 |
| 07/01/2011-09/30/2011 | 4% | 1.01% | $230,752.67 | $23,117,905.72 |
| 10/01/2011-12/31/2011 | 3% | 0.76% | $174,809.37 | $23,292,715.09 |
| 01/01/2012-03/31/2012 | 3% | 0.75% | $173,740.74 | $23,466,455.83 |
| 04/01/2012-06/30/2012 | 3% | 0.75% | $175,036.68 | $23,641,492.51 |
| 07/01/2012-09/30/2012 | 3% | 0.75% | $178,280.11 | $23,819,772.62 |
| 10/01/2012-12/31/2012 | 3% | 0.75% | $179,624.51 | $23,999,397.13 |
| 01/01/2013-03/31/2013 | 3% | 0.74% | $177,529.79 | $24,176,926.92 |
| 04/01/2013-06/30/2013 | 3% | 0.75% | $180,830.17 | $24,357,757.09 |
| 07/01/2013-09/30/2013 | 3% | 0.76% | $184,184.68 | $24,541,941.77 |
| 10/01/2013-12/31/2013 | 3% | 0.76% | $185,577.42 | $24,727,519.19 |
| 01/01/2014-03/31/2014 | 3% | 0.74% | $182,915.90 | $24,910,435.09 |
| 04/01/2014-06/30/2014 | 3% | 0.75% | $186,316.40 | $25,096,751.49 |
| 07/01/2014-09/30/2014 | 3% | 0.76% | $189,772.70 | $25,286,524.19 |
| 10/01/2014-12/31/2014 | 3% | 0.76% | $191,207.69 | $25,477,731.88 |
| 01/01/2015-03/31/2015 | 3% | 0.74% | $188,465.41 | $25,666,197.29 |
| 04/01/2015-06/30/2015 | 3% | 0.75% | $191,969.09 | $25,858,166.38 |
| 07/01/2015-09/30/2015 | 3% | 0.76% | $195,530.24 | $26,053,696.62 |
| 10/01/2015-12/31/2015 | 3% | 0.76% | $197,008.77 | $26,250,705.39 |
| 01/01/2016-03/31/2016 | 3% | 0.75% | $195,804.44 | $26,446,509.83 |
| 04/01/2016-06/30/2016 | 4% | 0.99% | $263,019.93 | $26,709,529.76 |
| 07/01/2016-09/30/2016 | 4% | 1.01% | $268,554.83 | $26,978,084.59 |
| 10/01/2016-12/31/2016 | 4% | 1.01% | $271,255.06 | $27,249,339.65 |
| 01/01/2017-03/31/2017 | 4% | 0.99% | $268,760.61 | $27,518,100.26 |
| 04/01/2017-06/30/2017 | 4% | 1% | $274,427.08 | $27,792,527.34 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| 06/01/2011-06/30/2017 | | | $4,980,373.15 | $27,792,527.34 |



# U.S. Securities and Exchange Commission

## Division of Enforcement

## Prejudgment Interest Report

### Wayne Weaver: Cash Transfrs to Weaver Entities - Torino

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $1,400,000.00 |
| 05/01/2011-06/30/2011 | 4% | 0.67% | $9,358.90 | $1,409,358.90 |
| 07/01/2011-09/30/2011 | 4% | 1.01% | $14,209.43 | $1,423,568.33 |
| 10/01/2011-12/31/2011 | 3% | 0.76% | $10,764.52 | $1,434,332.85 |
| 01/01/2012-03/31/2012 | 3% | 0.75% | $10,698.71 | $1,445,031.56 |
| 04/01/2012-06/30/2012 | 3% | 0.75% | $10,778.51 | $1,455,810.07 |
| 07/01/2012-09/30/2012 | 3% | 0.75% | $10,978.24 | $1,466,788.31 |
| 10/01/2012-12/31/2012 | 3% | 0.75% | $11,061.03 | $1,477,849.34 |
| 01/01/2013-03/31/2013 | 3% | 0.74% | $10,932.04 | $1,488,781.38 |
| 04/01/2013-06/30/2013 | 3% | 0.75% | $11,135.27 | $1,499,916.65 |
| 07/01/2013-09/30/2013 | 3% | 0.76% | $11,341.84 | $1,511,258.49 |
| 10/01/2013-12/31/2013 | 3% | 0.76% | $11,427.60 | $1,522,686.09 |
| 01/01/2014-03/31/2014 | 3% | 0.74% | $11,263.71 | $1,533,949.80 |
| 04/01/2014-06/30/2014 | 3% | 0.75% | $11,473.10 | $1,545,422.90 |
| 07/01/2014-09/30/2014 | 3% | 0.76% | $11,685.94 | $1,557,108.84 |
| 10/01/2014-12/31/2014 | 3% | 0.76% | $11,774.30 | $1,568,883.14 |
| 01/01/2015-03/31/2015 | 3% | 0.74% | $11,605.44 | $1,580,488.58 |
| 04/01/2015-06/30/2015 | 3% | 0.75% | $11,821.19 | $1,592,309.77 |
| 07/01/2015-09/30/2015 | 3% | 0.76% | $12,040.48 | $1,604,350.25 |
| 10/01/2015-12/31/2015 | 3% | 0.76% | $12,131.53 | $1,616,481.78 |
| 01/01/2016-03/31/2016 | 3% | 0.75% | $12,057.36 | $1,628,539.14 |
| 04/01/2016-06/30/2016 | 4% | 0.99% | $16,196.40 | $1,644,735.54 |
| 07/01/2016-09/30/2016 | 4% | 1.01% | $16,537.23 | $1,661,272.77 |
| 10/01/2016-12/31/2016 | 4% | 1.01% | $16,703.51 | $1,677,976.28 |
| 01/01/2017-03/31/2017 | 4% | 0.99% | $16,549.90 | $1,694,526.18 |
| 04/01/2017-06/30/2017 | 4% | 1% | $16,898.84 | $1,711,425.02 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| 05/01/2011-06/30/2017 | $311,425.02 | $1,711,425.02 |



# U.S. Securities and Exchange Commission

## Division of Enforcement

## Prejudgment Interest Report

### Wayne Weaver: Cash Transfrs to Weaver Entities - Las Colinas

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $1,000,022.09 |
| 04/01/2011-06/30/2011 | 4% | 1% | $9,972.82 | $1,009,994.91 |
| 07/01/2011-09/30/2011 | 4% | 1.01% | $10,182.96 | $1,020,177.87 |
| 10/01/2011-12/31/2011 | 3% | 0.76% | $7,714.22 | $1,027,892.09 |
| 01/01/2012-03/31/2012 | 3% | 0.75% | $7,667.06 | $1,035,559.15 |
| 04/01/2012-06/30/2012 | 3% | 0.75% | $7,724.25 | $1,043,283.40 |
| 07/01/2012-09/30/2012 | 3% | 0.75% | $7,867.38 | $1,051,150.78 |
| 10/01/2012-12/31/2012 | 3% | 0.75% | $7,926.71 | $1,059,077.49 |
| 01/01/2013-03/31/2013 | 3% | 0.74% | $7,834.27 | $1,066,911.76 |
| 04/01/2013-06/30/2013 | 3% | 0.75% | $7,979.92 | $1,074,891.68 |
| 07/01/2013-09/30/2013 | 3% | 0.76% | $8,127.95 | $1,083,019.63 |
| 10/01/2013-12/31/2013 | 3% | 0.76% | $8,189.41 | $1,091,209.04 |
| 01/01/2014-03/31/2014 | 3% | 0.74% | $8,071.96 | $1,099,281.00 |
| 04/01/2014-06/30/2014 | 3% | 0.75% | $8,222.02 | $1,107,503.02 |
| 07/01/2014-09/30/2014 | 3% | 0.76% | $8,374.54 | $1,115,877.56 |
| 10/01/2014-12/31/2014 | 3% | 0.76% | $8,437.87 | $1,124,315.43 |
| 01/01/2015-03/31/2015 | 3% | 0.74% | $8,316.85 | $1,132,632.28 |
| 04/01/2015-06/30/2015 | 3% | 0.75% | $8,471.47 | $1,141,103.75 |
| 07/01/2015-09/30/2015 | 3% | 0.76% | $8,628.62 | $1,149,732.37 |
| 10/01/2015-12/31/2015 | 3% | 0.76% | $8,693.87 | $1,158,426.24 |
| 01/01/2016-03/31/2016 | 3% | 0.75% | $8,640.72 | $1,167,066.96 |
| 04/01/2016-06/30/2016 | 4% | 0.99% | $11,606.90 | $1,178,673.86 |
| 07/01/2016-09/30/2016 | 4% | 1.01% | $11,851.15 | $1,190,525.01 |
| 10/01/2016-12/31/2016 | 4% | 1.01% | $11,970.31 | $1,202,495.32 |
| 01/01/2017-03/31/2017 | 4% | 0.99% | $11,860.23 | $1,214,355.55 |
| 04/01/2017-06/30/2017 | 4% | 1% | $12,110.29 | $1,226,465.84 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| 04/01/2011-06/30/2017 | $226,443.75 | $1,226,465.84 |



# U.S. Securities and Exchange Commission

## Division of Enforcement

## Prejudgment Interest Report

### Wayne Weaver: Cash Transfrs to Weaver Entities - Westpark

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $1,159,409.08 |
| 10/01/2011-12/31/2011 | 3% | 0.76% | $8,767.04 | $1,168,176.12 |
| 01/01/2012-03/31/2012 | 3% | 0.75% | $8,713.44 | $1,176,889.56 |
| 04/01/2012-06/30/2012 | 3% | 0.75% | $8,778.44 | $1,185,668.00 |
| 07/01/2012-09/30/2012 | 3% | 0.75% | $8,941.10 | $1,194,609.10 |
| 10/01/2012-12/31/2012 | 3% | 0.75% | $9,008.53 | $1,203,617.63 |
| 01/01/2013-03/31/2013 | 3% | 0.74% | $8,903.47 | $1,212,521.10 |
| 04/01/2013-06/30/2013 | 3% | 0.75% | $9,068.99 | $1,221,590.09 |
| 07/01/2013-09/30/2013 | 3% | 0.76% | $9,237.23 | $1,230,827.32 |
| 10/01/2013-12/31/2013 | 3% | 0.76% | $9,307.08 | $1,240,134.40 |
| 01/01/2014-03/31/2014 | 3% | 0.74% | $9,173.60 | $1,249,308.00 |
| 04/01/2014-06/30/2014 | 3% | 0.75% | $9,344.14 | $1,258,652.14 |
| 07/01/2014-09/30/2014 | 3% | 0.76% | $9,517.48 | $1,268,169.62 |
| 10/01/2014-12/31/2014 | 3% | 0.76% | $9,589.45 | $1,277,759.07 |
| 01/01/2015-03/31/2015 | 3% | 0.74% | $9,451.92 | $1,287,210.99 |
| 04/01/2015-06/30/2015 | 3% | 0.75% | $9,627.63 | $1,296,838.62 |
| 07/01/2015-09/30/2015 | 3% | 0.76% | $9,806.23 | $1,306,644.85 |
| 10/01/2015-12/31/2015 | 3% | 0.76% | $9,880.38 | $1,316,525.23 |
| 01/01/2016-03/31/2016 | 3% | 0.75% | $9,819.98 | $1,326,345.21 |
| 04/01/2016-06/30/2016 | 4% | 0.99% | $13,190.97 | $1,339,536.18 |
| 07/01/2016-09/30/2016 | 4% | 1.01% | $13,468.56 | $1,353,004.74 |
| 10/01/2016-12/31/2016 | 4% | 1.01% | $13,603.98 | $1,366,608.72 |
| 01/01/2017-03/31/2017 | 4% | 0.99% | $13,478.88 | $1,380,087.60 |
| 04/01/2017-06/30/2017 | 4% | 1% | $13,763.07 | $1,393,850.67 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| 10/01/2011-06/30/2017 | $234,441.59 | $1,393,850.67 |



# U.S. Securities and Exchange Commission

## Division of Enforcement

## Prejudgment Interest Report

## Wayne Weaver: Asset Transfers - Physical Gold

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $1,974,282.55 |
| 01/01/2012-03/31/2012 | 3% | 0.75% | $14,726.21 | $1,989,008.76 |
| 04/01/2012-06/30/2012 | 3% | 0.75% | $14,836.05 | $2,003,844.81 |
| 07/01/2012-09/30/2012 | 3% | 0.75% | $15,110.96 | $2,018,955.77 |
| 10/01/2012-12/31/2012 | 3% | 0.75% | $15,224.91 | $2,034,180.68 |
| 01/01/2013-03/31/2013 | 3% | 0.74% | $15,047.36 | $2,049,228.04 |
| 04/01/2013-06/30/2013 | 3% | 0.75% | $15,327.10 | $2,064,555.14 |
| 07/01/2013-09/30/2013 | 3% | 0.76% | $15,611.43 | $2,080,166.57 |
| 10/01/2013-12/31/2013 | 3% | 0.76% | $15,729.48 | $2,095,896.05 |
| 01/01/2014-03/31/2014 | 3% | 0.74% | $15,503.89 | $2,111,399.94 |
| 04/01/2014-06/30/2014 | 3% | 0.75% | $15,792.11 | $2,127,192.05 |
| 07/01/2014-09/30/2014 | 3% | 0.76% | $16,085.07 | $2,143,277.12 |
| 10/01/2014-12/31/2014 | 3% | 0.76% | $16,206.70 | $2,159,483.82 |
| 01/01/2015-03/31/2015 | 3% | 0.74% | $15,974.26 | $2,175,458.08 |
| 04/01/2015-06/30/2015 | 3% | 0.75% | $16,271.23 | $2,191,729.31 |
| 07/01/2015-09/30/2015 | 3% | 0.76% | $16,573.08 | $2,208,302.39 |
| 10/01/2015-12/31/2015 | 3% | 0.76% | $16,698.40 | $2,225,000.79 |
| 01/01/2016-03/31/2016 | 3% | 0.75% | $16,596.32 | $2,241,597.11 |
| 04/01/2016-06/30/2016 | 4% | 0.99% | $22,293.48 | $2,263,890.59 |
| 07/01/2016-09/30/2016 | 4% | 1.01% | $22,762.62 | $2,286,653.21 |
| 10/01/2016-12/31/2016 | 4% | 1.01% | $22,991.49 | $2,309,644.70 |
| 01/01/2017-03/31/2017 | 4% | 0.99% | $22,780.06 | $2,332,424.76 |
| 04/01/2017-06/30/2017 | 4% | 1% | $23,260.35 | $2,355,685.11 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| 01/01/2012-06/30/2017 | $381,402.56 | $2,355,685.11 |



# U.S. Securities and Exchange Commission

## Division of Enforcement

## Prejudgment Interest Report

### Wayne Weaver: Asset Transfers - Tare Finance & Invest Limited

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $11,300,021.87 |
| 05/01/2012-06/30/2012 | 3% | 0.5% | $56,500.11 | $11,356,521.98 |
| 07/01/2012-09/30/2012 | 3% | 0.75% | $85,639.35 | $11,442,161.33 |
| 10/01/2012-12/31/2012 | 3% | 0.75% | $86,285.15 | $11,528,446.48 |
| 01/01/2013-03/31/2013 | 3% | 0.74% | $85,278.92 | $11,613,725.40 |
| 04/01/2013-06/30/2013 | 3% | 0.75% | $86,864.30 | $11,700,589.70 |
| 07/01/2013-09/30/2013 | 3% | 0.76% | $88,475.69 | $11,789,065.39 |
| 10/01/2013-12/31/2013 | 3% | 0.76% | $89,144.71 | $11,878,210.10 |
| 01/01/2014-03/31/2014 | 3% | 0.74% | $87,866.21 | $11,966,076.31 |
| 04/01/2014-06/30/2014 | 3% | 0.75% | $89,499.69 | $12,055,576.00 |
| 07/01/2014-09/30/2014 | 3% | 0.76% | $91,159.97 | $12,146,735.97 |
| 10/01/2014-12/31/2014 | 3% | 0.76% | $91,849.29 | $12,238,585.26 |
| 01/01/2015-03/31/2015 | 3% | 0.74% | $90,532.00 | $12,329,117.26 |
| 04/01/2015-06/30/2015 | 3% | 0.75% | $92,215.04 | $12,421,332.30 |
| 07/01/2015-09/30/2015 | 3% | 0.76% | $93,925.69 | $12,515,257.99 |
| 10/01/2015-12/31/2015 | 3% | 0.76% | $94,635.92 | $12,609,893.91 |
| 01/01/2016-03/31/2016 | 3% | 0.75% | $94,057.41 | $12,703,951.32 |
| 04/01/2016-06/30/2016 | 4% | 0.99% | $126,345.31 | $12,830,296.63 |
| 07/01/2016-09/30/2016 | 4% | 1.01% | $129,004.08 | $12,959,300.71 |
| 10/01/2016-12/31/2016 | 4% | 1.01% | $130,301.17 | $13,089,601.88 |
| 01/01/2017-03/31/2017 | 4% | 0.99% | $129,102.92 | $13,218,704.80 |
| 04/01/2017-06/30/2017 | 4% | 1% | $131,824.89 | $13,350,529.69 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| 05/01/2012-06/30/2017 | $2,050,507.82 | $13,350,529.69 |



# U.S. Securities and Exchange Commission

## Division of Enforcement

## Prejudgment Interest Report

**Wayne Weaver: Inventories of Assets as of 12/31/12**

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $7,796,211.92 |
| 02/01/2013-03/31/2013 | 3% | 0.48% | $37,806.29 | $7,834,018.21 |
| 04/01/2013-06/30/2013 | 3% | 0.75% | $58,594.16 | $7,892,612.37 |
| 07/01/2013-09/30/2013 | 3% | 0.76% | $59,681.12 | $7,952,293.49 |
| 10/01/2013-12/31/2013 | 3% | 0.76% | $60,132.41 | $8,012,425.90 |
| 01/01/2014-03/31/2014 | 3% | 0.74% | $59,270.00 | $8,071,695.90 |
| 04/01/2014-06/30/2014 | 3% | 0.75% | $60,371.86 | $8,132,067.76 |
| 07/01/2014-09/30/2014 | 3% | 0.76% | $61,491.80 | $8,193,559.56 |
| 10/01/2014-12/31/2014 | 3% | 0.76% | $61,956.78 | $8,255,516.34 |
| 01/01/2015-03/31/2015 | 3% | 0.74% | $61,068.20 | $8,316,584.54 |
| 04/01/2015-06/30/2015 | 3% | 0.75% | $62,203.50 | $8,378,788.04 |
| 07/01/2015-09/30/2015 | 3% | 0.76% | $63,357.41 | $8,442,145.45 |
| 10/01/2015-12/31/2015 | 3% | 0.76% | $63,836.50 | $8,505,981.95 |
| 01/01/2016-03/31/2016 | 3% | 0.75% | $63,446.26 | $8,569,428.21 |
| 04/01/2016-06/30/2016 | 4% | 0.99% | $85,226.01 | $8,654,654.22 |
| 07/01/2016-09/30/2016 | 4% | 1.01% | $87,019.47 | $8,741,673.69 |
| 10/01/2016-12/31/2016 | 4% | 1.01% | $87,894.42 | $8,829,568.11 |
| 01/01/2017-03/31/2017 | 4% | 0.99% | $87,086.15 | $8,916,654.26 |
| 04/01/2017-06/30/2017 | 4% | 1% | $88,922.25 | $9,005,576.51 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| 02/01/2013-06/30/2017 | $1,209,364.59 | $9,005,576.51 |

# EXHIBIT B

**Jammin Java Corp**
**Wayne Weaver and Weaver-Related Entities**
**Schedule of Disgorgement**

| Entity and Account Beneficiary | Account | Sales Proceeds / Shares Sold | Date | Amount | Description |
|---|---|---|---|---|---|
| **SALES PROCEEDS OF JAMMIN JAVA SHARES IN WEAVER-RELATED ENTITIES** | | | | | |
| Donnolis Invest Corp / Wayne Weaver | Finter Bank | $ 156,497.46 | | | Sales Proceeds |
| Arcis Assets S.A. / Wayne Weaver | CBH | $ 6,306,924.44 | | | Sales Proceeds |
| Timotei Overseas, Inc. / Wayne Weaver | Verdmont | $ 4,686,330.77 | | | Sales Proceeds |
| Calgon Invest SA / Wayne Weaver | Bateman | $ 5,807,226.65 | | | Sales Proceeds |
| Manitou S.A. / Wayne Weaver | Bank Gutenberg | $ 5,855,174.87 | | | Sales Proceeds |
| TOTAL: | | | | $ 22,812,154.19 | |
| **TRANSFERS OF SALES PROCEEDS OF JAMMIN JAVA SHARES IN SUN, MILLER, AND AL-BARWANI-RELATED ENTITIES TO WEAVER AND WEAVER-RELATED ENTITIES** | | | | | |
| Las Colinas Limited / Kevin Miller | VP Bank / Rigi Capital | | ACTIVITY | | |
| | | | 03/25/11 | $ 1,000,022.09 | Blue Leaf Capital Limited / Barclays Bank PLC London / Sort Code: 20-65-63 / SWIFT: BARCGB22 / |
| | | | 03/25/11 | | A/C #xxxx0399 / IBAN: GB84 BARC 2065 6375 0803 99 |
| | | | SUBTOTAL: | $ 1,000,022.09 | |
| Torino Invest S.R.L. / Michael Sun | CBH | | ACTIVITY | | |
| | | | 03/15/11 | $ 700,000.00 | Transfer to Arcis Assets |
| | | | 04/24/11 | $ 700,000.00 | Transfer to Arcis Assets |
| | | | SUBTOTAL: | $ 1,400,000.00 | |
| Westpark Limited / Michael Sun | VP Bank / Rigi Capital | | ACTIVITY | | |
| | | | 09/23/11 | $ 1,159,409.08 | Donnolis Invest Corp / 03/02/11 Share Purchase Agreement: $1,159,327 Payable at $.40 / share for 2,898,317 |
| | | | 09/23/11 | | Finter Bank Zurich AG / IBAN: CH2908256100041201000 /SWIFT: FBZUCHZZ |
| | | | 09/23/11 | | "Wayne" provided Daniel Lacher the wire transfer details for the movement of the funds |
| | | | SUBTOTAL: | $ 1,159,409.08 | |
| TOTAL: | | | | $ 3,559,431.17 | |
| **TRANSFERS OF ASSETS ACQUIRED WITH SALES PROCEEDS OF JAMMIN JAVA SHARES IN SUN, MILLER, AND AL-BARWANI-RELATED ENTITIES TO WEAVER AND WEAVER-CONTROLLED ACCOUNTS** | | | | | |
| Renaival Ltd. / Mohammed Al-Barwani | VP Bank / Rigi Capital | | ACTIVITY | | |

| Entity and Account Beneficiary | Account | Sales Proceeds / Shares Sold | Date | Amount | Description |
|---|---|---|---|---|---|
| Las Colinas Limited / Kevin Miller | | | 12/21/11 | $ 1,974,282.55 | Buy 38 Feingold 1 kg Barren 999.9 fein USD (Price 51.96 USD) |
| | | | 12/21/11 | | Physical Bullion Purchased: Security #16003023: To be stored in a safe at VP Bank (Zurich) for Renavial |
| | | | 12/21/11 | | Appears as the Safe Deposit Box #5000170 was ordered on 12/23/11 & Gold delivered from securities a/c |
| | | | SUBTOTAL: | $ 1,974,282.55 | |
| | | | 04/20/12 | $ 11,300,021.87 | Tare Finance & Invest Limited / Aktif Bank; Turkey / SWIFT: CAYTTRIS; IBAN: TR030014300000000407439 / |
| | | | 04/20/12 | | Bunyamin Altun, representing Trustee bsb & Consulco with respect to the 04/05/12 Fiduciary |
| | | | 04/20/12 | | Agreement between "beneficial owner" Al-Barwani and Trustee bsb & Consulco |
| | | | SUBTOTAL: | $ 11,300,021.87 | |
| TOTAL: | | | | $ 13,274,304.42 | |

**INVENTORY OF ASSETS IN SUN, MILLER, AND AL-BARWANI-RELATED ENTITIES AS OF 12/31/12**

| Entity and Account Beneficiary | Account | Sales Proceeds / Shares Sold | Date | Amount | Description |
|---|---|---|---|---|---|
| Las Colinas Limited / Kevin Miller | VP Bank / Rigi Capital | | 12/24/12 | $ 533,817.00 | Cost of 1,000 Shares of Apple |
| | | | 12/31/12 | $ 60,984.12 | 12/31/12 USD Cash Balance |
| | | | 12/31/12 | CAD 999,918.88 | 12/31/12 CAD Cash Balance |
| | | | 12/31/12 | $ 1,004,237.10 | Account Equity - USD Equivalent of CAD Balance |
| | | | SUBTOTAL: | $ 1,599,038.22 | |
| Torino Invest S.R.L. / Michael Sun | CBH | | 12/31/12 | $ 54,633.56 | 12/31/12 USD Cash Balance (Misc Other Credits in A/C for Interest and Sales of Other Securities) |
| | | | 12/31/12 | CAD 7,593.75 | 12/31/12 CAD Cash Balance (Aggregate Interest Rec'd on CAD Demand Deposit) |
| | | | 12/31/12 | $ 7,626.54 | Account Equity - USD Equivalent of CAD Balance |
| | | | 12/31/12 | $ 1,500,000.00 | 12/31/12 USD Valuation for Contract #501-0000609 Fiduciary On Demand -50% Deposit (USD) |
| | | | 12/31/12 | $ 1,507,476.58 | 12/31/12 USD Valuation for Contract #501-0000609 Fiduciary On Demand .95% Deposit (CAD) |
| | | | SUBTOTAL: | $ 3,069,736.68 | |
| Westpark Limited / Michael Sun | VP Bank / Rigi Capital | | 12/31/12 | CAD 1,499,918.88 | 12/31/12 CAD Cash Balance |
| | | | 12/31/12 | $ 1,506,396.38 | Account Equity - USD Equivalent of CAD Balance |
| | | | SUBTOTAL: | $ 1,506,396.38 | |
| Renavial Ltd. / Mohammed Al-Barwani | VP Bank / Rigi Capital | | 03/21/12 | $ 247,434.07 | Cost of 2 Shares of Berkshire Hathaway (1 @ $121,641 USD and 1 @ $121,657 USD) |
| | | | 12/31/12 | $ 22,293.59 | 12/31/12 USD Cash Balance |
| | | | 12/31/12 | CAD 1,345,502.34 | 12/31/12 CAD Cash Balance |
| | | | 12/31/12 | $ 1,351,312.98 | Account Equity - USD Equivalent of CAD Balance |
| | | | SUBTOTAL: | $ 1,621,040.64 | |
| TOTAL: | | | | $ 7,796,211.92 | |
| GRAND TOTAL: | | | | $ 47,442,101.70 | |

Jammin Java Corp
Wayne Weaver and Weaver-Related Entities
Summary of Prejudgment Interest

|  | | Prejudgment Interest |
|---|---|---|
| SALES PROCEEDS OF JAMMIN JAVA SHARES IN WEAVER-RELATED ENTITIES | | $ 4,980,373.15 |
| TRANSFERS OF SALES PROCEEDS OF JAMMIN JAVA SHARES IN SUN, MILLER, AND AL-BARWANI-RELATED ENTITIES TO WEAVER AND WEAVER-RELATED ENTITIES | | |
| Las Colinas Limited | | $ 226,443.75 |
| Torino Invest S.R.L. | | $ 311,425.02 |
| Westpark Limited | | $ 234,441.59 |
| TRANSFERS OF ASSETS ACQUIRED WITH SALES PROCEEDS OF JAMMIN JAVA SHARES IN SUN, MILLER, AND AL-BARWANI-RELATED ENTITIES TO WEAVER AND WEAVER-CONTROLLED ACCOUNTS | | |
| Renavial Ltd. | Tare Finance & Invest Limited | $ 2,050,507.82 |
| Renavial Ltd. | Physical Gold | $ 381,402.56 |
| INVENTORY OF ASSETS IN SUN, MILLER, AND AL-BARWANI-RELATED ENTITIES AS OF 12/31/12 | | $ 1,209,364.59 |
| | GRAND TOTAL: | $ 9,393,958.48 |
| | TOTAL DISGORGEMENT AND PREJUDGMENT INTEREST: | $ 56,836,060.18 |