# EXHIBIT 3

| | |
|---|---|
| From: | John Combray <combraycapital@yandex.com> |
| Sent: | Thursday, November 26, 2015 7:06 PM |
| To: | Berlinger |
| Subject: | Re: AW: Corner |
| Attachments: | Comer - WW.pdf; WW - UK Passport.pdf |

Hi Rene

Here is mine - I has sent the same form to Shane and Kelly to complete.

My passport has not changed but copy attacehd. Please let me know timing.

Thx Wayne

24.11.2015, 06:52, "Berlinger" <berlinger@grivo.ch>:

> Hi Wayne
>
> I need to reapply for each card (not the full process, just my part of KYC)
>
> I need the following details / docs:
>
> ( Kelly, Shane / you)
>
> -new Passport copy
>
> -Turnover per card / per year
>
> -percentage of cash withdrawals
>
> -source of funds for card loading (bank and company)
>
> -company info (turnover, number of employees, company name and what is the company doing)
>
> -updated living addresses
>
> Sorry for the inconvenience
>
> Thank you

1

CONFIDENTIAL TREATMENT REQUESTED

EXHIBIT  115
WITNESS  Berlinger
CONSISTING OF  6  PAGES
DATE  2-7-17
BEHMKE REPORTING AND VIDEO SERVICES, INC.
PLTF. / DEFT.

BER00001182

Regards

Rene


Rene Berlinger


Grivo GmbH

Kohlhalden 19

9042 Speicher

Phone +41 71 344 22 23

Mobile +41 79 293 26 75

berlinger@grivo.ch

---

**Von:** John Combray [mailto:combraycapital@yandex.com]
**Gesendet:** Samstag, 14. November 2015 02:10
**An:** Berlinger
**Betreff:** Corner


Hi Rene

How did your meeting with Cornerbank/card go?

JC

CONFIDENTIAL TREATMENT REQUESTED

BER00001183



# cornercard

Financial intermediary no

## Customer Identification Form

**Address of the financial intermediary**

Name of financial intermediary: _____

Street/No. _____ ZIP code/place _____

Department _____ Contact person _____

### 1. Identification of the card applicant

Application of (date): 26.11.2015

In the name of: ☒ Mr. ☐ Mrs. ☐ Ms.

Last name: Weaver                          First name: Wayne

Country of birth: Canada                   Date of birth: 17-03-1967

Nationality: British                       Street/No.: Jaggeree, St Thomas, Nevis

ZIP code/place: St Kitts & Nevis           Country of residence: Nevis

#### 1.1 Professional activity of the card applicant

☐ Employee

Employer name: _____   Sector of activity: _____

Position: _____         Estimated annual salary: _____

☒ Self-employed/business owner

Name of the firm: T/A Nicola Weaver       Sector activity: Finance/Investments/Real Estate

Street/No.: Jaggeree, St Thomas, Nevis    ZIP code/place: St Kitts & Nevis

Country: Nevis                            Position: CEO

No. of employees: 1                       Company's legal form: Sole Trader

Detailed description of the business

Estimated annual turnover for the next 3 years: ☐ CHF ☒ EUR ☐ USD   1 mio.

Main counterparties: _____   Website: N/A

☒ Other comments

All counterparties are private individuals and/or companies

VISA

CONFIDENTIAL TREATMENT REQUESTED                                                BER00001184

**cornercard**                                                                                  Financial Intermediary 20

**1.2 Estimated Net Worth**     ☐ CHF    ☒ EUR    ☐ USD

☐ Below          500,000
☐ Between       500,000    and    1,000,000          ☐ Between     5,000,000    and    10,000,000
☒ Between      1,000,000   and    5,000,000          ☐ Above      10,000,000

**1.3 Source of the Funds**
Money accredited to settle the monthly statement or any other money held by the cardholder above the settlement amount or funds used to reload the prepaid card

☒ Savings      ☒ Income       ☐ Family fortune    ☐ Inheritance/gift    ☒ Sales of assets     ☐ Other

**1.4 According to the Card Brokerage Agreement ("the Agreement") signed with Corner Bank Ltd., we confirm that:**

a. We have verified the data required for receipt of the card and indicated on the card application form, namely the first name, last name, date of birth, nationality, address and identity or domicile of the applicant in the course of the verification of the identity of the applicant and determination of the beneficial owner in compliance with the Agreement. We confirm in particular to have diligently verified the accuracy of the information given by the applicant regarding the domicile of the latter.

b. The applicant's signature corresponds to the customer's signature on the documents deposited with us.

c. The applicant corresponds to beneficial owner (BO).                        ☒ Yes    ☐ No

d. a) The applicant is a politically exposed person (PEP).                    ☐ Yes    ☒ No
   b) The beneficial owner is a politically exposed person (PEP).             ☐ Yes    ☒ No

e. a) The applicant is a US person as defined by the IRS.                     ☐ Yes    ☒ No
   b) The beneficial owner is a US person as defined by the IRS.              ☐ Yes    ☒ No

f. In the event that the applicant or the beneficial owner becomes a US person as defined by the IRS, we will promptly inform you in writing.

**2. Identification of the Beneficial Owner**

**2.1 Professional activity of the Beneficial Owner**

☐ Employee

Employer name                                     Sector activity

Position                                          Estimated annual salary

☐ Self-employed/business owner

Name of the firm                                  Sector activity

Street/No.                                        ZIP code/place

Country                                           Position

No. of employees                                  Company's legal form

CONFIDENTIAL TREATMENT REQUESTED                                                              BER00001185



Financial Intermediary 3/3

Detailed description of the business

Estimated annual turnover for the next 3 years ☐ CHF ☐ EUR ☐ USD

Main counterparties _____ Website _____

☐ Other _____

## 2.2 Estimated Net Worth ☐ CHF ☐ EUR ☐ USD

☑ Below 500,000
☐ Between 500,000 and 1,000,000
☐ Between 1,000,000 and 5,000,000
☐ Between 5,000,000 and 10,000,000
☐ Above 10,000,000

## 2.3 Source of the Funds

☑ Savings ☑ Income ☐ Family fortune ☐ Inheritance/Gift ☐ Sales of assets ☐ Other

## 3. Card Usage

### 3.1 Estimated Annual Reload Amount/Usage Amount  ☐ CHF ☑ EUR ☐ USD

☐ Below 250,000
☑ Between 250,000 and 500,000
☐ Above 500,000

### 3.2 Please indicate the Ordering Institution of the funds used to reload the prepaid card/to settle the monthly statement of the credit card.

Name: HSBC Hong Kong

Place: 1 Queen's Road Central, Hong Kong        Country: Hong Kong

### 3.3 Estimated Annual Cash Withdrawals as a Percentage of the Card Usage

☐ Below 25%
☑ Between 25% and 50%
☐ Above 50%

We certify to have undertaken a detailed assessment of the cardapplicant/beneficial owner's professional and financial situation as well as of the origin of the funds that are transferred to the card issuer and we believe that the information in our possession and reported on this Customer Identification Form is true and complete.

### Authorized signatures of the Financial Intermediary

Authorized signatures ☒

Place/date _____  Name and stamp of financial intermediary _____

VISA

CONFIDENTIAL TREATMENT REQUESTED                    BER00001186

