UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Securities and Exchange Commission, | ) | CASE NO.: 2:15-cv-08921-SVW-MRW |
| Plaintiff | ) | JUDGMENT |
| vs. | ) | |
| Jammin Java Corp. et al, | ) | JS-6 |
| Defendant. | ) | |

Judgment is entered for Securities and Exchange Commission and against Jammin Java Corp., pursuant to the Court's order [Dkt. 229] dated September 14, 2017.

DATE:  September 19, 2017

_____

STEPHEN V. WILSON, U.S. DISTRICT JUDGE