**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
MARGARET E. DAYTON (State Bar No. 274353)
pdayton@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, California 90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendant Wayne Weaver**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JAMMIN' JAVA CORP., dba MARLEY COFFEE, SHANE G. WHITTLE, WAYNE S. P. WEAVER, MICHAEL K. SUN, RENE BERLINGER, STEPHEN B. WHEATLEY, KEVIN P. MILLER, MOHAMMED A. AL-BARWANI, ALEXANDER J. HUNTER, and THOMAS E. HUNTER,<br><br>Defendants. | CASE NO. 2:15-cv-08921 SVW (MRWx)<br><br>Hon. Stephen V. Wilson<br><br>**DEFENDANT WAYNE WEAVER'S AMENDED NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**<br><br>Trial Date:          June 27, 2017 |

# NOTICE OF APPEAL

On September 15, 2017, Defendant Wayne Weaver gave notice of his appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on September 14, 2017 (Doc. No. 229), including the partial summary judgment against Wayne Weaver entered in this action on June 8, 2017 (Doc. No. 218).

On September 21, 2017, Plaintiff Securities and Exchange Commission filed a Request to Correct Order and Judgment (Doc. No. 233).  In response to this pleading, on September 26, 2017, the Court entered an Order Amending Order Granting Injunctive and Monetary Relief and Correcting Judgment (Doc. No. 236) and entered Judgment as to Wayne Weaver (Doc. No. 235).

Notice is hereby given that Defendant Wayne Weaver appeals from the subsequent judgment and orders entered in this action on September 26, 2017 (Doc. Nos. 236 & 235), including the partial judgment against Wayne Weaver entered in this action on June 8, 2017 (Doc. No. 218) and the judgment entered on September 14, 2017 (Doc. No. 229).

DATED:  October 25, 2017          SCHEPER KIM & HARRIS LLP
                                  MARC S. HARRIS
                                  MARGARET E. DAYTON


                                  By:      /s/ Marc S. Harris
                                         Marc S. Harris
                                         Attorneys for Defendant Wayne Weaver

Case No. 2:15-cv-08921 SVW (MRWx)
DEFENDANT WAYNE WEAVER'S AMENDED NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

## REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), Defendant Wayne Weaver files this Representation Statement in conjunction with his Notice of Appeal. The parties to the action and their counsel are:

**Plaintiff**

United States Securities and Exchange Commission

**Counsel for Plaintiff**

Timothy S. Leiman
Daniel J. Hayes
Peter Senechalle
United States Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398
Email: leimant@sec.gov
  hayesdj@sec.gov
  senechallep@sec.gov

**Local Counsel**

Lynn M. Dean
United States Securities and Exchange Commission
444 S. Flower Street, Suite 1450
Los Angeles, CA 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904
Email: deanl@sec.gov

**Defendant**

Wayne Weaver

**Counsel for Defendant**

Marc S. Harris
Margaret E. Dayton
Scheper Kim & Harris LLP
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: (213) 613-4656
Email: mharris@scheperkim.com
  pdayton@scheperkim.com

| | | |
|---|---|---|
| 1 | DATED: October 25, 2017 | SCHEPER KIM & HARRIS LLP |
| 2 | | MARC S. HARRIS |
| | | MARGARET E. DAYTON |

By:    /s/ Marc S. Harris
      Marc S. Harris
      Attorneys for Defendant Wayne Weaver